**07 - CV - 0 0371**

```
Thu Feb 22 14:33:26 2007

    UNITED STATES DISTRICT COURT

    DENVER        , CO

Receipt No.   100 274621
Cashier         stacie

C.C. Number: SEE CC REC            01/10

DO Code    Div No
 4613        1

Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:086900  N     4          60.00
3:086400  N     4         100.00

Total Amount      $       350.00

FROM JAMES A REED

07-CV-00371, NEW COMPLAINT, SG
```