# AFFIDAVIT OF SERVICE

In The United States District Court
For The District Of Colorado

PLANTIFF: **Charles Caldwell and Vicki Caldwell**

vs.

DEFENDANTS: **The County of Park, Fred Wegener, Monte Gore, Gregory S. Flint, Steven Groom, Shawna Whiteowl and Mark Damon**

Civil Action No. 07-cv-07-cv-00371 RPM-MEH

For: **James A. Reed**

I, **Jeff Vest**, State under oath or certify that I am over the age of 18 years and am not a party to this action and that I served a copy of: **Summons, Complaint and Jury Demand on Monte Gore**

( ) by handing it to the Witness
( ) by leaving it with a person over the age of eighteen who is a member of the defendants family.
(X) by leaving it at the Defendants usual place of business with **Sandra West, Support Services**
( ) by leaving it with the defendant who refused service.

On 3/01/07 (date), at 2:20 p.m. (time), at the following location: 1180 CR 16, Fairplay, CO 80440

Jeff West
Process Server

Subscribed and Sworn to before me on 3/2/07

Notary Public Julia L. Vendeland

My Commission Expires 12-10-09

Mountain West Servers
2160 Roundtop Drive
Colorado Springs, CO 80918
(719)761-1386

Service Fee: $10.00
Mileage: