## AFFIDAVIT OF SERVICE

In The United States District Court
For The District Of Colorado

PLANTIFF: Charles Caldwell and Vicki Caldwell

vs.

DEFENDANTS: The County of Park, Fred Wegener, Monte Gore, Gregory S. Flint, Steven Groom, Shawna Whiteowl and Mark Damon

Civil Action No. 07-cv-07-cv-00371 RPM-MEH

For: James A. Reed

I, Jeff Vest                State under oath or certify that I am over the age of 18 years and am not a party to this action and that I served a copy of: **Summons, Complaint and Jury Demand on Steven Groome**

( ) by handing it to the Witness
( ) by leaving it with a person over the age of eighteen who is a member of the defendants family.
(X) by leaving it at the Defendants usual place of business with **Betty Wierth, BOCC Admin. Asst.**
( ) by leaving it with the defendant who refused service.

On  3/01/07   (date), at  2:00 p.m.   (time), at the following location: 501 Main St., Fairplay, CO 80440

_____
Jeff Vest
Process Server

Subscribed and Sworn to before me on  3/2/07

Notary Public  Julia L Vendeland

My Commission Expires 12-10-09

Mountain West Servers
2160 Roundtop Drive
Colorado Springs, CO 80918
(719)761-1386

Service Fee: $10.00
Mileage: