## AFFIDAVIT OF SERVICE

In The United States District Court
For The District Of Colorado


PLANTIFF: **Charles Caldwell and Vicki Caldwell**

vs.

DEFENDANTS: **The County of Park, Fred Wegener, Monte Gore, Gregory S. Flint, Steven Groom, Shawna Whiteowl and Mark Damon**

Civil Action No. 07-cv-07-cv-00371 RPM-MEH


For: **James A. Reed**


I,     **Jeff Vest**            State under oath or certify that I am over the age of 18 years and am not a party to this action and that I served a copy of: **Summons, Complaint and Jury Demand on Shawna Whiteowl**


(X) by handing it to the **Defendant**
( ) by leaving it with a person over the age of eighteen who is a member of the defendants family.
( ) by leaving it at the Defendants usual place of business with
( ) by leaving it with the defendant who refused service.

On **3/01/07**     (date), at **5:15 p.m.**       (time), at the following location: **1805 Webber Park Dr., Lake George, CO 80827**

Jeff Vest
Process Server

**Mountain West Servers**
**2160 Roundtop Drive**
**Colorado Springs, CO 80918**
**(719)761-1386**

Service Fee: S50.00
Mileage:

Subscribed and Sworn to before me on   **3/2/07**

Notary Public   Julia L Vendeland

JULIA L VENDELAND
NOTARY
PUBLIC
STATE OF COLO
**My Commission Expires 12-10-09**