IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000371 RPM-MEH

CHARLES CALDWELL AND VICKI CALDWELL,

    Plaintiff,

v.

THE COUNTY OF PARK, a body corporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT
STEVEN GROOME
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

### ENTRY OF APPEARANCE

---

The attorney, Steven U. Mullens, Esq., hereby enters his appearance on behalf of the Defendant, Shawna Whiteowl.

Respectfully submitted this 20th day of March, 2007.

        STEVEN U. MULLENS, P.C.

        /s/ Steven U. Mullens
        Steven U. Mullens, #5021
        105 E. Moreno Avenue
        Colorado Springs, CO 80903
        (719) 632-5001
        (719) 473-2299 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via electronic filing with the U.S. District Court, this 20th day of March, 2007, properly addressed to the following:

James A. Reed
James A. Reed, P.C.
320 S. Cascade Avenue
Colorado Springs, CO 80903
*Attorney for Plaintiffs*

/s/ *Jane M. Thomsen*