IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000371 RPM-MEH

CHARLES CALDWELL AND VICKI CALDWELL,

    Plaintiff,

v.

THE COUNTY OF PARK, a body corporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT
STEVEN GROOME
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT SHAWNA WHITEOWL**

---

COMES NOW the Defendant, Shawna Whiteowl, by and through her attorney, Steven U. Mullens, and hereby files the following Unopposed Motion for Extension of Time to File Answer on behalf of Defendant Shawna Whiteowl and states the following:

1.     Counsel for the Defendant, Shawna Whiteowl, has conferred with counsel for Plaintiff prior to the filing of this motion and this motion is unopposed.

2.  Defendant Shawna Whiteowl was served with the Complaint and Summons on March 1, 2007. An Answer or other responsive pleading is due to be filed with the Court March 20, 2007.

3.  Plaintiff's counsel has agreed to extend time for Defendant Whiteowl to file her Answer through and including April 16, 2007.

WHEREFORE, the Defendant, Shawna Whiteowl, respectfully requests this Court grant her an extension of time through and including April 16, 2007 in which to file her Answer.

Respectfully submitted this 20th day of March, 2007.

STEVEN U. MULLENS, P.C.

*/s/ Steven U. Mullens*
Steven U. Mullens, #5021
105 E. Moreno Avenue
Colorado Springs, CO 80903
(719) 632-5001
(719) 473-2299 FAX

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via electronic filing with the U.S. District Court, this 20th day of March, 2007, properly addressed to the following:

James A. Reed
James A. Reed, P.C.
320 S. Cascade Avenue
Colorado Springs, CO 80903
*Attorney for Plaintiffs*

*/s/ Jane M. Thomsen*