IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000371 RPM-MEH

CHARLES CALDWELL AND VICKI CALDWELL,

    Plaintiff,

v.

THE COUNTY OF PARK, a body corporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT
STEVEN GROOME
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT SHAWNA WHITEOWL**

---

THIS MATTER having come before this Court upon the Defendant, Shawna Whiteowl's Unopposed Motion for Extension of Time to File Answer, and being fully advised in the premises, hereby grants Defendant Whiteowl, an extension of time through and including April 16, 2007.

SO ORDERED this _____ day of _____, 2007.

                                              BY THE COURT:

                                              _____

                                              U.S. District Court Judge