IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

THE COUNTY OF PARK, a body incorporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ANSWER ON BEHALF OF DEFENDANT SHAWNA WHITEOWL
_____

Upon consideration of Defendant Shawna Whiteowl's unopposed motion for extension of time to file an answer (Doc. #11), filed on March 20, 2007, it is

ORDERED that the motion is granted to and including April 16, 2007.

DATED: March 20th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge