# AFFIDAVIT OF SERVICE

In The United States District Court
For The District Of Colorado

PLANTIFF: Charles Caldwell and Vicki Caldwell

vs.

DEFENDANTS: The County of Park, Fred Wegener, Monte Gore, Gregory S. Flint, Steven Groom, Shawna Whiteowl and Mark Damon

Civil Action No. 07-cv-07-cv-00371 RPM-MEH

For: James A. Reed

I, Jeff Vest         State under oath or certify that I am over the age of 18 years and am not a party to this action and that I served a copy of: **Summons, Complaint and Jury Demand on Mark Damon**

(X) by handing it to the **Defendant**
( ) by leaving it with a person over the age of eighteen who is a member of the defendants family.
( ) by leaving it at the Defendants usual place of business with
( ) by leaving it with the defendant who refused service.

On 3/29/07  (date), at 5:15 p.m.  (time), at the following location: 221 Pikeview Dr., Lake George, CO 80827

Jeff Vest
Process Server

Subscribed and Sworn to before me on __3/30/07__

Notary: Julia L Vendeland

My Commission Expires 12-10-09

Mountain West Servers
2160 Roundtop Drive
Colorado Springs, CO 80918
(719)761-1386

Service Fee: $50.00
Mileage: $65.00