## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 7 2007

GREGORY C. LANGHAM
                                    CLERK

Civil Action No. 07-CV-000371 RPM-MEH

CHARLES CALDWELL AND VICKI

CALDWELL, Plaintiff,

v.

THE COUNTY OF PARK, a body corporate and politic and political subdivision of the State of
Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT
STEVEN GROOME
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER ON BEHALF OF DEFENDANT MARK DAMON

COMES NOW the Defendant, Mark Damon, pro se, and hereby files the following

Unopposed Motion for Extension of Time to File Answer on behalf of Defendant, Mark Damon and

states the following:

1.    Defendant, Mark Damon, has conferred with counsel for Plaintiff prior

to the filing of this motion and this motion is unopposed.

2.    Defendant Mark Damon was served with the Complaint and Summons on

March 28, 2007. An Answer or other responsive pleading is due to be filed with the Court April 17, 2007.

3.  Plaintiffs counsel has agreed to extend time for Defendant Damon to file his Answer through and including May 4, 2007.

WHEREFORE, the Defendant, Mark Damon, respectfully requests this Court grant him an extension of time through and including May 4, 2007 in which to file his Answer. Respectfully submitted this 16 day of April, 2007.

MARK DAMON

*Mark Damon*

221 Pikeview Dr.
Lake George, Colorado
80827
719-338-8708

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served in person addressed to the following:
James A. Reed

James A. Reed, P.C. 320 S.
Cascade Avenue Colorado
Springs, CO 80903 *Attorney
for Plaintiffs*