IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

THE COUNTY OF PARK, a body incorporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

M.V. Wentz
 Secretary

    The Unopposed Motion for Extension of Time to File Answer on Behalf of Defendant Mark Damon (Doc. #16) is granted to and including May 4, 2007.

DATED: April 18, 2007