IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

Defendants.

### PLAINTIFFS' ANSWER TO DEFENDANT WHITEOWL'S COUNTERCLAIMS

COMES NOW the Plaintiffs, Charles "Chuck" Caldwell and Vicki Caldwell, by and through their undersigned counsel, and hereby answer Defendant Whiteowl's Counterclaims as follows:

1. Plaintiffs deny Defendant Whiteowl's Counterclaim of Abuse of Process. Neither these Plaintiffs nor their counsel have ever approached Defendant Whiteowl or her counsel to have her testify against anyone.

2. With regard to Defendant Whiteowl's Counterclaim of the tort of "Harassment", Plaintiffs restate and reallege the foregoing paragraph as though it was set forth at this point in full. Further, Plaintiffs deny Whiteowl's Counterclaim of the tort of "Harassment" in full.

3. Plaintiffs deny Defendant Whiteowl's Counterclaim of Defamation *per quod*.

**Affirmative Defenses**

4. Defendant Whiteowl's Counterclaims each fail to state a claim for which relief may be granted or recognized under Colorado law.

5. Defendant Whiteowl's Counterclaims are wholly frivolous, groundless, and vexatious as defined in § 13-17-101 C.R.S., et seq., and Rule 11 F.R.C.P., and should establish a right in the Plaintiffs to an award of attorney's fees for having to respond.

6. Plaintiffs are entitled to privilege and/or immunity as to the alleged statements made.

7. Plaintiffs and their counsel have a Constitutional First Amendment Right to Freedom on Speech which Defendant Whiteowl is seeking to chill by her allegations of liability here.

8. Truth.

9. Lack of Malice, both as to a general denial of Defendant's claims and as a mitigating action as to any damages as may be alleged.

10. Failure to join the newspaper involved as a party as to all defamation allegations. F.R.C.P. Rule 19.

11. Failure to plead special damages with specificity.  F.R.C.P. Rule 9.

12. Any statement allegedly made by Mr. Reed while he was engaged in his role as an Independent Contractor in this matter, for which the Plaintiffs are not liable.

13. In her State claims, Defendant Whiteowl has violated § 13-21-102 C.R.S. by requesting exemplary damages in her initial claim for relief.

Respectfully submitted this 7th day of May, 2007

                                                                            *s/ James A. Reed*
                                                                            James A. Reed
                                                                            James A. Reed, P.C.
                                                                            320 S. Cascade Avenue
                                                                            Colorado Springs, CO  80903
                                                                            Tel. (719) 636-9343
                                                                            Fax (719) 633-2355
                                                                            ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 7th day of May, 2007, the foregoing PLAINTIFFS' ANSWER TO DEFENDANT WHITEOWL'S COUNTERCLAIMS was served via email/ECF upon the following:

*Attorney for Defendants County of Park, Wegener, Gore, Flint and Groome:*

Andrew D. Ringel
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO  80202-2052
Ringela@hallevans.com

*Attorney for Defendants Whiteowl and Damon:*

Steven U. Mullens
105 East Moreno Avenue
Colorado Springs, CO  80903
Sumullens@aol.com

 s/  Julia Vendeland_____

3