IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00371-RPM-MEH

CHARLES CALDWELL and
VICKI CALDWELL,

      Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

      Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE

---

**COMES NOW**, the undersigned attorney, Michael K. Obernesser, and hereby enters his appearance on behalf of Mark Damon in the above-captioned case.

Dated this 27th day of June, 2007.

      Respectfully submitted,

      LAW OFFICE OF DENNIS W. HARTLEY, P.C.

      By:  *s/ Michael K. Obernesser*
          Michael K. Obernesser (#38766)
          Attorneys for Defendant,
          Mark Damon
          1749 S. Eighth St., Ste. 5
          Colorado Springs, CO 80906
          (719) 635-5521
          Fax: (719) 635-5760
          Robyn.Lornell@hartleyslaw.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of June, 2007 a true and correct copy of the foregoing **Entry of Appearance** was electronically filed through the ECF and sent to the following via facsimile:

James A. Reed, Esq.
JAMES A. REED, P.C.
320 S. Cascade Ave.
Colorado Springs, CO  80903
(719) 636-9343
Fax:  (719) 633-2355
jreedpc@aol.com
Attorney for Plaintiffs,
Charles Caldwell and Vicki Caldwell

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1125 17th St., Ste. 600
Denver, CO  80202-2052
(303) 628-3453
Fax:  (303) 628-3238
ringela@hallevans.com
Attorneys for Defendants,
Park County, Fred Wegener,
Monte Gore, Gregory Flint
And Stephen Groome

Steven U. Mullens, Esq.
STEVEN U. MULLENS, P.C.
105 E. Moreno Ave.
Colorado Springs, CO  80903
(719) 632-5001
Fax:  (719) 473-2299
SUMullens@aol.com
Attorney for Defendant,
Shawna Whiteowl

                                                   *s/ Robyn Lornell*
                                                   Robyn Lornell
                                                   Paralegal