**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: August 16, 2007
Courtroom Deputy: J. Chris Smith
ECR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and                                          James A. Reed
VICKI CALDWELL,

    Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and          Andrew D. Ringel
politic subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and                                          Richard Lamphere
MARK DAMON,                                                   Michael K. Obernesser

    Defendants.
_____

### COURTROOM MINUTES
_____

**Scheduling Conference**

**11:34 a.m.      Court in session.**

Discussion regarding case facts, claims and defenses.

Mr. Reed agrees to consider dismissing The County of Park as an improperly named defendant.
Counsel agree to complete Rule 26 disclosures and to have an additional Rule 26 meeting if necessary.

**ORDERED:   Scheduling Order approved.**

**12:04 p.m.      Court in recess.**

Hearing concluded.   Total time: 30 min.