IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

  Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

  Defendants.

---

## ENTRY OF APPEARANCE

---

  Katherine M.L. Pratt, Esq. of Hall & Evans, L.L.C. hereby enters her appearance as counsel for Defendants Park County, Fred Wegener, Monte Gore, Gregory Flint and Steven Groome.

  Dated this 17th day of September 2007.

Respectfully submitted,


*s/ Katherine M.L. Pratt, Esq.*
Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3453
Fax: 303-628-3238
ringela@hallevans.com
prattk@hallevans.com
**ATTORNEYS FOR DEFENDANTS
PARK COUNTY, FRED WEGENER,
MONTE GORE, GREGORY FLINT
AND STEPHEN GROOME**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 17th day of September, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com

Steven U. Mullens, Esq.
SUMullens@aol.com

Michael K. Obernesser, Esq.
robyn.Lornell@hartleyslaw.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

        s/Martha Fiser, Secretary to          .
        Andrew D. Ringel, Esq.
        Katherine M.L. Pratt, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, CO 80202-2052
        303-628-3453
        Fax: 303-628-3238
        ringela@hallevans.com
        prattk@hallevans.com
        **ATTORNEYS FOR DEFENDANTS PARK COUNTY, FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**