**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.



      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

      COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

      DATED at Denver, Colorado this, _____ day of _____, _____.

 

_____
Firm Name

_____
Name of Attorney

_____
Bar Registration Number

_____
Office Address

_____
City, State, and Zip Code

_____
Office Telephone Number