**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00371-RPM-MEH

UNITED STATES OF AMERICA,

CHARLES CALDWELL, and
VICKI CALDWELL,
    Plaintiff

v.

THE COUNTY OF PARK, body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,
    Defendants.

---

**ENTRY OF APPEARANCE**

---

    Richard M. Lamphere, Esq., of Steven U. Mullens, PC hereby enters his appearance as counsel for Shawna Whiteowl.

    DATED this 29th day of October, 2007.

    Respectfully submitted,

*Richard M. Lamphere, Esq.*
Richard M. Lamphere, Esq.
Steven U. Mullens, PC
105 E. Moreno Avenue
Colorado Springs, CO  80901
719-632-5001
Fax:  719-473-2299
sumlamphere@yahoo.com
**ATTORNEY FOR DEFENDANT,
SHAWNA WHITEOWL**

## **CERTIFICATE OF SERVICE CM/ECF**

              I HEREBY CERTIFY that on the 30th day of October, 2007, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com

Michael K. Obernesser, Esq.
robyn.Lornell@hartleyslaw.com

Andrew D. Ringel, Esq.
ringela@hallevans.com

Katherine M.L. Pratt, Esq.
prattk@hallevans.com

              and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

                                                                                          *Chrystal Martinez, Legal Assistant to*
                                                                                          Richard M. Lamphere, Esq.
                                                                                          Steven U. Mullens, PC
                                                                                          105 E. Moreno Avenue
                                                                                          Colorado Springs, CO  80901
                                                                                          719-632-5001
                                                                                          Fax:  719-473-2299
                                                                                          sumlamphere@yahoo.com