IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

## MOTION TO DISMISS DEFENDANT THE COUNTY OF PARK ONLY

COME NOW the Plaintiffs Charles and Vicki Caldwell, by and through their counsel of record, James A. Reed. Esq., of James A. Reed, P.C., and by way of a Motion to Dismiss Defendant Park County Only from this action, state to this Court as follows:

1. As originally filed, this action contemplated that the natural persons named individually as Defendants in this matter, were acting within their official capacities, as employees of The County of Park which provided a basis for vicarious liability against The County of Park. After further review of this matter, it appears that most of these individuals named as Defendants were in fact employees of the Park County Sheriff's Office, a separate constitutional entity from The County of Park.

2. Although the Park County Sheriff's Office itself has not been made a party to this action, the State claims give rise to coverage under § 24-10-110, C.R.S., inasmuch as the both the Sheriff himself and the Park County Attorney have both been provided timely written notice of this claim (and in fact are Defendants themselves herein).

3. For these reasons, it appears that it is not necessary further to require the direct participation of The County of Park as a defendant in this action. Counsel has been in contact with the counsel for Defendant County, and has been authorized to represent to this Court that such Defendant and its counsel have no objection to the dismissal of the direct case against the County in this action, each side to bear its own costs and attorneys fees of this action.

4. As to all other Defendants in this action, all claims at this point remain active, this dismissal not intended by the litigants to affect their respective rights and liabilities except as expressly stated herein.

WHEREFORE, the undersigned respectfully moves this Court to dismiss with prejudice all direct claims against The County of Park, State of Colorado, as exist in the within action, each side to bear its own costs and attorneys fees of this action, leaving in place, however, all federal and State of Colorado claims as have been stated in the Plaintiffs' Complaint against the natural persons named individually as parties defendant herein.

Respectfully submitted this 20th day of November, 2007.

James A. Reed, Esq., #7796
James A. Reed, P.C.
320 South Cascade Avenue
Colorado Springs, CO  80903
Telephone:  719-636-9343
Fax No.:    719-633-2355
Email:  jreedpc@aol.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this the 20th day of November, 2007, a full and correct copy of the foregoing Motion to Dismiss Defendant The County of Park Only was served via ECM upon:

Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052

Richard Lamphere, Esq.
Steven U. Mullens, Esq.
Steven U. Mullens, P.C.
105 E. Moreno Avenue
Colorado Springs, CO 80903

Dennis Hartley, Esq.
Michael K. Obernesser, Esq.
Law Office of Dennis Hartley, P.C.
1749 S. Eighth Street, Suite 5
Colorado Springs, CO 80906

/s/ Julia Vendeland
Julia Vendeland