IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

THE COUNTY OF PARK, a body incorporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER GRANTING MOTION TO DISMISS DEFENDANT THE COUNTY OF PARK
_____

Upon consideration of Plaintiffs' Motion to Dismiss Defendant the County of Park Only [28], it is

ORDERED that all direct claims against The County of Park, State of Colorado, as exist in this action are dismissed with prejudice, each side to bears its own costs and attorneys fees.

DATED: November 21st, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge