IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER
With Proposed Order

Defendants Fred Wegener, Monte Gore, Gregory S. Flint, and Steven Groome, by and through their attorneys, Hall & Evans, LLC, hereby move the Court for a Protective Order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure concerning the treatment of Confidential Information (as hereinafter defined), and, as grounds therefor, state as follows:

1.    CERTIFICATION AS TO CONFERENCE PURSUANT TO D.C.COLO.LCivR 7.1: The undersigned conferred with Plaintiffs' counsel regarding this motion. Although Plaintiffs' counsel agreed in principle to a protective order, the parties could not reach an agreement with respect to the form such an order should take. Mr. Obernasser indicated that he

does not oppose the relief sought by this motion. At the time of filing, undersigned counsel had attempted to confer with Mr. Lamphere via several telephone and e-mail messages, but had not received a response as to his client's position on this motion.

2. Certain documents of the Park County Defendants that may be requested and produced in this matter may contain certain personnel and employment information for the employees of the Park County Sheriff's Office, including the Plaintiffs and Defendants, as to which the Plaintiffs and the Park County Sheriff's Office's employees possess privacy interests. Moreover, there certain documents involve law enforcement investigations regarding certain of the Defendants and other members of the community, as to which the subject(s) of those investigations possess privacy interests.

3. Certain documents of Plaintiffs and the non-governmental Defendants that may be requested and produced in this matter may also contain personal, confidential, and/or medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiffs' claims and requested damages, Plaintiffs' personnel records may be produced in this matter and Plaintiffs retain some privacy interests in such information as to collateral persons.

4. Nothing contained in this Motion should be construed as an acknowledgement by either the Plaintiffs or the Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

WHEREFORE, for all of the foregoing reasons, the Parties respectfully request this Court enter the attached protective Order as an Order of this Court.

Dated this 5th day of December, 2007.

Respectfully submitted,

*s/ Katherine M.L. Pratt, Esq.*            .
Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3453
Fax: 303-628-3238
ringela@hallevans.com
prattk@hallevans.com
**ATTORNEYS FOR DEFENDANTS PARK COUNTY, FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 5th day of December, 2007, I electronically filed the foregoing **DEFENDANTS' MOTION FOR PROTECTIVE ORDER** with Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com

Steven U. Mullens, Esq.
Richard Lamphere, Esq.
SUMullens@aol.com
lampheresum@yahoo.com

Michael K. Obernesser, Esq.
mobernesser@gmail.com

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/Martha Fiser, Secretary to
    Andrew D. Ringel, Esq.
    Katherine M.L. Pratt, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, CO 80202-2052
    303-628-3453
    Fax: 303-628-3238
    ringela@hallevans.com
    prattk@hallevans.com
    **ATTORNEYS FOR DEFENDANTS PARK COUNTY, FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**

H:\Users\PRATTK\CALDWELL\joint stipualted motion for protective order.doc