IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

      Defendants.

## (UNOPPOSED) MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESS

COME NOW the Plaintiffs Charles and Vicki Caldwell, by and through their counsel of record, James A. Reed. Esq., of James A. Reed, P.C., and by way of a Motion for Extension of Time to Disclose their Expert Witness, state to this Court as follows:

1. The Plaintiffs' expert witness disclosures are due today, January 14, 2008. Due to the recent holiday break, both the undersigned counsel and Plaintiffs' target expert were out of town for several weeks and unavailable to coordinate their efforts. Additionally, the undersigned counsel was preparing for a District Court trial that was also due to begin today but recently was resolved through settlement. Due to this press of business, the Plaintiffs respectfully request a

two week extension of time up to and including Tuesday, January 29, 2008, in which to provide the expert disclosures.

2. Additionally, Plaintiffs request that the deadline for disclosing rebuttal expert witnesses also be extended an additional two weeks up to and including Friday, February 29, 2008.

3. Plaintiffs' counsel has conferred with Andrew D. Ringel, counsel for the Park County Defendants, Richard Lamphere, counsel for Defendant Shawna White Owl, and Michael Obernesser, counsel for Defendant Mark Damon, as well as the parties Plaintiff, regarding these proposed extensions and all of them consent to this extension.

WHEREFORE, the Plaintiffs respectfully move this Court to extend the deadline to provide their expert witness disclosures up to and including January 29, 2008, and extend the deadline for Defendants to provide their expert witness disclosures up to and including February 29, 2008.

Respectfully submitted this 14th day of January, 2008.

_____
James A. Reed, Esq., #7796
James A. Reed, P.C.
320 South Cascade Avenue
Colorado Springs, CO  80903
Telephone:  719-636-9343
Fax No.:     719-633-2355
Email:  jreedpc@aol.com

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on this the 14th day of January, 2008, a full and correct copy of the foregoing Unopposed Motion for Extension of Time to Disclosure Expert Witness was served via ECM upon:

Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052

Richard Lamphere, Esq.
Steven U. Mullens, Esq.
Steven U. Mullens, P.C.
105 E. Moreno Avenue
Colorado Springs, CO 80903

Dennis Hartley, Esq.
Michael K. Obernesser, Esq.
Law Office of Dennis Hartley, P.C.
1749 S. Eighth Street, Suite 5
Colorado Springs, CO 80906

Julia Vendeland