IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

THE COUNTY OF PARK, a body incorporate and politic and political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO
DISCLOSE EXPERT WITNESS
_____

Upon consideration of Plaintiffs' Unopposed Motion for Extension of time to Disclose Expert Witness [33], it is

ORDERED that the motion is granted as follows:

1. Plaintiffs are granted an extension of time to and including January 29, 2008, in which to provide the expert disclosures and

2. The deadline for disclosing rebuttal expert witnesses is extended to and including February 29, 2008.

DATED: January 15th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge