IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

Defendants.

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

COME NOW the Plaintiffs, Charles "Chuck" Caldwell and Vicki Caldwell, by and through their undersigned counsel, and hereby make the following Expert Witness Disclosure:

1.   Richard Reisler, 15776 Agate Creek Drive, Monument, CO  80132, (719) 244-6200.

Mr. Reisler will testify consistently with his attached report. His rate for document review, report preparation, depositions and court testimony is $75.00 per hour. A copy of Mr. Resiler's report, *Curricula Vitae*, and Trial Deposition Testimony Log are attached hereto as Exhibit A.

Respectfully submitted this 29th day of January, 2008.

                               *s/ James A. Reed*
                               James A. Reed
                               James A. Reed, P.C.
                               320 S. Cascade Avenue
                               Colorado Springs, CO  80903
                               Tel. (719) 636-9343 / Fax (719) 633-2355
                               ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 29th day of January, 2008, the foregoing document was served via U.S. Mail, first class postage prepaid, and properly addressed to:

| *Attorney for Defendants County of Park, Wegener, Gore, Flint and Groome:* | *Attorney for Defendant Whiteowl:* |
|---|---|
| Katherine M.L. Pratt, Esq.<br>Andrew D. Ringel, Esq.<br>Hall & Evans, L.L.C.<br>1125 17th Street, Suite 600<br>Denver, CO  80202-2052<br>Prattk@hallevans.com<br>Ringela@hallevans.com | Richard Lamphere, Esq.<br>105 East Moreno Avenue<br>Colorado Springs, CO  80903<br>lampheresum@yahoo.com |

*Attorney for Defendant Damon:*
Michael Obernesser, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, CO  80906
mobernesser@gmail.com

                               s/ Julia Vendeland
                               Julia Vendeland
                               James A. Reed, P.C.
                               320 S. Cascade Avenue
                               Colorado Springs, CO  80903
                               Tel. (719) 636-9343 / Fax (719) 633-2355