IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

---

## JOINT STATEMENT
---

The parties, by and through their respective counsel of record, submit the following Joint Statement pursuant to the Court's order dated January 14, 2008 [CM/ECF 32]:

**I.    DISCOVERY**

Discovery in this case is not yet complete. The Park County Defendants issued written discovery requests to the Plaintiffs on October 22, 2007. Plaintiffs responded on November 19 and 20, 2007. Plaintiffs disclosed an expert witness on January 29, 2008. Plaintiffs issued written discovery to each of the Defendants on January 31, 2008. Defendants' responses are presently due to be served no later than March 4, 2008 pursuant to the Federal Rules of Civil

Procedure. Defendant Damon issued written discovery to the Plaintiffs on January 31, 2008. Plaintiffs' responses are similarly due to be served no later than March 4, 2008.

The following depositions are presently scheduled or anticipated:

| Witness | Date |
| --- | --- |
| Charles Caldwell | February 26, 2008 |
| Vicki Caldwell | February 27, 2008 |
| Monte Gore | March 5, 2008 |
| Greg Flint | March 5, 2008 |
| Fred Wegener | March 6, 2008 |
| Jeff Tucker | March 19, 2008 |
| Richard Reisler | March 19, 2008 |
| Mark Damon | TBD |
| Shawna Whiteowl | TBD |
| Steven Groome | TBD |

The parties are working diligently to schedule the remaining depositions. While it is possible that the parties may take additional depositions beyond those listed above, the parties believe discovery can be completed by **May 15, 2008**, and plan to submit a stipulated motion to the court.

## II.     PRE-TRIAL ORDER

It is likely the parties will be able to agree on a pre-trial order without the need for a pre-trial conference. In the event a pre-trial conference becomes necessary, the parties agree to submit such a request to the Court.

### III.     MOTIONS

There are presently no motions pending.  The Park County Defendants anticipate filing a dispositive motion on one or more grounds.  The parties plan to submit a stipulated motion to extend the dispositive motion deadline to **June 16, 2008**.

### IV.     JURY TRIAL

Plaintiffs demanded a trial by jury.  The Park County Defendants demanded a trial by jury.  Defendants Whiteowl and Damon did not demand a trial by jury.

### V.     EXPECTED LENGTH OF TRIAL

The parties anticipate the trial of this matter will last five (5) trial days.

### VI.     SETTLEMENT

The parties have not yet discussed settlement in depth, but the parties will discuss settlement in depth following the upcoming depositions and will file an appropriate motion with the Court requesting a referral for settlement purposes to the assigned United States Magistrate Judge if the parties believe such a referral is appropriate.

Dated this 28th day of February 2008.

Respectfully submitted,

| | |
|---|---|
| *s/ Andrew D. Ringel, Esq.* | *s/ James A. Reed, Esq.* |
| Andrew D. Ringel, Esq. | James A. Reed, Esq. |
| Katherine M.L. Pratt, Esq. | James A. Reed, P.C. |
| Hall & Evans, L.L.C. | 320 So. Cascade Avenue |
| 1125 17th Street, Suite 600 | Colorado Springs, CO 80903 |
| Denver, CO 80202-2052 | Tel: 719-636-9343 |
| Tel: 303-628-3300 | Fax: 719-633-2355 |
| Fax: 303-628-3368 | jreedpc@aol.com |
| ringela@hallevans.com | Attorney for Plaintiffs |
| prattk@hallevans.com | |
| Attorneys for Defendants Park County, Fred Wegener, Monte Gore, Gregory Flint and Steven Groome | |
| | |
| *s/ Richard M. Lamphere, Esq.* | *s/ Michael K. Obernesser, Esq.* |
| Richard M. Lamphere, Esq. | Michael K. Obernesser, Esq. |
| Steven U. Mullens, P.C. | Law Office of Dennis Hartley, P.C. |
| P.O. Box 2940 | 1749 S. Eighth Street, Suite 5 |
| Colorado Springs, CO 80901 | Colorado Springs, CO 80906 |
| Tel: 719-532-5001 | Tel: 719-635-5521 |
| Fax: 719-473-2299 | Fax: 719-635-5760 |
| sumlamphere@yahoo.com | mobernesser@gmail.com |
| Attorney for Defendant Whiteowl | Attorney for Defendant Damon |

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 28th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.  
James A. Reed, P.C.  
jreedpc@aol.com  
Attorney for Plaintiffs

Michael K. Obernesser, Esq.  
Law Office of Dennis Hartley, P.C.  
mobernesser@gmail.com  
Attorney for Defendant Damon

Richard M. Lamphere, Esq.  
Steven U. Mullens, P.C.  
sumlamphere@yahoo.com  
Attorney for Defendant Whiteowl

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/Martha Fiser, Legal Secretary to  
Katherine M. L. Pratt, Esq.  
Andrew D. Ringel, Esq.  
Hall & Evans, L.L.C.  
1125 17th Street, Suite 600  
Denver, CO 80202-2052  
303-628-3300  
Fax: 303-628-3368  
prattk@hallevans.com  
ringela@hallevans.com