IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

      Defendants.

---

## STIPULATED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

---

The parties, by and through their respective counsel of record, submit the following Stipulated Motion to Extend Discovery and Dispositive Motions Deadlines:

1.    The current deadline to complete discovery is March 3, 2008. The current dispositive motion deadline is April 11, 2008.

2.    The parties have been working diligently and cooperatively to complete all remaining discovery. Due to the number of parties, witnesses and counsel, the parties need additional time to schedule the remaining depositions, complete any remaining discovery and submit any dispositive motions.

3.	Therefore, the parties request an extension of time to and including May 15, 2008, in which to complete all remaining discovery and to June 16, 2008, by which to file dispositive motions.

4.	This extension will not prejudice the parties and is in the interest of justice.

5.	This is the first request for an extension of the discovery and dispositive motions deadlines.

6.	Pursuant to D.C.Colo.LCivR 7.1.A, counsel conferred by e-mail and in person on February 25 and 26, 2008, regarding the extensions requested herein.  No party objects to the relief sought and all parties join in this motion.

7.	Pursuant to D.C. Colo. LR 6.1(D), the Park County Defendants' counsel will serve a copy of this motion upon Defendant and upon the other parties' counsel, as indicated on the certificate of mailing.

WHEREFORE, the parties respectfully request that this Court enter an Order granting the parties an extension of time, up to and including May 15, 2008, within which to complete discovery and to and including June 16, 2008 in which to file dispositive motions.

Dated this 28th day of February 2008.

Respectfully submitted,

*s/ Andrew D. Ringel, Esq.*                  *s/ James A. Reed, Esq.*
Andrew D. Ringel, Esq.                     James A. Reed, Esq.
Katherine M.L. Pratt, Esq.                James A. Reed, P.C.
Hall & Evans, L.L.C.                       320 So. Cascade Avenue
1125 17th Street, Suite 600               Colorado Springs, CO 80903
Denver, CO 80202-2052                 Tel:  719-636-9343
Tel:  303-628-3300                         Fax:  719-633-2355
Fax: 303-628-3368                         jreedpc@aol.com
ringela@hallevans.com                  Attorney for Plaintiffs
prattk@hallevans.com
Attorneys for Defendants Park County,
Fred Wegener, Monte Gore,
Gregory Flint and Steven Groome


*s/ Richard M. Lamphere, Esq.*            *s/ Michael K. Obernesser, Esq.*
Richard M. Lamphere, Esq.              Michael K. Obernesser, Esq.
Steven U. Mullens, P.C.                  Law Office of Dennis Hartley, P.C.
P.O. Box 2940                               1749 S. Eighth Street, Suite 5
Colorado Springs, CO 80901             Colorado Springs, CO 80906
Tel:  719-532-5001                         Tel:  719-635-5521
Fax:  719-473-2299                       Fax: 719-635-5760
sumlamphere@yahoo.com                 mobernesser@gmail.com
Attorney for Defendant Whiteowl        Attorney for Defendant Damon

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 28th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
James A. Reed, P.C.
jreedpc@aol.com
Attorney for Plaintiffs

Michael K. Obernesser, Esq.
Law Office of Dennis Hartley, P.C.
mobernesser@gmail.com
Attorney for Defendant Damon

Richard M. Lamphere, Esq.
Steven U. Mullens, P.C.
sumlamphere@yahoo.com
Attorney for Defendant Whiteowl

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Enid Cordova (U.S. Mail)
CTSI
800 Grant Street, Suite 400
Denver, CO 80203

Honorable Stephen Groome (U.S. Mail)
Park County Combined Courts
P.O. Box 190
Fairplay, CO 80440

Lee Phillips, Esq. (U.S. Mail)
Park County Attorney
Hayes, Phillips, Hoffmann & Carberry, P.C.
675 Main Street
P.O. Box 1046
Fairplay, CO 80440

Sheriff Fred Wegener (U.S. Mail)
Undersheriff Monte Gore (U.S. Mail)
Detective Gregory Flint (U.S. Mail)
Park County Sheriff's Department
P.O. Box 1373
Fairplay, CO 80440

    *s/Martha Fiser, Legal Secretary to*
Katherine M. L. Pratt, Esq.
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3300
Fax: 303-628-3368
prattk@hallevans.com
ringela@hallevans.com

4