IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTIONS DEADLINES**

_____

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Extend Discovery and Dispositive Motions Deadlines, and being fully advised in the premises,

THE COURT HEREBY ORDERS that the parties are hereby GRANTED an extension of time up to and including May 15, 2008, within which to complete all remaining discovery and to and including June 16, 2008, within which to file any dispositive motions.

DATED this _____ day of February, 2008.

BY THE COURT:

_____
RICHARD P. MATSCH
UNITED STATES DISTRICT COURT JUDGE