IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-00371-RPM

| | |
|---|---|
| CHARLES CALDWELL and<br>VICKI CALDWELL, | James A. Reed |
| Plaintiffs, | |
| v. | |
| FRED WEGENER,<br>MONTE GORE, | Andrew D. Ringel<br>Katherine M.L. Pratt |
| GREGORY S. FLINT,<br>STEVEN GROOME, | |
| SHAWNA WHITEOWL, and<br>MARK DAMON, | Richard Lamphere<br>David W. Hartley |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Calendar Call**

**8:41 a.m.      Court in session.**

Entry of appearance by counsel.
Mr. Ringel states defendant Park County is dismissed.

Joint Status Statement submitted.

Counsel answer questions regarding case facts, claims and anticipated motion for summary judgment.
Counsel state a notice was issued regarding the Colorado Immunity Act.

**ORDERED:** Stipulated Motion to Extend Discovery and Dispositive Motions Deadline, filed February 28, 2008 [37], is granted. Discovery deadline is extended to and including May 25, 2008 and Dispositive Motions Deadline is extended to and including June 16, 2008.

**ORDERED:** Jury trial scheduled September 29, 2008.
Pretrial Conference scheduled September 5, 2008 at 2:00 p.m.
Proposed pretrial order to be submitted directly to chambers by 4:00 p.m. August 28, 2008 in paper format directly to chambers.

**8:48 a.m.      Court in recess.**

Hearing concluded.   Total time: 07 min.