IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

---

**THE PARK COUNTY DEFENDANTS' MOTION TO FILE
DOCUMENTS UNDER SEAL**
with Proposed Order

---

    Defendants, Fred Wegener, Monte Gore, Gregory S. Flint, and Steven Groome (the "Park County Defendants"), by and through their attorneys, Hall & Evans, L.L.C., hereby moves this Court for an order to file confidential documents accompanying Defendants' Motion for Summary Judgment under seal, and as grounds therefore states as follows:

    1.    Contemporaneously with the filing of the instant Motion, the Park County Defendants submitted a Motion for Summary Judgment. Filed with the Motion for Summary Judgment are referenced exhibits. Some of the documents filed as exhibits to the Motion for Summary Judgment have been designated as confidential within the meaning of the Protective Order entered by this Court on December 7, 2007. In compliance with this Court's Protective

Order of December 7, 2007, and D.C.Colo.LCivR. 7.2, the Park County Defendants respectfully request that the selected exhibits to their Motion for Summary Judgment be filed under seal by this Court.

2. The proposed exhibits to be filed under seal are: A-2, A-3, A-5, A-6, A-7, A-10, A-13, A-15, A-16, A-18, A-19.

3. All of the documents filed under seal have been designated as confidential under the terms of the December 7, 2007 Protective Order entered in this matter. These documents contain personnel and investigatory information regarding the Plaintiffs and the Plaintiffs have legitimate privacy interests in maintaining the confidentiality of this confidential material. The public interest will not be served by these documents being exposed to public review.

4. Pursuant to D.C.Colo.LCivR. 7.1A, the undersigned has conferred with counsel for the Plaintiffs, James Reed, and counsel for the civilian Defendants, Michael Obernesser and Richard Lamphere, via electronic mail prior to filing the instant Motion. At the time of filing the undersigned had not received a substantive response from Plaintiffs' counsel. Counsel for Defendant Mark Damon indicated he has no objection to the relief sought by this Motion. Counsel for Defendant Shawna Whiteowl indicated he has no objection to the relief sought by this Motion.

WHEREFORE, for all of the aforementioned reasons, Defendants Fred Wegener, Monte Gore, Gregory Flint, and Stephen Groome, respectfully request this Court enter an order allowing the Defendants to file the Exhibits to Defendants' Motion for Summary Judgment listed as A-2, A-3, A-5, A-6, A-7, A-10, A-13, A-15, A-16, A-18, A-19 under seal pursuant to

D.C.Colo.LCivR. 7.2 and the Protective Order entered in this matter on December 7, 2007, and for all other relief that this Court deems just and appropriate.

Dated this 16th day of June 2008.

Respectfully submitted,

*s/ Katherine M.L. Pratt, Esq.*
Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3453
Fax: 303-628-3238
ringela@hallevans.com
prattk@hallevans.com
**ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 16th day of June, 2008, I electronically filed the foregoing **THE PARK COUNTY DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com
*Attorney for Plaintiffs*


Richard Lamphere, Esq.
Steven U. Mullens, Esq.
lampheresum@yahoo.com
SUMullens@aol.com
*Attorneys for Defendant Shawna White Owl*


Michael K. Obernesser, Esq.
mobernesser@gmail.com
*Attorney for Defendant Mark Damon*

and hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

        s/Martha Fiser, Secretary to
        Andrew D. Ringel, Esq.
        Katherine M.L. Pratt, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, CO 80202-2052
        303-628-3453
        Fax: 303-628-3238
        ringela@hallevans.com
        prattk@hallevans.com
        **ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**