IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

---

### ORDER GRANTING THE PARK COUNTY DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

---

This matter comes before the Court on the Park County Defendants' Motion to File Documents Under Seal. Having reviewed the Motion and the file herein, this Court grants the Motion. The clerk is directed to maintain exhibits A-2, A-3, A-5, A-6, A-7, A-10, A-13, A-15, A-16, A-18, A-19 under seal.

Dated this _____ day of June, 2008.

                BY THE COURT:

                _____
                Richard P. Matsch
                United States District Court Judge