## *Witness / Victim List of the Webber Park Investigation:*

- <u>Confidential Informant 2005-05</u>: Victim and witness to several crimes in the Webber Park area. To include; Possession and Manufacture of Methamphetamine, Thefts and Death Threats made to him/her.

- <u>Confidential Informant 2005-08</u>: Victim of several Harassment type cases over a six to eight year period. Has been witness to Possession of Methamphetamine and has some knowledge of its production in the Webber Park Subdivision. Claims to have been threatened by active law enforcement civilians and certified officers. Most recent case PCSO Number: 200501202 Harassment / Colorado Revised Statue 18-9-111 (1:) (a.). Please see attached copy of report.

- <u>Person of Knowledge</u>: Kara Cullen / Probation Officer / 11th Judicial
  Probation Department
  300 4th Street / P.O. Box 504
  Fairplay, CO  80440
  (719) 836-2294

  Has knowledge of this investigation as it was reported to her by her victim client. Has assisted me in gathering some archived information. Has also assisted me with identifying other potential "persons with knowledge."

- <u>Person of Knowledge</u>: Sean Paris / Deputy District Attorney / 11th Judicial
  District Attorney's Office
  300 4th Street
  Fairplay, CO  80440
  (719) 836-2080

  Assisted me with securing "Internal Investigations" files involving Undersheriff Anthony. Has knowledge of DOW Officer Zaccagnini leaking information on a sexual assault cases. (Mr. Paris has not been interviewed to this point in the investigation regarding this information.)

- <u>Command Staff Knowledge</u>: Captain Gore
  Park County Sheriff's Office
  1180 PCR 16 / P.O. Box 27
  Fairplay, CO  80440
  (719) 836-4343

  Captain Gore was the only member of PCSO command staff available when the report of potential corruption or police misconduct was reported to me again. I reported my intentions to meet with CI 2005-05 and gain new information and documentation. It was strongly recommended that I take a "cover team" with me, which I did. I also asked for permission to meet with

*Page (1.) of (4.)*

Defendants Park County
Exhibit A-11

Caldwell Complaint – Exhibit 2

*Captain Gore continued;*

Steve Groom (the Park County Attorney) regarding some of the arising legal questions involved in this case. Captain Gore approved this action.

- **Case Control Officer:** Steve Groom / County Attorney
  Park County Government
  Fairplay, CO 80440
  (719) 836-4219

Steve Groom has acted as my "control officer" for this investigation, due to me being under a "direct order" to circumvent the chain of command by Undersheriff Anthony. Once Undersheriff Anthony was directly implicated as one of sources of the information "leaks," I was left without any direct support. I reported my subsequent meetings with the CI to Steve for obvious "Officer Safety" and security reasons.

Steve has also acted in the capacity of an evidence control person. He has maintained the original copies of photographs, VHS video and audiocassette tapes in accordance with his training and experience as an attorney. Currently I am unable to hold evidence in accordance with departmental polices due to the possible discovery of its existence by sworn or civilian personnel of this agency.

- **Assisting Officer:** Glenn Hardy / District II Patrol Corporal
  Park County Sheriff's Office
  1180 PCR 16 / P.O. Box 27
  Fairplay, CO 80440
  (303) 838-4441

Glen as well as the following officers have either covered me on surveillance missions of the Webber Park Investigation or are on "stand by" to cover me should a Meth cook become known or a search warrant is gained.

Glenn was also present with me during the discussion with DOW Officer Ron Zaccagnini after our first surveillance mission. He observed Zaccagnini return a .308 Caliber round to me (which had been removed from my rifle by him) and overheard part of the discussion between us.

These officers were hand picked by me and are SWAT trained or have advance medical training. They were advised that I was looking at a large-scale poaching and methamphetamine operation. I also advised officers that there is other criminal enterprising involved with this case and that a "leak" had occurred approximately over two years ago. I have expressed the dire need to maintain the confidentiality of this investigation.

I have routinely used SWAT Team members to cover me during surveillance and photographing of potential suspect narcotic locations. To the best of my knowledge, none of these officers have attempted to gleam further information regarding this case.

<u>Remaining Assisting Officers:</u> Deputy J. Huffman / District I
Deputy D. Lougheed / District II
Deputy J. Wood / District II
Fire Chief S. Bargas / SWAT Team Medic
(719) 836-3244

<u>Monitoring and Assisting:</u> Amy Franck / Detective Corporal
Park County Sheriff's Office
824 (A) Castello Ave. / P.O. Box 27
Fairplay, CO 80440
(719) 836-4389

In mid August 2005 after a supervisors meeting, Detective Franck made a statement to me regarding the Undersheriff's racial slurs and other inappropriate remarks during that meeting. I could observe that Detective Franck was struggling with the desire to report this inappropriate behavior, but to whom (what agency).

I was aware of numerous alleged ethical violations, circumvented polices and blocked investigations against civilian employees of the Park County Sheriff's Office. The catalyst of these orders or abuses (the majority), appeared to be originating with Undersheriff Anthony. I approached Detective Franck for her assistance.

I gave her a general/brief overview of the criminal side of my investigation. She advised me of many other unethical orders, policy violations and what appeared to be misuse of authority by Undersheriff Anthony. Detective Franck advised that if the County Attorney, Steve Groom, would request her assistance and bring her under somewhat of the same "umbrella of protection" he has afforded me, she would willingly provide her information to him.

Detective Franck also advised me that she had been documenting these unethical decisions, racial/sexist remarks and other inappropriate behavior of the Undersheriff for approximately two plus years. I am aware that Detective Franck has met with County Attorney Steve Groom and begun to share said information. We do not however share the day-to-day operation of each other's current investigation of these matters.

<u>Originating Officer C# 200501202:</u> Deputy Fikejs / Patrol Deputy District I
Park County Sheriff's Office
1180 PCR 16 / P.O. Box 27
Fairplay, CO 80440
(719) 836-4121

Deputy Fikejs originated PCSO case number 200501202, after receiving a telephone report of Harassment to the victim, CI: 2005-08. Deputy Fikejs took the case and developed witnesses and suspects in a fairly short period of time. The primary suspect (George Porter) was issued a citation under Colorado Revised Statues for the charge of Harassment. Please see attached.

With in a twenty-four period of time, three suspects show to the witness's place of employment and begin to intimidate them. One of the suspects is (Chuck Caldwell),

*Page (3.) of (4.)*

Caldwell Complaint – Exhibit 2

a jail counselor and employee of the Park County Sheriff's Office. The original report had not yet been approved by a Sgt. or sent to records at this point of his investigation. When Chuck Caldwell approached each of the witnesses, he identified them by name and what they had reported. Deputy Fikejs believes that this information had been "leaked" by Chuck Caldwell's wife, Vicki Caldwell (Merritt). Vickie Caldwell has access to the Sheriff's Office computer data system and would have been able to retrieve the witness list, which had not yet been released to anyone.

Due to Deputy Fikejs following up on this case, he was advised of other corrupt activity involving the Sheriff's Office. Deputy Fikejs discretely contacted me and requested my assistance. Because of this information, I gave him a brief overview of the case for obvious "Officer Safety" issues. I did not reveal excess information or the identity of the second confidential informant. Please see attached memo generated by Deputy Fikejs.

**Originating Case Officer of Webber Park Investigation:** Greg Flint / Detective Corporal
Park County Sheriff's Office
824 (A) Castello Ave. / P.O. Box 27
Fairplay, CO  80440
(719) 836-4388

Please see attached notes and overview.

Note: There are many other honest employees of the Sheriff's Office and Park County Administration at large, who can confirm much of this information described above. The majority of them have routinely been intimidated with job loss or other harassment techniques and are fearful of reprisal for reporting any wrongdoing. I do believe that many people may come forward, if a higher authority adopts this case.

Due to the fact I am collecting this information outside the normal accepted departments reporting format, I will use this document as an informal "Supplemental Report."

Detective Corporal Gregory S. Flint          Date: 9/22/05