**Administrative notice**

# Memo

**To:** Case Manager Chuck Caldwell

**From:** Captain Monte Gore

**CC:** file

**Date:** 10/14/2005

**Re:** Criminal Investigation

---

It is the policy of the Sheriff's Office to conduct fair and impartial investigations of legitimate complaints. It is the commitment of this Office to clear employees who are falsely accused and discipline those who violate policy and procedure

Mr. Caldwell a criminal complaint has been made against you. I am placing you on paid administrative leave pending the outcome of this criminal case. You are ordered not to talk to anyone about this case. You will make yourself available for investigators. You will be required to notify me if you plan to leave the area. You will additionally be required to return all Sheriff's Office equipment at this time. We will attempt to work on this as quickly as possible to bring about a resolution to this issue.

1. ID

2. Keys.

3. Any additional property.

I understand the above directive and will abide by it.

Chuck Caldwell

*Chuck Caldwell* (signature)

Captain Monte Gore
(signature)

**Defendants Park County**

**Exhibit A-14**

1

000001



# Park County Sheriff's Office
# Investigations Division

## Notification of Internal Investigations
## Internal Affairs Case # 2006-IA-002

Date: January 17, 2006

To: Chuck Caldwell
Jail Division

This is to notify you that there is an internal affairs investigation in progress concerning the following:

Alleged Violation(s):

    PCSO Policy: 314 Conduct Rules and Regulations

    PCSO Conduct Rules and Regulation 314 (IV) (A) (3) Violation of Laws
        C.R.S. 18-8-102 Obstruction of Government Operations

    PCSO Conduct Rules and Regulation 314 (IV) (A) (25) Intimidation

    PCSO Conduct Rules and Regulation 314 (IV) (A) (30) Consorting with Persons of Bad Character

    PCSO Conduct Rules and Regulation 314 (IV) (A) (40) Interference with Investigation

    PCSO Conduct Rules and Regulation 314 (IV) (A) (41) Releasing Information

<u>Other Persons involved:</u>

Rebecca Starkweather
Vicki Caldwell
Wayne Wadora
Shawna Whiteowl
George Porter

000002

Case 1:07-cv-00371-RPM   Document 43-7   Filed 06/16/08   USDC Colorado   Page 3 of 7



# Park County Sheriff's Office
## Investigations Division

## Internal Affairs Investigation
## Confidentiality Warning
## 2006 - IA - 002

In accordance with Park County Sheriff's Office Policy and Procedure 319(IV)(A)(1&2), this is a written warning to Chuck Caldwell. You are to maintain the conversations and/or documents pertaining to this Internal Affairs Investigation #2006-IA-002 in the strictest confidence. Employees violating the confidentiality of an Internal Affairs investigation could and will be subject to progressive discipline and/or termination.

_Chuck Caldwell_          1-17-06
Employee Signature        Date

_Amy Franck_              1-17-06
Witness Signature         Date

000003



# Park County Sheriff's Office
## Investigations Division

### Internal Affairs Investigation
### "Garrity Waiver"
### Internal Affairs Case #2006 -IA-002

TO: Chuck Caldwell
FROM: Detective Corporal Amy Franck
DATE: January 18, 2006

You are being questioned as part of an official internal affairs investigation of the Park County Sheriff's Office. You will be asked specific questions that will relate directly, specifically and narrowly to the performance of your official duties or fitness as an employee of this agency. You are entitled to all the rights and privileges guaranteed by the laws and constitution of the State of Colorado and the Constitution of the United States, including the right not to be compelled to incriminate yourself.

1. All information in this case is confidential, and except as mandated by law will be released only to proper authorities.
2. You are ordered and required to answer all questions fully, truthfully, and to the best of your knowledge.
3. If you refuse to answer questions specifically directed and narrowly related to the performance of your official duties, you will be subject to departmental charges that will result in disciplinary action up to and including termination.
4. You will be allowed reasonable breaks at reasonable times for personal necessity.

If you do answer, neither your statements nor any information or evidence that is gained by reason of such statements can be used against you in any subsequent criminal proceeding. However, these statements may be used against you in relation to subsequent internal charges.

I acknowledge that I have been informed of the above order and the nature of the allegations. In addition I acknowledge that I have read and received a copy of this document.

_Chuck Caldwell_
Employee's Signature

1-18-06
Date

_Amy Franck_
Interviewer's Signature

1-18-06
Date

000004



# Park County Sheriff's Office
## Investigations Division

### Internal Affairs Investigation
### Administrative Interview Notice
### Internal Affairs Case #2006–IA-002

TO: Chuck Caldwell
FROM: Detective Corporal Amy Franck
DATE: January 18, 2006

Purpose: To protect the Interviewee's personal physical freedom and the Sheriff's Office from charges of false imprisonment.

An administrative interview is not a detention. The interviewee's presence is a voluntary act. No attempt shall be made by an interviewer to physically or verbally detain an interviewee who desires to leave at any time.

Interviewee's are to be told the following:

- The nature of the interview and what they will be questioned about.
- That their presence is voluntary, and no physical or verbal actions will be used in an attempt to physically retain or prevent them from leaving at any time.
- That failing to participate in the interview, by leaving, can create a separate act of insubordination that will likely lead to progressive discipline up to and including termination.

I fully understand the nature of this interview and my expected role and obligations. I voluntarily consent to be present and understand that I am free to leave at any time. I further understand that failing to participate fully and completely in this interview will most likely lead to charges of insubordination and will result in progressive discipline up to and including termination.

_Chuck Caldwell_                                             1-18-06
Interviewee's Signature                                       Date

_Amy Franck_                                                  1-18-06
Interviewer's Signature                                       Date

Location of Interview   PCSO - Lt Hancock's Office

000005

Synopsis:

On September 3, 2005, Shawna Whiteowl was in Starky's General Store in Lake George, Colorado. George Porter entered the store and in an angry manner asked if Shawna was running her mouth off. Shawna left the store trying to avoid a confrontation and went to the Bear Claw Store. George followed her to the Bear Claw Store and told Shawna to stop saying he and Wayne Wadora were doing meth. Shawna asked George if he was trying to cause trouble and George said he was and if Shawna didn't shut up George was going to stick his foot up her ass. George proceeded to buy a crowbar at Rosie's Flea Market and shook the crowbar in Shawna's direction mumbling something. George was issued a summons for harassment.

On September 21, 2005, Chuck Caldwell entered Starky's Store and told Rebecca he heard she had some excitement this weekend. Chuck continued stating he heard George came into her store waving a crowbar. Rebecca told him that was not what happened and Chuck said that is what the police report said. Rebecca reiterated that was not what happened. Chuck said "Shawna has been causing trouble for the people in my neighborhood every since I've been out there. I'm tired of people having to come out and question us and bothering us by looking around. She wastes our time by taking things to court and then when the judge sees its Shawna again they just throw it out of court."

At this time you are directed not to make contact with any person or persons who may have information concerning the above allegations. If you violate this directive you could suffer charges of insubordination under the Park County Sheriff's Office Policy and Procedure 314(IV)(1). If you have any concerns or questions about this process or any other questions pertaining to this investigation you are authorized to contact Detective Corporal Amy Franck. You will be contacted at a later date for an interview.

_Chuck Caldwell_
Employee Signature

1-17-06
Date

_Amy Franck_
Witness Signature

1-17-06
Date



# Park County Sheriff's Office
## Inter-Office Memorandum

TO: Chuck Caldwell

FROM: Detective Corporal Amy Franck

SUBJECT: Internal Affairs Investigation

DATE: January 31, 2006

Mr. Caldwell,

I am sorry I did not make copies and give you the originals of the Garrity Waiver and the Administrative Interview Notice you signed on January 18, 2006. Here are the originals. I am still working on the case.

Sincerely,

*Amy Franck*

Detective Corporal Amy Franck
Park County Sheriff's Office

000001