**PARK COUNTY SHERIFF'S OFFICE**

# Memorandum

To: Captain Gore

From: Vicki Caldwell

Date: 11/23/2005

---

On Monday, November 21st, 2005 I had breakfast with Don Anthony & several other people while I was on administrative leave. Since he was no longer employed by the Park County Sheriff's Office I did not feel that I was violating your orders to me. I told him that I had been placed on administrative leave because I spoke to him and did not immediately inform you. He told me he was fired because he spoke to me and the sheriff while he was on leave. Therefore, he was concerned for my welfare and my job. We did not discuss any other details of his case or mine other than the fact that we were very upset about everything that has happened. He did tell me he intended to appeal his termination. To the best of my remembrance the other conversation at the table that morning was about personal matters along with questions to Don by some of the other people at the table who had just learned about his termination.

*Vicki Caldwell*



Defendants Park County Exhibit A-17

000062