
PRINT


CLOSE



Friday, January 13, 2006

## Letters to the Editor

Friday, January 13, 2006

**Letters to the Editor**
**It was a pleasure to serve Park County**
To the Editor and people of Park County, I would like to personally thank the citizens of Park County for the opportunity to serve you for the past 16 years. My experience with the Park County Sheriff's Office has been very enjoyable and satisfying.

Over the past decades, I have worked under four different sheriffs and have seen many changes. I have seen many officers come and go, in fact comparing my employee number to the newest ones: over 100 patrol officers have come and gone since I first started as a dispatcher in 1989.

Almost 100 jail staff have come and gone in the jail since the county took it over in 2000.

The majority of the people have been a real pleasure to work with and I wish the best for each one of them in the future. I have gained such a vast amount of knowledge that will be very valuable for my future endeavors.

The great support I have received, not only locally but also statewide from people with whom I have become associated with through the years, has been great. As I learned years ago while serving in the United States Marine Corps, there is nothing more gratifying than being able to serve the public.

It is unfortunate it has come to an end at this time. But I hope I will once again be given the opportunity in the future.

Thank you.

Don Anthony Former Undersheriff Lake George

Content © 2008 The Flume
Software © 1998-2008 1up! Software, All Rights Reserved


Defendants Park County
Exhibit A-20

Park-Caldwell 1579

Colorado Secretary of State
Elections Division
1700 Broadway, Ste. 270
Denver, CO 80290
Ph:       (303) 894-2200 x 3
Fax:      (303) 869-4861
www.sos.state.co.us

Space Below For Office Use Only



# CANDIDATE AFFIDAVIT
[Art. XXVIII, Sec. 2(2) & C.R.S. 1-45-110(1)]

- State Candidates File with the Secretary of State
- County Candidates File with the County Clerk
- School District Candidates File with the County Clerk
- Municipal Candidates File with the Municipal Clerk

This affidavit shall certify that I, **Donald L. Anthony**, a member of the **Republican** political party/organization (if applicable), am a candidate for election [Art. XXVIII, Sec. 2(2)] for the office of **Park County Sheriff**,

District # _____ (if applicable).

I further certify that I am familiar with the provisions of the Colorado Fair Campaign Practices Act (FCPA) as required in §1-45-110 of the Colorado Revised Statutes.

Signature of Candidate _____  Date **3-1-06**

Physical Address of Candidate **5050 County Rd 90, Lake George, Co 80827**
(Street/City/St/Zip)

Mailing address **PO Box 117, Lake George, Co 80327**

Telephone (A number where you may be contacted) **719-748-3074**

E-Mail Address **DLANTHONY2006@AOL.COM**

---

STATE OF COLORADO
COUNTY OF **Park**

Before me, **Diane Duran Dep Clerk**, a notary/officer duly authorized to administer oaths, in and for said State, personally appeared **Donald L. Anthony**, whose name is subscribed to the foregoing Candidate Affidavit, and who affirms, that said statements are true and that he/she acknowledges the execution of said instrument to be of their own free act and voluntary deed for the uses and purposes therein set forth.

Subscribed and affirmed before me this **1** day of **March**, 20**06**.

_____ **Diane Duran Deputy Clerk**
(Notary/Official Signature)

WITH OFFICE
(Commission Expires)

Park-Caldwell 1489

(Seal) Park County Clerk

Defendants Park County
**Exhibit A-21**

Colorado Secretary of State Form 06/05

Charles Caldwell
3543 Webber Park Drive
Lake George, CO 80827
(719) 395-7621

Date:  March 7, 2006

To:  Sheriff Fred Wegener
PO Box 27
Fairplay, CO 80440

Re:  Request for Documentation

This letter is an official request for all documentation and tape recordings in regards to the investigations of all the alleged accusations against me. This request is in accordance with the Colorado Open Records Act.

Thank you

*Charles Caldwell*
Charles Caldwell


CC:  Personal Attorney
Park County Attorney Stephen Groome
File

Defendants Park County
Exhibit A-22

000042



Stephen A. Groome
County Attorney

# PARK COUNTY
## Office of the County Attorney

P.O. Box 1373
Fairplay, CO 80440

March 29, 2006

Charles Caldwell
3543 Webber Park Drive
Lake George, CO 80827

Re: <u>Your Open Records Request</u>

Dear Mr. Caldwell:

In response to your request, I have enclosed an eight-page synopsis of the Webber Park Investigation along with a four-page 'witness list.' To the best of my knowledge, CBI has not generated a written report concerning their independent investigation.

Be advised that the Webber Park investigation records contain various other items [several tape recordings, a video tape, a map of the area, etc.], which I am not at liberty to disclose for the protection of confidential informants.

Sincerely,

Stephen A. Groome
County Attorney

Enclosures

CC: Sheriff Wegener
    Undersheriff Gore

Defendants Park County
Exhibit A-23

Charles Caldwell
3543 Webber Park Drive
Lake George, CO 80827
(719) 395-7621

Date: April 5, 2006

To: Sheriff Fred Wegener
PO Box 27
Fairplay, CO 80440

Re: Request for Documentation

I wish to thank Steve Groome for the information that was sent to me. However, what I received was not what I requested. This letter is an official request for all documentation and tape recordings in regards to the investigations of all the alleged accusations against me. Please see the attached termination letter and notification of Internal Investigations. I wish to have the documentation of the internal affairs investigation and the background investigation information. This request is in accordance with the Colorado Open Records Act.

Thank you


Charles Caldwell




CC: Personal Attorney
Park County Attorney Stephen Groome
File

**Defendants Park County**

**Exhibit A-24**

000056

Jun 20 07 02:25p     Commissioner's Office     (719) 686-7900     p.2

Charles & Vicki Caldwell
3543 Webber Park Drive
Lake George, CO 80827
(719) 395-7621

Date: April 26, 2006

Park County Sheriff's Office
Attention: Custodian of Records
PO Box 27
Fairplay, CO 80440

Re:   Request for Documentation

Pursuant to the Open Records Act we are writing to request a copy of any and all investigations (including tape recordings, video tapes & maps), reports and results of investigations regarding the following:

> Charles Caldwell – 3543 Webber Park Drive, Lake George, CO 80827
> Vicki Caldwell – 3543 Webber Park Drive, Lake George, CO 80827
> The Webber Park Investigation involving the residents of Webber Park (Lake George, CO)-which we received a copy of the synopsis previously

This request is also for the results of the internal affairs investigation regarding Charles Caldwell and the exact reason for his termination.

If there is a cost for this information, please call me (Vicki Caldwell) at 719-686-7926 with the breakdown of the cost and the amount required. I will then forward the money.

If you are unable to comply with this request please respond, in writing, with the reason. It is my understanding of the Open Records Act that you are required to respond within a certain time frame.

Sincerely

*[signatures]*

Charles Caldwell     Vicki Caldwell

CC: Personal Attorney

**Defendants Park County Exhibit A-25**

000057

Stephen A. Groome  
County Attorney

# PARK COUNTY
## Office of the County Attorney



May 15, 2006

Charles & Vicki Caldwell  
3543 Webber Park Drive  
Lake George, CO 80827

Re: Response to Open Records Request

Regarding your Open Records request sent to the Park County Sheriff's Office, please be advised that the custodian of the records has determined that the release of any additional information would be contrary to the public interest. The request is therefore respectfully denied.

Sincerely,

Stephen A. Groome  
County Attorney

CC: Sheriff Wegener

Defendants Park County  
Exhibit A-26

Stephen A. Groome  
County Attorney

# PARK COUNTY
## Office of the County Attorney



PARK CO. SHERIFF  
FAIRPLAY CO.  
RECEIVED

January 20, 2006

JAN 2 3 2006

AM  PM  
7 8 9 10 11 12 1 2 3 4 5 6

Donald L. Anthony  
P.O. Box 117  
Lake George, CO  80827

Re:  Open Records Request dated January 9th

Dear Don:

Enclosed is a copy of the original complaint memo.

Regarding your request for the "supporting documentation" referenced by Greg Flint, Sheriff Wegener has informed me that that information is part of an ongoing criminal investigation and thus is not considered public records at this time [C.R.S. 24-72-204 (2) (a)]. However, you may renew your request in another 4 to 6 weeks when the documentation may be subject to production under an Open Records request. That will depend on the status of the investigation.

Regarding your request for results of polygraph tests of others, those are not considered public records that may be produced pursuant to an Open Records request.

Sincerely,

Stephen A. Groome  
County Attorney

Enclosure

CC:  Sheriff Wegener  
     Undersheriff Gore

**Defendants Park County**

**Exhibit A-27**

Park-Caldwell 1476

P.O. Box 1373, Fairplay, CO 80440  |  Voice: (719) 836-4219  |  Fax: (719) 836-3273  |  E-mail: pcattorney@parkco.us