# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-2

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-3

## to Park County Defendants' Motion for Summary Judgment

# Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-5

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-6

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-7

### to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-10

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-13

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-15

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-16

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-18

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal

# *Caldwell v. Wegener, et al.*

## Case No. 07- cv-00371-RPM-MEH

# Exhibit A-19

## to Park County Defendants' Motion for Summary Judgment

## Exhibit filed under seal