IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

      Defendants.

---

**ORDER GRANTING THE PARK COUNTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

---

This matter comes before the Court on the Park County Defendants' Motion for Summary Judgment. Having considered the positions of the parties and the materials submitted, the Court hereby GRANTS the Park County Defendants' for Summary Judgment in its entirety. Plaintiffs' claims are hereby dismissed with prejudice.

Dated this _____ day of _____, 2008.

BY THE COURT:

_____
Richard P. Matsch
United States District Court Judge