IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

---

## ORDER GRANTING THE PARK COUNTY DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

---

This matter comes before the Court on the Park County Defendants' Motion to File Documents Under Seal. Having reviewed the Motion and the file herein, this Court grants the Motion. The clerk is directed to maintain exhibits A-2, A-3, A-5, A-6, A-7, A-10, A-13, A-15, A-16, A-18, A-19 under seal.

Dated this 17th day of June, 2008.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
United States District Court Judge