IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

_____

**JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT STEPHEN GROOME PURSUANT TO Fed. R. Civ. P. 41(a)**
_____

    IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiffs Charles Caldwell and Vicki Cadlwell and Defendants Fred Wegener, Monte Gore, Gregory Flint, Stephen Groome, Shawna Whiteowl, and Mark Damon, by and through their respective counsel of record, that the parties agree that Defendant Stephen Groome should be dismissed from this action and move this Court for an order dismissing Stephen Groome from this action, and

    IT IS FURTHER STIPULATED AND AGREED to that the parties request the Court to enter an Order of Dismissal with Prejudice as to Defendant Stephen Groome, with each party to pay his own costs and attorneys fees.

Dated this 1st day of July 2008.

Respectfully submitted,

| | |
|---|---|
| *s/ James A. Reed, Esq.            .* | *s/ Katherine M.L. Pratt, Esq.            .* |
| James A. Reed, Esq. | Andrew D. Ringel, Esq. |
| James A. Reed, P.C. | Katherine M.L. Pratt, Esq. |
| 320 So. Cascade Avenue | Hall & Evans, L.L.C. |
| Colorado Springs, CO 80903 | 1125 17th Street, Suite 600 |
| **Counsel for Plaintiffs** | Denver, CO 80202-2052 |
| **Charles and Vicki Caldwell** | **Counsel for Defendants Fred Wegener, Monte Gore, Gregory Flint and Stephen Groome** |
| | |
| *s/ Richard Lamphere, Esq.            .* | *s/ Michael K. Obernesser, Esq.            .* |
| Richard Lamphere, Esq. | Michael K. Obernesser, Esq. |
| 105 E. Moreno Avenue | Law Office of Dennis Hartley, P.C. |
| Colorado Springs, CO 80903 | 1749 S. Eighth Street, Suite 5 |
| **Counsel for Defendant Shawna Whiteowl** | Colorado Springs, CO 80906 |
| | **Counsel for Defendant Mark Damon** |

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 1st day of July, 2008, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHEN GROOME PURSUANT TO Fed. R. Civ. P. 41(a)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com
*Attorney for Plaintiffs*

Richard Lamphere, Esq.
Steven U. Mullens, Esq.
lampheresum@yahoo.com
SUMullens@aol.com
*Attorneys for Defendant Shawna White Owl*

Michael K. Obernesser, Esq.
mobernesser@gmail.com
*Attorney for Defendant Mark Damon*

        s/Sheila Kelly, Secretary to
        Andrew D. Ringel, Esq.
        Katherine M.L. Pratt, Esq.
        Hall & Evans, L.L.C.
        1125 17th Street, Suite 600
        Denver, CO 80202-2052
        303-628-3453
        Fax: 303-628-3238
        ringela@hallevans.com
        prattk@hallevans.com
        **ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**