IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

_____

**ORDER GRANTING JOINT STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE OF DEFENDANT
STEPHEN GROOME PURSUANT TO Fed. R. Civ. P. 41(a)**
_____

    The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice as to Defendant Stephen Groome.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiffs' claims against Defendant Stephen Groome should be dismissed with prejudice.

    THEREFORE IT IS ORDERED as follows:

    1.    That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

    2.    That Plaintiffs' claims against Defendant Stephen Groome are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs.

2

Dated this _____ day of July, 2008.

                BY THE COURT:

                _____
                Richard P. Matsch
                United States District Judge

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the ____ day of June, 2008, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHEN GROOME PURSUANT TO Fed. R. Civ. P. 41(a)**with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com
*Attorney for Plaintiffs*

Richard Lamphere, Esq.
Steven U. Mullens, Esq.
lampheresum@yahoo.com
SUMullens@aol.com
*Attorneys for Defendant Shawna White Owl*

Michael K. Obernesser, Esq.
mobernesser@gmail.com
*Attorney for Defendant Mark Damon*


s/Martha Fiser, Secretary to
Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3453
Fax: 303-628-3238
ringela@hallevans.com
prattk@hallevans.com
**ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**

3