IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

Defendants.

## UNCONTESTED PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENTS

COME NOW the Plaintiffs, Charles "Chuck" Caldwell and Vicki Caldwell, by and through their undersigned counsel, and hereby move this Honorable Court for an extension of time in which to respond to the Summary Judgment Motions of the respective Defendants, and as grounds therefore state to this Court as follows:

1. The Park County Defendants, on one hand, and the private party defendants (Whiteowl and Damon) on the other, have each filed motions for summary judgments in the within case. The response deadline as presently set would be July 7, 2008.

2. The undersigned counsel unexpectedly was called on an emergency basis to assist in a trial over the last two and a half weeks in State Court, in Colorado Springs, which cut deeply into the time frame in which he had to meaningfully respond to these Defendant motions in this case. Given the resulting scrambled schedule for the undersigned, an extension to July 28, 2008, is requested.

3. This is the first request for an extension of time for the filing of a response to Defendants' Motions of Summary Judgment in this case. No party will be prejudiced by this extension of time.

4. The undersigned counsel certifies to this Court that he has telephonically contacted counsel for the Park County Defendants (Mr. Ringel) and counsel for Defendant Damon (Mr. Obernesser), who has each consented to the granting of this extension. Counsel has attempted to contact counsel for Defendant Whiteowl (Mr. Lamphere), and has left a messages on both his office answering machine and that of his assistant, but as of the time of the drafting of this motion has yet to receive a response (From earlier dealings on scheduling matters with Mr. Lamphere, no objection is anticipated).

5. The undersigned counsel has further contacted his own clients (through Plaintiff Vicki Caldwell) and received their agreement and permission to seek the extension requested.

Respectfully submitted this 1st day of July, 2008.

*s/ James A. Reed*
James A. Reed
James A. Reed, P.C.
320 S. Cascade Avenue
Colorado Springs, CO  80903
Tel. (719) 636-9343 / Fax (719) 633-2355
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 1st day of July, 2008, the foregoing document was served via ECM/Pacer to:

*Attorney for Defendants County of Park, Wegener, Gore, Flint and Groome:*
Katherine M.L. Pratt, Esq.
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
Prattk@hallevans.com
Ringela@hallevans.com

*Attorney for Defendant Damon:*
Michael Obernesser, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, CO 80906
mobernesser@gmail.com

*Attorney for Defendant Whiteowl:*
Richard Lamphere, Esq.
Steven U. Mullens, P.C.
105 East Moreno Avenue
Colorado Springs, CO 80903
lampheresum@yahoo.com

s/ Julia Vendeland
Julia Vendeland
James A. Reed, P.C.
320 S. Cascade Avenue
Colorado Springs, CO 80903
Tel. (719) 636-9343 / Fax (719) 633-2355

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-000371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

## ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENTS

THIS COURT, upon being first duly advised by Plaintiffs' Motion for Extension of Time to Respond to All Defendants' Motions for Summary Judgments in this case, and finding that an extension of time up to and including Monday, July 28, 2008 for Plaintiffs to file said response will not prejudice any party,

HEREBY GRANTS Plaintiffs' Motion.

Done this the ____ day of July, 2008.

_____
Magistrate Judge
United States District Court, District of Colorado