IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

      Defendants.

_____

**ORDER GRANTING JOINT STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE OF DEFENDANT
STEPHEN GROOME PURSUANT TO Fed. R. Civ. P. 41(a)**

_____

      The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice as to

Defendant Stephen Groome.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that Plaintiffs' claims against Defendant

Stephen Groome should be dismissed with prejudice.

      THEREFORE IT IS ORDERED as follows:

                      1.        That the Joint Stipulated Motion for Dismissal With

                Prejudice is APPROVED; and

2. That Plaintiffs' claims against Defendant Stephen Groome are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs.

Dated this 3rd day of July, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge