IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT
_____

Upon consideration of the plaintiffs' Motion for Extension of Time to Respond to All Defendants' Motions for Summary Judgment [47], filed on July 1, 2008, it is

ORDERED that the motion is granted to and including July 28, 2008.

DATED: July 7th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge