PARK CO. SHERIFF
FAIRPLAY CO.
RECEIVED

APR 0 5 2005

AM         PM
7|8|9|10|11|12|1|2|3|4|5|6

A



# PARK COUNTY SHERIFF'S OFFICE
## APPLICATION FOR EMPLOYMENT AND PERSONAL HISTORY STATEMENT

NAME: _Charles   Caldwell_____

POSITION(S) APPLIED FOR: ☐   DEPUTY ☐   COMMUNICATIONS OFFICER

☐   JAILER ☑   OTHER (Specify) _Case Manager - Jail (PT)_

DATE OF ISSUANCE:
_3-31-05_____
(This application must be returned within 14 days of issuance)

DATE OF RETURN:  (FAXES WILL NOT BE ACCEPTED) _4-5-05_____

IN CASE OF DELAY PLEASE CONTACT THE PARK COUNTY SHERIFF'S OFFICE AT 719-836-4121

## Park County Sheriff's Office
### Sheriff Fred Wegener
Park County Road 16, P.O Box 27
Fairplay, Colorado 80440

(719) 836-4121 Fax (719) 836-4113

**EXHIBIT 21**

000014

The Park County Sheriff's Office, in an effort to increase the professionalism and to strive for excellence, has incorporated a new pre-employment program into the personnel system. The new pre-employment criterion requires entry-level testing and background investigations.

This packet is the Personal History Statement and also serves as an application. The applicant will then be notified of qualification and of the next testing date for the position(s) qualified.

When the applicant has successfully completed and passed the entry-level testing, he or she will be placed on an eligibility list based on their test scores.
Upon successful completion of these two phases of the pre-employment process, an oral interview will be conducted. Based upon the cumulative results, a final eligibility list will be determined. Upon employment, the new employee must pass a drug screen test, may be required to pass a physical examination, and a psychological examination as required by law. *A polygraph may be required for certain positions*.  The Park County Sheriff's Office would like to reiterate its goal to bring efficient and effective law enforcement to Park County, to increase the community's pride in the Office and to promote professionalism and integrity within the Office.


Fred Wegener
Sheriff, Park County

# Crime Does Not Have To Be A Fact Of Life

## *IMPORTANT*
## READ THESE INSTRUCTIONS CAREFULLY

These instructions are provided as a guide to assist you in properly completing your Personal History Statement. *It is essential that the information be correct and complete!* Your personal history statement will be used as the basis for a background investigation that will determine your eligibility for the position(s) for which you have applied.

1.  Your Personal History Statement should be **hand printed** legibly in black ink.

2.  Answer all questions completely. If a question does not apply to you, enter <u>"N/A"</u> in the space provided. *Resumes will not be accepted in lieu of a complete application.*

3.  Avoid errors by reading the directions carefully before making any entries on the form. Be sure your information is correct *and in sequence* before you begin.

4. You are responsible for obtaining correct addresses (including zip codes). If you are not sure of an address, check it by personal verification. Your local library may have a

directory service or copies of the required directories. Include the area code for all phone numbers listed.

5. If there is insufficient space on the Personal History Statement form, attach extra sheets. Be sure to reference the relevant section and question before continuing your answers.

6. **Pages 22-26 must be signed before a Notary prior to return.**
**Your failure to properly and thoroughly complete this document will result in the rejection of your application. Deliberate omissions or a deliberate misstatement of required information is grounds for rejection.**

In addition to the Personal History Statement, you are required to submit:

☒ An official high school transcript and a copy of your diploma or GED, if applicable.
My diploma was lost in 1970. I've requested a copy from Putnam Hi. Sch.

☒ An official college transcript and a copy of any certifications or diploma, if applicable. Again, my diploma was lost in 1970. A copy has been requested.

☒ Copies of any and all divorce and/or civil papers, if applicable.

☐ Copy of Military Form DD214 (Discharge), if applicable.

☒ Copy of current Driver License

☒ Letters of recommendation, if applicable.

☐ Copies of any Colorado POST training certificates or licenses

If you have any questions concerning the required documentation or the instructions, please call the Sheriff's Office, Personnel, at 719-836-4121.

*An Equal Opportunity Employer*

## PERSONAL IDENTIFICATION

NAME
_Caldwell_____ _Charles_____ _Vernon_____
Last               First               Middle

_Chuck Caldwell_____
Other Names used   (Maiden, Adoption, Nicknames, etc.)

HOME ADDRESS
_3543_ _Webber Pk. Dr._ _Lake George,_ _Co._ _80827_
Number   Street          City           State   Zip

PHONES: _____ _____
              Home                        Pager

_(719) 395-7621_____ _____
              Cellular                    Other

SOCIAL SECURITY NUMBER: _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_____

PLACE OF BIRTH:
_Chickasha_____ _Grady_____ _Oklahoma_____
City               County          State

DRIVER'S LICENSE:
_99-224-0125 R_ _Co._____ _11-8-2014_
Number   Class     Issuing State      Expiration

HEIGHT: _5' 9½"_ WEIGHT: _175_ EYE COLOR: _hz_ HAIR COLOR: _brown_

IDENTIFYING MARKS (List all scars, marks, or tattoos)
_Scars - left forearm, left shoulder, left & right pecktral area,_

_front of right shoulder. Tattoo - upper right arm._

NAME BY WHICH YOU PREFER TO BE ADDRESSED:
_____ _Chuck Caldwell_____

## EDUCATIONAL HISTORY

List all High Schools, Colleges, Technological or Trade Schools you have ever attended, regardless of whether or not you graduated and/or completed the prescribed course of study. If you are listing colleges and universities and you did not graduate, indicate the number of credit hours you are credited with. If you attended a technological or trade school, indicate your course of study and if you were awarded a diploma or certificate.

DATES ATTENDED

NAME OF TYPE OF SCHOOL

_Putnam City - High School, Okla. City, Okla._
(List City and State)

From _1964_      To _1967_
DEGREE, <u>DIPLOMA</u>, AND/OR CREDIT HOURS EARNED

DATES ATTENDED

NAME OF TYPE OF SCHOOL

_University of Oklahoma - University - Norman, Okla._
(List City and State)

From             To
DEGREE, <u>DIPLOMA</u>, AND/OR CREDIT HOURS EARNED

DATES ATTENDED  _1968 - 1970_

NAME OF TYPE OF SCHOOL

_____
(List City and State)

From             To
DEGREE, DIPLOMA, AND/OR CREDIT HOURS EARNED

Have you ever been expelled from any school that you have attended? ☐  Yes ☒  No
If YES, List School, dates expelled, and reason:

Have you ever been placed on Academic Probation? ☐  Yes ☒  No
If YES, List School dates of probation, and reason:

000018

## MILITARY SERVICE

Have you ever been rejected by any branch of the U.S. Armed Forces? ☒   Yes ☐   No
Have you ever been a member of any branch of the U.S. Armed Forces? ☐   Yes ☒   No
If NO, continue to next page.

**IF YES:** Branch of Service: _____ Highest Rank obtained:_____
Date of Induction: _____ Date of Discharge: _____
            Month Day Year                              Month Day Year
Type of Discharge: _____

Awards (List type and date awarded)

_____

_____

Special Schools/Training:

_____

_____

_____

While in the Military Service, were you ever arrested for an offense, which resulted in a
trial by Deck Court or by Summary, Special, or General Court-Martial? ☐   Yes ☐   No

*If YES, list charge(s), date(s), and result(s):*

_____

_____

Last Duty Station and Name of Commanding
Officer:_____

_____

Are you currently a member of a U.S. Reserve or National or State Guard Organization
or unit?
☐   Yes ☐   No
If YES: Branch of Service: _____ Grade and Service: _____

Are you: ☐   Active ☐   Inactive ☐   Standby

Organization/Station/Unit and Location:

_____

000019

## EMPLOYMENT HISTORY

Beginning with your PRESENT or MOST RECENT job, list all jobs that you have held, including all part-time, temporary, or seasonal positions. You may photocopy page 7 if you need additional pages. (Jobs are considered as any position you accepted for pay, regardless of the length of the job).

☒ Full-time ☐ Part-time ☐ Seasonal
Employer Name:
Womacks Casino
Employer Address:
200-220 E. Bennett Av.-Cripple Creek, Co. 80813
Number and Street City State Zip
Employer Phone: (719) 689-0333
Area Code and Number                    Alternate Area Code and Number
Employment Dates: Starting: Jan. 2000 Ending: Feb. 2001
Month, Day, Year                         Month, Day, Year
Position(s) held with company: (List duties and responsibilities also)
☐ Salary/yr
Title: bartender                    Pay Scale: 7⁰⁰/hr.
☒ Hourly
Duties and Responsibilities:
general bartender. I also maintained an impress
bank for gambing currency.

Time in Position: 13 month
Did you receive job performance evaluations while with this company? ☐ Yes ☒ No Not that I'm aware of.
Are you eligible for re-hire? ☒ Yes ☐ No
Name of Final Supervisor:
Rick (Womacks couldn't provide me his last name.
Reason for Leaving:
The noise and enviroment got to me.
Was notice given? ☒ Yes ☐ No If YES, how much?
2 weeks

INVESTIGATOR NOTES

☐ Full-time ☐ Part-time ☐ Seasonal
Employer Name:

Employer Address:

Number and Street City State Zip
Employer Phone:
Area Code and Number                    Alternate Area Code and Number
Employment Dates: Starting: Ending:
Month, Day, Year                         Month, Day, Year

# EMPLOYMENT HISTORY

Beginning with your PRESENT or MOST RECENT job, list all jobs that you have held, including all part-time, temporary, or seasonal positions. You may photocopy page 7 if you need additional pages. (Jobs are considered as any position you accepted for pay, regardless of the length of the job).

☒  Full-time ☐  Part-time ☐  Seasonal

Employer Name: _Rocky Mountain Aikido Club. (Mark Owens - facility owner )_

Employer Address: _This facility has since folded._
Number and Street City State Zip

Employer Phone: _N. A._
Area Code and Number          Alternate Area Code and Number

Employment Dates: Starting: _April 1999_          Ending: _Nov. 1999_
Month, Day, Year                    Month, Day, Year

Position(s) held with company: (List duties and responsibilities also)

☐  Salary/yr

Title: _Shihan (Head Instructor )_          Pay Scale: _800/mo. + boarding._

☐  Hourly

Duties and Responsibilities: _Primary instructor for Aikido & childrens Judo classes._

Time in Position: _approx. 8 months._

Did you receive job performance evaluations while with this company? ☐  Yes ☒  No

Are you eligible for re-hire? ☐  Yes ☒  No

Name of Final Supervisor: _self._

Reason for Leaving: _The owner of the facility was dishonest & unethical._

Was notice given? ☒  Yes ☐  No If YES, how much? _one month._

INVESTIGATOR NOTES

☐  Full-time ☐  Part-time ☐  Seasonal

Employer Name: _____

Employer Address: _____

Number and Street City State Zip

Employer Phone: _____
Area Code and Number          Alternate Area Code and Number

Employment Dates: Starting: _____ Ending: _____
Month, Day, Year                    Month, Day, Year

**EMPLOYMENT HISTORY**

Beginning with your PRESENT or MOST RECENT job, list all jobs that you have held, including all part-time, temporary, or seasonal positions. You may photocopy page 7 if you need additional pages. (Jobs are considered as any position you accepted for pay, regardless of the length of the job).

☒   Full-time ☐   Part-time ☐   Seasonal
Employer Name:
_Self employed. Wind Song Dojo (Martial Arts Sch.)_
Employer Address:
_400 S. Vermont (Suite 100) Okla. City, Okla. 73106_
<sub>Number and Street City State Zip</sub>
Employer Phone: _(405) 943-6246_ _____
        <sub>Area Code and Number</sub>              <sub>Alternate Area Code and Number</sub>
Employment Dates: Starting: _Nov. 1  1982_ Ending: _Mar. 25, 1999_
                  <sub>Month, Day, Year</sub>              <sub>Month, Day, Year</sub>
Position(s) held with company: (List duties and responsibilities also)
☐   Salary/yr
Title: _Owner - Head Instructor_ Pay Scale: _N. A._
☐   Hourly
Duties and Responsibilities:
_Ran the school full time teaching Aikido, adult & childrens_
_Judo, and Jyodo. In addition I held special seminars_
_for Law enforcement and women._

Time in Position: _19 years._
Did you receive job performance evaluations while with this company? ☐   Yes ☒   No
Are you eligible for re-hire? ☒   Yes ☐   No
Name of Final Supervisor:
_Self._
Reason for Leaving:
_My wife and I moved to Colorado._
Was notice given? ☒   Yes ☐   No If YES, how much?
_1 year_

INVESTIGATOR NOTES


☐   Full-time ☐   Part-time ☐   Seasonal
Employer Name:
_____

Employer Address:
_____
<sub>Number and Street City State Zip</sub>
Employer Phone: _____
        <sub>Area Code and Number</sub>              <sub>Alternate Area Code and Number</sub>
Employment Dates: Starting: _____ Ending: _____
                  <sub>Month, Day, Year</sub>              <sub>Month, Day, Year</sub>

**EMPLOYMENT HISTORY**

Beginning with your PRESENT or MOST RECENT job, list all jobs that you have held, including all part-time, temporary, or seasonal positions. You may photocopy page 7 if you need additional pages. (Jobs are considered as any position you accepted for pay, regardless of the length of the job).

☒  Full-time ☐  Part-time ☐  Seasonal
Employer Name:
_V. A. Hospital_
Employer Address:
_3033 N. Walnut - Okla. City, Okla.____73105_
Number and Street City State Zip
Employer Phone: _( 405 ) 270 - 5147_
                     Area Code and Number              Alternate Area Code and Number
Employment Dates: Starting: _____1979_____ Ending: _____1984_
                                Month, Day, Year                      Month, Day, Year
Position(s) held with company: (List duties and responsibilities also)
☐  Salary/yr
Title: _Respiratory Therapist_____ Pay Scale: _900 / mo._
☐  Hourly
Duties and Responsibilities:
_Staff Therapist____1979 - 84_
_Inservice Educational Coordinator - Pulmonary Medicine_
_1983 - 84._

Time in Position: _5 years._
Did you receive job performance evaluations while with this company? ☒  Yes ☐  No
Are you eligible for re-hire? ☒  Yes ☐  No
Name of Final Supervisor:
_Leland Powell_
Reason for Leaving:
_To opperate full time martial Arts sch._
Was notice given? ☒  Yes ☐  No If YES, how much?
_1 month._

INVESTIGATOR NOTES


☐  Full-time ☐  Part-time ☐  Seasonal
Employer Name:
_____

Employer Address:
_____

Number and Street City State Zip
Employer Phone: _____
                     Area Code and Number              Alternate Area Code and Number
Employment Dates: Starting: _____ Ending: _____
                                Month, Day, Year                      Month, Day, Year

**EMPLOYMENT HISTORY, continued.**

☒ Full-time ☐ Part-time ☐ Seasonal

Employer Name:
_self employed. (Natural Accents )_

Employer Address:
_N. A._
Number and Street City State Zip

Employer Phone: _N. A._ _____
Area Code and Number          Alternate Area Code and Number

Employment Dates: Starting: _1975_ Ending:
_1978_
Month, Day, Year Month, Day, Year

Position(s) held with company: (List duties and responsibilities also)

Title: _owner_ Pay Scale: _N. A._ ☐ Hourly ☐ Salary/yr

Duties and Responsibilities:
_This was a wholesale floral supply business._
_____
_____
_____

Time in Position: _I opperated this business for 3 years._

Did you receive job performance evaluations while with this company? ☐ Yes ☒ No

Are you eligible for re-hire? ☐ Yes ☒ No _N. A._

Name of Final Supervisor:
_Self._

Reason for Leaving:
_business burned down. (no insurance )_

Was notice given? ☐ Yes ☐ No If YES, how much?
_NA._

INVESTIGATOR NOTES .

**EMPLOYMENT HISTORY, continued.**

Position(s) held with company: (List duties and responsibilities also)
❑   Salary/yr
Title: _____ Pay Scale: _____
❑   Hourly
Duties and Responsibilities:
_____
_____
_____
_____

Time in Position: _____
Did you receive job performance evaluations while with this company? ❑   Yes ❑   No
Are you eligible for re-hire? ❑   Yes ❑   No


☒   Full-time ❑  Part-time ❑   Seasonal
Employer Name:
   Mercy   Health   Center
Employer Address:
   4300 W. Memorial - Okla. City, Okla.   73120
Number and Street City State Zip
Employer Phone: (405 )  755 - 1515
                     Area Code and Number                          Alternate Area Code and Number
Employment Dates: Starting: _____ 1978 Ending: _____ 1979
                                    Month, Day, Year                        Month, Day, Year
Position(s) held with company: (List duties and responsibilities also)
❑   Salary/yr
Title: Staff  Respiratory  Therapist  Pay Scale: approx.  900/mo.
❑   Hourly
Duties and Responsibilities:
   general  Respiratory  Therapist.
   Volume  Ventilator specialist - Intensive  Care  Areas.
_____

Time in Position: 1 year
Did you receive job performance evaluations while with this company? ☒   Yes ❑   No
Are you eligible for re-hire? ☒   Yes ❑   No
Name of Final Supervisor:
   Norman  Brown
Reason for Leaving:
   Offered  position  at  V. A.  Hospital
Was notice given? ☒   Yes ❑   No If YES, how much?
   2 weeks

INVESTIGATOR NOTES

000025

**EMPLOYMENT HISTORY, continued.**

☒ Full-time ☐ Part-time ☐ Seasonal

Employer Name:
Oklahoma Memorial Hospital

Employer Address:
1200 Everet Dr. Okla. City, Okla.     73105
Number and Street City State Zip

Employer Phone: ( 405 ) 271 - 4700
Area Code and Number                                    Alternate Area Code and Number

Employment Dates: Starting: ___1970___ Ending: ___1975___
                                   Month, Day, Year                    Month, Day, Year

Position(s) held with company: (List duties and responsibilities also)
☐ Salary/yr
Title: Respiratory Therapist_____ Pay Scale: _____
☐ Hourly
Duties and Responsibilities:
Day shift. Supervisor 1971 - 1975
Inservice Instructor 1971 - 1975
_____
_____

Time in Position: ___5 years___
Did you receive job performance evaluations while with this company? ☒ Yes ☐ No
Are you eligible for re-hire? ☒ Yes ☒ No
Name of Final Supervisor:
Carla Howerton

Reason for Leaving:
Went into private business
Was notice given? ☒ Yes ☐ No If YES, how much?
1 month.
INVESTIGATOR NOTES

## PERIODS OF UNEMPLOYMENT

List any periods of unemployment and reasons since graduating from High School (a period of unemployment is any time that you did not have a job).

From (Month and Year) *Feb. 2001*

To (Month and Year) Length of Unemployment *present – just over 4 years*

Reason for being Unemployed *Sabatical*

If you were a full-time student and held only seasonal employment during school breaks, indicate your beginning and ending school dates. Indicate under "Reason" that you were a full-time student. Do not give a length of time for unemployment in the "Work History" section. List only jobs that you worked.

## LAW ENFORCEMENT APPLICATIONS (ONLY)

Have you ever made application to this or any other law enforcement agency?
❑  Yes  *?*  ❑  No

If YES, list:
Name of Agency  Type of Position  Date of Application  Status of Application
*Though a member of Forrest Pk. P.D., I never made*
*application. Chief Jeff Tucker brought me in*
*on my own meret.*

## ARRESTS AND/OR DETENTIONS

Have you ever been arrested or detained on suspicion of a charge other than misdemeanor traffic violation(s)?  ❑   Yes ☒   No
been summoned as a defendant to court for a criminal offense? ❑   Yes ☒   No

Your answer to this question will be used to this question will be used to evaluate your personal qualities and a YES answer will not necessarily disqualify you for the position.

If YES to the above question, explain each incident with dates, charges, and disposition. Attach copies of court dispositions. Attach additional sheets as necessary.

**LITIGATION**

Have you ever:
been involved, as defendant or plaintiff, in any type of lawsuit? ❑   Yes ☒   No
Been sued? ❑   Yes ☒   No
Sued anyone? ❑   Yes ☒   No
Filed for bankruptcy? ❑   Yes ☒   No
Has anyone ever threatened to take you to court for non-payment of a bill?
❑   Yes        ☒   No

If YES to any of the above questions, explain each incident with dates, charges, and
disposition. Attach copies of court judgements. Attach additional sheets as necessary.

_____
_____
_____
_____
_____
_____
_____
_____
_____

**DRIVING RECORD**

How many moving violation citations have you received since you began driving?
_____4_____
How many moving violation citations have you received in the past three years?
_____none_____
Have you ever driven a motor vehicle without a valid driver's license for that vehicle?
☒   Yes☒   No
Have you ever driven a motor vehicle with the past three years without valid insurance?
❑   Yes☒   No
Have you ever had your driver's license suspended? ❑   Yes ☒   No
If YES: Date of suspension: _____ Date suspension lifted: _____
                             Month Day Year                                    Month Day Year
Type of suspension:

_____

Have you ever:
Had your driver's license placed on probation for receiving an excessive number of
moving violations?
❑   Yes ☒   No
Had a hearing for probation or suspension? ❑   Yes ☒   No
Been placed on assigned risk for insurance? ❑   Yes ☒   No
Had your insurance revoked due to the number of traffic citations you have received?
❑   Yes ☒   No

000028

**DRIVING RECORD, continued.**

Knowingly driven a motor vehicle after your driver's license was suspended or after it had been revoked? ☐   Yes ☒   No

Do you have a valid driver's license issued in more than one state? ☐   Yes ☒   No
If YES, list State: _____

Have you ever been denied a driver's license for any reason? ☐   Yes ☒   No

Have you ever had to appear before a medical advisory board? ☐   Yes ☒   No

How many motor vehicle accidents have you been involved in as a driver?
_____ two _____

Have you ever had any reason to believe that you might have a problem with depth perception or other visual impairment? ☒   Yes ☐   No

Have you ever been involved in an accident when you were driving and then left the scene without identifying yourself? ☐   Yes ☒   No

Have you ever struck an unattended vehicle when you were driving and then left the scene without identifying yourself? ☐   Yes ☒   No

Have you ever been involved in an accident when you were driving after you had been drinking any type of alcoholic beverage? ☐   Yes ☒   No

With what company do you carry Automobile Liability Insurance?
_Geico_____

Company Address:
_One Geico Boulevard – Fredericksburg Va. 22412-0001_
<u>Number and Street or Mailing Address City State Zip</u>

Policy Number: _2009-92-61-36_ Effective Date: _10 – 9 – 04_

**DRUG USE**

Drug use covers all descriptive terms used to describe the ingestion, in any form, of any of the listed types of drugs into a person's system.

DRUG NAME USED Number of Times in Life

Approximate date of last use _June – 2003_

Form Used
MARIJUANA _I honestly don't know, but quite a few while working_
☒Yes ☐No _undercover in law enforcement._

HASHISH   ☐Yes ☐   Prescription ☒No

AMPHETAMINES
(SPEED)   ☐Yes ☐   Prescription ☒No

COCAINE   ☐Yes ☐   Prescription ☒No

**DRUG USE, continued.**

LSD ☐Yes ☒No

PCP ☐Yes ☒No

PEYOTE ☒Yes ☐No   5 times in Native American church

MUSHROOMS ☐Yes ☒No

QUAALUDES ☐Yes ☐ Prescription ☒No

TRANQUILIZERS ☐Yes ☐ Prescription ☒No

BARBITURATES ☐Yes ☐ Prescription ☒No

HEROIN ☐Yes ☒No

STEROIDS ☐Yes ☐ Prescription ☒No

ANY "DESIGNER DRUGS" ☐Yes ☒No

INHALANTS (Glue, paint, etc). ☐Yes ☒No

Have you ever had a drug injection that was not prescribed legally by a physician?
☐ Yes ☒ No

Have you ever sold, furnished, or bought marijuana, drugs, or a controlled substance?
☒ Yes ☐ No

If YES, explain:
I DID buy marijuana but have never sold
it. I made many buys while working undercover.

## RESIDENCES

List all residences where you have lived during the past ten-(10) years, beginning with
your present address. List date by month and year. Attach additional pages, if necessary.
Include apartment complex names and the office telephone numbers.

From March 1999 to ___present___   Length of residency (years/months) 6 years.
Address:
3543 Webber Pk. Dr. Lake George, Co. 80827
<span style="font-size:smaller">Number Street City State Zip</span>

Name of Apartment Complex: ___N.A.___   Phone: (719) 395-7621

From ___1992___ to ___1999___   Length of residency (years/months) 7 yr. 4 months.
Address:
400 S. Vermont  Okla. City Okla.   73106
<span style="font-size:smaller">Number Street City State Zip</span>

**RESIDENCES, continued**

Name of Apartment Complex: _____ Phone: _____

**From** _____ to _____ Length of residency (years/months) ____

Address: _____

Number Street City State Zip

Name of Apartment Complex: _____ Phone: _____

**From** _____ to _____ Length of residency (years/months) ____

Address: _____

Number Street City State Zip

Name of Apartment Complex: _____ Phone: _____

**From** _____ to _____ Length of residency (years/months) ____

Address: _____

Number Street City State Zip

Name of Apartment Complex: _____ Phone: _____

**From** _____ to _____ Length of residency (years/months) ____

Address: _____

Number Street City State Zip

Name of Apartment Complex: _____ Phone: _____

**PERSONAL DECLARATIONS**

If it becomes necessary to take a human life in the course of your duties, would you have any beliefs that would preclude or prevent you from doing so? ☐ Yes ☒ No

If YES, explain: _____

_____

_____

_____

Are you willing to work shift work, including weekends, holidays and mandatory overtime? ☒ Yes ☐ No

If NO, explain: _____

_____

_____

_____

000031

**PERSONAL DECLARATIONS, continued**

Do you know of anything that would disqualify you from being deputized or prevent you from discharging the official duties of a Deputy Sheriff, County Jailer, or Communications Officer?
❑   Yes ☒   No

If YES, explain:
_____
_____
_____
_____

Have you ever abused any prescription medications? ❑   Yes ☒   No
If YES, explain:
_____
_____

Have you ever been, in any form or fashion, involved in the manufacture, sale, or distribution of an illegal drug? ☒   Yes ~~No~~
If YES, explain:
_Yes. In the capacity of and undercover assignment in_
_Law enforcement I bought Marijuana_

Have you ever lied to a physician in order to obtain a pain medication, tranquilizer, or prescription drug? ❑   Yes ☒   No
If YES, explain:
_____
_____

If hired, can you provide proof that you are eligible to work in the United States?
☒   Yes ❑   No
If NO, explain:
_____
_____

Have you ever been addicted to a drug prescribed to you by a physician?
❑   Yes ☒   No
If YES, explain:
_____
_____

Do others you know, such as friends or family, use illegal drugs in your presence?
❑   Yes ☒   No
If YES, explain:
_____
_____

**PERSONAL DECLARATIONS, continued**

Do you use alcoholic beverages? ☐   Yes ☒   No
If YES, describe amount, type, and frequency:

_____

Have you ever abused over the counter medications, such as cough medications or
Nyquil?
☐   Yes ☒   No      If YES, explain:

_____

Do you use tobacco products? ☒   Yes ☐   No
If YES, describe amount, type, and frequency:
Though trying to quit, I do smoke a pack a day of cigarettes

**PERSONAL REFERENCES**

List five (5) persons who know you well enough to provide current information about
you. Do not list relatives or past or present employers.

Name Occupation  Karl E. Geis — Martial Arts. Instructor

Home Address Years Known 413 Butlercrest — Houston, TX  77080
I've known Mr. Geis for 27 years
Home Phone Work Phone  713-468-4879

Describe your Relationship with this person Mr. Geis heads the Fugakukai International.
He is my Sensei & Mentor.

Name Occupation  Nick Lowery — Martial arts instructor

Home Address Years Known 2201 N.W. I-44 — Okla. City, Okla. 73112
I've known Nic for 24 years.
Home Phone Work Phone  405-943-6246

Describe your Relationship with this person Nick has been a student of mine since
he was 18 years old. He took over my school when I left Okla.
Name Occupation  Jerry Achord — retired.

Home Address Years Known P.O. Box 24 — Lake George, Co. 80827
I've know Jerry for 5 years.
Home Phone Work Phone  748-3205

Describe your Relationship with this person Jerry is my Friend & my A.A. Sponsor.

**PERSONAL REFERANCES, continued.**

Name Occupation "Dutch" kleinhesselink  — Fire Chief, Lake George F.D.

Home Address Years Known P.O. Box 281 - Lake George, Co. 80827
                    I've known Dutch for over 5 years.
Home Phone Work Phone  719 - 748 - 3022

Describe your Relationship with this person  I met Dutch shortly after moving to
   Lake George. During the Heymond Fire we got to be good
   general friend and often have coffee together.
Name Occupation Mary Anthony —

Home Address Years Known 5050 County Rd. 90.  I've known Mary over 5 years.

Home Phone Work Phone 719 - 748 - 3074

Describe your Relationship with this person Good general friend. My wife worked with
   her for 5 years. We've house sat for her family on several occations.

**MISCELLANEOUS**

Are you prevented from lawfully becoming employed in the United States because of
Visa or Immigration Status? ☐  Yes ☒  No (Proof of citizenship and/or work
eligibility required upon employment)

***Earliest date you would be available for work:***
   immediately

Are you on a lay-off and subject to recall? ☐  Yes ☒  No
Can you travel if the job requires it? ☒  Yes ☐  No
Summarize special skills and qualifications acquired from employment, hobbies, or other
experience.
   I was a reserve officer in law inforcement for 13 years.
   I sometimes worked undercover. I hold the following
   ranks in Martial arts: Judo - 8th degree black belt,
   Aikido - 7th degree black belt, Ju Jitsu - 6th degree black
   belt, Juedo - 6th degree black belt, Karate - 1st degree
   black belt.

Indicate languages you speak, read, and or write and classify your skill:

**FLUENT   GOOD   FAIR   SPEAK   READ   WRITE**

**MISCELLANEOUS, continued**

List professional, trade, business, or civic activities and offices held. You may exclude
memberships that would reveal sex, race, religion, national origin, age, ancestry,
handicap, or other protected status.

I am the testing board of the Fugakukai International.
This is an international organization for ranking in
martial arts: specifically - Judo, Aikido, & Jyodo.

## Special Employment Notice to Disabled Veterans, Vietnam Era Veterans, and Individuals with Physical or Mental Handicaps

Government contractors are subject to 38 USC 2012 of the Vietnam Era Veterans Readjustment Act of 1974 which requires that they take affirmative action to employ and advance in employment **qualified** disabled veterans of the Vietnam Era, and Section 503 of the Rehabilitation Act of 1973, as amended, which requires government contractors to take affirmative action to employ and advance in employment **qualified** handicapped individuals.  If you are a disabled veteran, or have a physical or mental handicap, you are invited to volunteer this information which will be treated as confidential. Failure to provide this information will not jeopardize or adversely affect your consideration for employment.

If you wish to be identified, please sign below:

❑   Handicapped Individual ❑   Disabled Veteran ❑   Vietnam Era Veteran

Signed: _N. A._ _____

## EMPLOYMENT AGREEMENT

As a condition of employment, I agree to conform to all rules, regulations, and/or the Park County Sheriff's Office Policy Manual promulgated by the Park County Sheriff's Office, the Park County Sheriff and/or his or her designees, and acknowledge that these rules, regulations, and/or the Park County Sheriff's Office Policy Manual may be changed, interpreted, withdrawn, or added to by the Park County Sheriff or his designee(s) at any time at the Park County Sheriff's sole option and without any prior notice to me. I further acknowledge that my employment may be terminated and any offer of employment, or my acceptance of an employment offer, if such is to occur, may be withdrawn with or without cause, and with or without prior notice, at any time, at the option of the Park County Sheriff or myself and that any agreement to the contrary is invalid unless it is in writing and signed by the Park County Sheriff. I understand that any offer of employment by the Park County Sheriff is contingent on me providing consent to the administration of, and the results of, any urinalysis, physical exam, psychological exam, or other recognized procedure including polygraph examination and that I may be required to undergo additional alcohol and/or drug screening, psychological exam or other recognized procedural testing, polygraph examination, or counseling during the course of my employment.

I HAVE READ AND FULLY UNDERSTAND AND AGREE TO THE ABOVE EMPLOYEE
AGREEMENT WITHOUT ANY RESERVATIONS WHATSOEVER.

_Charles Caldwell_                    _3-31-05_
Signature of Applicant                      Date

## POLICY DISCLAIMER

Park County Sheriff retains the right to add to, subtract from, or other Park modify any part of this policy as deemed necessary without providing advance notice or cause. Interpretations of the terms and provisions contained in this policy are reserved to the Park County Sheriff. Any agreement with regard to this or any other policy is invalid unless it is in writing and signed by the Park County Sheriff.

STATE OF COLORADO §
COUNTY OF PARK §
Before me personally appeared _Charles Caldwell_ who says
he executed the above instrument of his own free will and accord with full knowledge and agreement to the purpose thereof.

SWORN AND SUBSCRIBED BEFORE ME this the _5th_ day of
_April_, 20_05_.

_Carmela A. Schweer_
Notary Public Signature

Park County Sheriff's Office                    22                Form: PCSO-A
Personal History Statement/Application
Rev. 01/2004

NOTARY PUBLIC
CARMELA A.
SCHWEER
STATE OF COLORADO
SEAL

My Comm. Expires _03 06 07_

000037

**PERSONAL INQUIRY WAIVER AUTHORITY FOR RELEASE OF INFORMATION**

I respectfully request and authorize you to furnish to the Park County Sheriff's Office any and all information that you may have concerning me, my work record, school record, reputation, financial and credit status and any other information requested, including, but not limited to, medical, physical, and mental records or reports, including all information of a confidential or privileged nature, and photocopy of same, if requested. This information is to be used to assist the aforementioned Office in determining my qualifications and fitness for the position I am seeking with the Park County Sheriff's Office.

I hereby release you, your organization, or others from any liability or damage which may result from furnishing the information requested above.

_Charles Caldwell_                     _4-5-05_
Signature of Applicant                              Date

_3543 Webber Pk. Dr._              _Lake George, Co. 80827_
Home Address                                      City State Zip

STATE OF COLORADO §
COUNTY OF PARK §
Before me personally appeared _Charles Caldwell_ who says he executed the above instrument of his own free will and accord with full knowledge and agreement to the purpose thereof.

SWORN AND SUBSCRIBED BEFORE ME this the _5th_ day of _April_, 20_05_.

_Carmela A. Schweer_
Notary Public Signature

NOTARY PUBLIC SEAL
CARMELA A. SCHWEER
STATE OF COLORADO

My Comm. Expires _03-26-07_

**CONFIDENTIAL INFORMATION AGREEMENT**

A thorough investigation will be conducted to determine your qualifications for the position applied for. To a great extent your employment will depend on information obtained in confidential interviews with persons with whom you have been associated. Information will be obtained through interviews, polygraph examinations, psychological evaluations, credit reports, and documents of a confidential nature. Applicants will not have access to such information; furthermore, since the information is confidential, the Office does not reveal the reason(s) of rejection for those applicants who are not accepted. If the reason(s) for your non-acceptance is of a temporary nature whereby you could be accepted at a later date, you will be so notified.

_____   11-8-47        4-5-05        _____
Signature of Applicant              Date of Birth                          Date

STATE OF COLORADO §
COUNTY OF PARK §
Before me personally appeared _Charles Caldwell_____ who says
he executed the above instrument of his own free will and accord with full knowledge
and agreement to the purpose thereof.
SWORN AND SUBSCRIBED BEFORE ME this the _5th_ day of _April_, 20_05_.

_Carmela A. Schweer_____
Notary Public Signature                                                    SEAL



NOTARY PUBLIC
CARMELA A. SCHWEER
STATE OF COLORADO
My Comm. Expires 03-26-07

000039

**EMPLOYMENT POLICY**

I understand that if I fail to successfully complete my minimum twelve (12) months probation period or if I terminate my employment with the Park County Sheriff's Office at any time and for any reason before completing one full year of service, that I will be responsible for the cost of any equipment and/or uniforms issued to me as well as the expense of any psychological and physical examinations.

_____     _4-5-05_____
Signature of Applicant                                              Date

STATE OF COLORADO §
COUNTY OF PARK §
Before me personally appeared _Charles Caldwell_ who says he executed the above instrument of his own free will and accord with full knowledge and agreement to the purpose thereof.
SWORN AND SUBSCRIBED BEFORE ME this the _5th_ day of _April_, 20_05_

_____                               SEAL
Notary Public Signature

NOTARY PUBLIC
CARMELA A.
SCHWEER
STATE OF COLORADO

My Comm. Expires _23-06-07_

**FREEDOM OF INFORMATION ACT**

Under the Freedom of Information Act, names, addresses, and telephone numbers of employees of the County may be released upon written request of any person, unless the employee has specifically requested the information not be made public.

I, _Charles  Caldwell_____, ☐  DO ☒  DO NOT want personal employment information released under the Freedom of Information Act.


_Charles  Caldwell_____      __3-31-05____
Signature                                      Date