PLAINTIFFS' LIST OF EXHIBITS
Plaintiffs' Response to Motion for Summary Judgment by Park County Defendants
United States District Court, District of Colorado, Case No. 07-cv-0071-RPM

| Response Exhibit No. | Description | Opening Brief Exhibit No. |
|---|---|---|
| 1 | Park County Sheriff's Office Policy and Procedures Manual, Policy 303 | A-6 |
| 2 | Vicki Caldwell's Appointment and Oath of Office as of December 22, 2003 | A-1 |
| 3 | Webber Park Investigation/Brief Synopsis, dated 10/04/05 | A-10 |
| 4 | Witness /Victim List of the Webber Park Investigation | A-11 |
| 5 | Potential Charges Webber Park Investigation List | |
| 6 | Short History on Primary Involved Suspects | |
| 7 | Webber Park Field Notes | |
| 8 | Schematic drawing showing which informant had tied which suspect to what crime(s) | |
| 9 | Plaintiffs' Expert Witness Disclosure Re: Richard Reisler | |
| 10 | Memorandum from Detective Cpl. Greg Flint, to Mr. Bradley/Agent in Charge Regarding Webber Park Investigation, dated October 5, 2005 | |
| 11 | Memorandum from Detective Cpl. Greg Flint, to District Attorney Chilson, dated August 10, 2005 | |
| 12 | Memorandum from Detective Cpl. Greg Flint, to Molly Chilson Regarding Webber Park Investigation, dated October 6, 2005 | |
| 13 | Colorado Bureau of Investigation, Report of Investigation, dated February 2, 2006 | |
| 14 | Affidavit of Don Anthony | |
| 15 | Memorandum from Corporal Bobbi Priestly, dated February 20, 2008 | |
| 16 | Memorandum from Captain Monte Gore to Vickie Caldwell Regarding Administrative Leave, dated November 17, 2005 | A-15 |
| 17 | Memorandum from Deputy Yoshi Goto to Undersheriff Gore, regarding Vickie Caldwell's Desktop Computer, dated February 22, 2008 | |
| 18 | Park County Sheriff's Office Policy and Procedures Manual, Policy 320 (IV)(E)(1) | |
| 19 | Written Reprimand to Vickie Caldwell from Captain Monte Gore, dated November 22, 2005 | A-18 |
| 20 | Resignation Memorandum from Vicki Caldwell, dated December 1, 2005 | A-3 |
| 21 | Chuck Caldwell's Application for Employment and Personal History Statement Re: Park County Sheriff's Office, dated April 5, 2005 | A-7 |

## PLAINTIFFS' LIST OF EXHIBITS
### Plaintiffs' Response to Motion for Summary Judgment by Park County Defendants
### United States District Court, District of Colorado, Case No. 07-cv-0071-RPM

| Response Exhibit No. | Description | Opening Brief Exhibit No. |
|---|---|---|
| 22 | Letter of Recommendation Re: Chuck Caldwell from Jeff Tucker, Chief of Police, Forest Park, OK | |
| 23 | Charles Caldwell's Appointment and Oath of Office as of April 27, 2005 | A-5 |
| 24 | Memorandum from Captain Monte Gore to Case Manager Chuck Caldwell Regarding Criminal Investigation, dated October 14, 2005 | A-14 |
| 25 | Park County Sheriff's Office Policy and Procedures Manual, Policy 319 (IV)(F)(1) | |
| 26 | Park County Sheriff' Office, Notification of Internal Investigations, Internal Affairs Case No. 2006-IA-002, to Chuck Caldwell, dated January 17, 2006 | A-14 |
| 27 | Memorandum from Sgt. Muldoon to Undersheriff Gore Regarding Chuck Caldwell, dated December 8, 2005 | |
| 28 | Park County Sheriff' Office, Final Disposition of Case, Internal Affairs Case No. 2006-IA-002, to Chuck Caldwell, dated February 22, 2006 | |
| 29 | Termination letter from Sheriff Fred Wegener to Charles Caldwell, dated February 22, 2006 | A-19 |
| 30A | Letter to Sheriff Fred Wegener from Charles Caldwell Regarding Request for Documentation, dated March 7, 2006 | A-22 |
| 30B | Letter to Sheriff Fred Wegener from Charles Caldwell Regarding Request for Documentation, dated April 5, 2006 | A-24 |
| 30C | Letter to Park County Sheriff's Office from Charles and Vicki Caldwell Regarding Request for Documentation, dated April 26, 2006 | A-25 |
| 30D | Letter to Charles & Vicki Caldwell from Stephen A. Groome, County Attorney, Regarding Response to Open Records Request, dated May 15, 2006 | A-26 |
| 30E | Letter to Park County Sheriff's Office from Charles and Vicki Caldwell Regarding Request for Documentation, dated June 21, 2006 | |
| 31 | Copy of Charles Caldwell's Police Investigator badge from Forest Park, OK | |
| 32 | Copy of Charles Caldwell's Commission as a Police Officer for the Town of Forest Park, OK | |
| 33 | *The* Flume, Letter to the Editor, by Don Anthony, Former Undersheriff, dated January 13, 2006 | A-20 |
| 34 | Affidavit of Charles Caldwell | |
| 35 | Affidavit of Vicki Caldwell | |

2

## PLAINTIFFS' LIST OF EXHIBITS
Plaintiffs' Response to Motion for Summary Judgment by Park County Defendants
United States District Court, District of Colorado, Case No. 07-cv-0071-RPM

| Response Exhibit No. | Description | Opening Brief Exhibit No. |
|---|---|---|
| 36 | Park County Sheriff's Office Policy and Procedures Manual, Policy 727 | |
| | Excerpts from Transcript of Deposition of Vicki Caldwell | |
| | Excerpts from Transcript of Deposition of Charles Caldwell | |
| | Excerpts from Transcript of Deposition of Jeff Tucker Caldwell | |
| | Excerpts from Transcript of Deposition of Don Anthony | |
| | Excerpts from Transcript of Deposition of Gregory S. Flint | |
| | Excerpts from Transcript of Deposition of Monte Gore | |