IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SETTING
HEARING ON MOTIONS FOR SUMMARY JUDGMENT
_____

Defendants having filed motions for summary judgment, it is

ORDERED that the pretrial conference and the trial date are vacated and it is

FURTHER ORDERED that defendants' motions for summary judgment [41 & 43] are set for hearing on September 5, 2008, at 2:00 p.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: August 20th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge