**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: September 5, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki
_____

Civil Action No. 07-cv-00371-RPM

| | |
|---|---|
| CHARLES CALDWELL, and VICKI CALDWELL, | James Reed |
| Plaintiffs, | |
| v. | |
| FRED WEGENER, | Katherine Pratt |
| MONTE GORE, | Andrew Ringel |
| GREGORY S. FLINT, | |
| SHAWNA WHITEOWL, and | Richard Lamphere |
| MARK DAMON, | Michael Obernesser |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motions

**1:58 p.m.      Court in session.**

Argument by Mr. Obernesser, Mr. Lamphere, Ms, Pratt and Mr. Reed.

**ORDERED:**   Defendants Mark Damon's [sic] and Shawna Whiteowl's Joint Motion for Summary Judgment **(41)** will be **granted** by written order.

**ORDERED:**   Park County Defendants' Motion for Summary Judgment **(43)** will be **granted** by written order.

**3:01 p.m.      Court in recess/hearing concluded.**

Total in-court time: 1:03