IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.
_____

## JUDGMENT
_____

    Pursuant to the Order for Judgment for Defendants Dismissing All Claims, entered by Senior District Judge Richard P. Matsch on January 5, 2009, it is

    ORDERED that judgment is entered in favor of the defendants Fred Wegener, Monte Gore, Gregory S. Flint, Shawna Whiteowl and Mark Damon and against plaintiffs Charles Caldwell and Vicki Caldwell dismissing the claims under 42 U.S.C. §§ 1983, 1985 and 1988. It is

    FURTHER ORDERED that the state law claims of defamation, intentional infliction of emotional harm, invasion of privacy and unpaid wages, are dismissed without prejudice for lack of subject matter jurisdiction. It is

    FURTHER ORDERED that defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within ten days of entry of this judgment.

    DATED: January 5th, 2009

                                         FOR THE COURT:

                                         s/J. Chris Smith
                                         _____
                                         Deputy Clerk