IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00371-RPM-MEH

CHARLES CALDWELL and
VICKI CALDWELL,

    Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

### DEFENDANT MARK DAMON'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES

---

Defendant Mark Damon, by and through undersigned counsel, and pursuant to 42 U.S.C. § 1988(b), Local Rule 54.3, and Title 28 § 1920, asks this Court to award the Defendant his attorney's fees and costs. In support of this motion, Defendant has filed an Affidavit and supporting time records reflecting the time spent and costs incurred in the course of defending this case.

### I. INTRODUCTION

In any action or proceeding to enforce sections of 42 U.S.C. 1983, a court, in its discretion, may allow the prevailing party a reasonable attorney's fee as part of the costs. 42

U.S.C. § 1988(b). In addition, a judge of any court of the United States may tax as costs the fees for copies of papers necessarily obtained for use in the case. 28 U.S.C. § 1920(4).

When determining whether a plaintiff should be ordered to pay the defendant's attorney fees, the 10th Circuit applies the standard enunciated in *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 421 (1978); *Shaw v. Neece*, 727 F.2d 947, 949 (10th Cir. 1991). Under this standard, a district court may in its discretion award attorneys' fees to a prevailing defendant upon a finding that the plaintiff's action was frivolous, unreasonable, or without foundation, even though not brought in subjective bad faith. *Id.*

An award of attorneys' fees in this matter is appropriate given the groundless and frivolous nature of the claims against the Defendant.[1] Plaintiffs sought to recover against the Defendant under a § 1983 action, alleging that he had "acted under color of state law" in violating Plaintiffs' constitutional rights. As was made clear in the Defendants Joint Motion for Summary Judgment, Plaintiffs had absolutely no basis, in fact or in law, to sustain their claim against the Defendant.

Accordingly, Defendant would ask this Court to award him attorneys' fees of $50,025.00 plus costs in the amount of $644.86 for a total of $50,669.56 from May 10, 2007, through October 3, 2008, for time spent in discovery, motions, preparation, and hearings in this matter. An affidavit setting forth counsel's time, his hourly rate, and his experience is attached as Exhibit A, with the billing documents of Defendant's law firm attached as an Exhibit thereto.

WHEREFORE, for the foregoing reasons, Defendant Mark Damon respectfully requests that this Court award attorneys' fees in his favor.

---

[1] It is certainly worth noting that during the scheduling conference of August 17, 2007, this Court stated to counsel for Plaintiffs that he should take a serious look as to whether Mr. Damon and Ms. Whitecowl should remain as defendants in this case. Counsel for Plaintiffs failed to heed this advice.

Dated this 6th day of January, 2009.

                              Respectfully submitted,

                              LAW OFFICE OF DENNIS W. HARTLEY, P.C.

                              By: *s/ Michael K. Obernesser*
                                    Michael K. Obernesser (#38766)
                                    Attorneys for Defendant,
                                    Mark Damon
                                    1749 S. Eighth St., Ste. 5
                                    Colorado Springs, CO  80906
                                    (719) 635-5521

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of January, 2009 a true and correct copy of the foregoing **Defendants Mark Damon's Motion for Award of Attorneys' Fees** was filed via electronic filing which will serve same to the following:

James A. Reed, Esq.
JAMES A. REED, P.C.
320 S. Cascade Ave.
Colorado Springs, CO   80903
(719) 636-9343
Fax:  (719) 633-2355
jreedpc@aol.com
Attorney for Plaintiffs,
Charles Caldwell and Vicki Caldwell

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1125 17th St., Ste. 600
Denver, CO   80202-2052
(303) 628-3453
Fax:  (303) 628-3238
ringela@hallevans.com
Attorneys for Defendants,
Fred Wegener, Monte Gore,
Gregory Flint and Stephen Groome

Richard Lamphere
STEVEN U. MULLENS, P.C.
105 E. Moreno Ave.
Colorado Springs, CO   80903
(719) 632-5001
Fax:  (719) 473-2299
SUMullens@aol.com
Attorney for Defendant,
Shawna Whiteowl

                                              *s/ Robyn Lornell*
                                              Robyn Lornell
                                              Paralegal