**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  07-cv-00371-RPM-MEH


CHARLES CALDWELL and
VICKI CALDWELL,

      Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State
of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

      Defendants.

---

**AFFIDAVIT OF MICHAEL K. OBERNESSER IN SUPPORT OF
DEFENDANT MARK DAMON'S MOTION FOR AWARD OF COSTS
AND ATTORNEYS' FEES**

---

MICHAEL K. OBERNESSER, an attorney, on oath states:

1.      I write this affidavit in support of the Defendant Mark Damon's Motion for Award of

Attorney Fees and Costs.

2.      I am an attorney licensed to practice in Illinois and Colorado.  I graduated from the

Northwestern University School of Law in 2001, and have been licensed to practice in Illinois

state and federal courts since that time.

3.      I was admitted to practice in Colorado state and federal courts in 2007.  I have been

employed with the law firm of Dennis W. Hartley, P.C. since June, 2007.

4.    My practice is currently dedicated to trials and appeals in state and federal courts, with criminal cases representing 70% of my practice, and civil litigation representing the remaining 30%.

5.    Dennis Hartley is a 1972 graduate of the University of Denver Law School.  He was admitted to the Colorado bar, U.S. District Court, District of Colorado and U.S. Court of Appeals, Tenth Circuit in 1972.  Since that time, Mr. Hartley has been admitted to various state and federal courts throughout the United States.  Mr. Hartley's practice consists of criminal defense matters and civil litigation.

6.    Mr. Hartley and I acted as defense counsel for Mr. Damon in the present matter, including, but not limited to, review and analysis of the pleadings, preparation of and response to various discovery matters, taking and defending depositions, and drafting all relevant motions, including the motion for summary judgment.

7.    Included as Exhibit A to this affidavit is a true and correct copy of the final invoice sent to Mr. Damon for legal services and expenses, as outlined in paragraph 6, above.

8.    My time was billed at $250.00 per hour, and Mr. Hartley's time was billed at $500.00 per hour.

9.    The total number of work hours billed to this matter is 197.2 hours, including the drafting and preparation of the Motion for Award of Attorney's Fees.  We submit to the Court that our involvement in the case warrants an award for all of our time spent.

10.    Expenses amounting to $644.86 were also charged to Mr. Damon.  These expenses consist of $4.20 for copies, $5.57 for postage, $412.22 for research, and $222.87 for mileage.

11.    It is respectfully requested that pursuant to 42 U.S.C. 1983 that Mr. Damon be awarded fees in the amount of $50,025.00 and $644.86 for expenses.

2

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 6th day of January, 2009.

Respectfully submitted,

LAW OFFICE OF DENNIS W. HARTLEY, P.C.

By:___*s/ Michael K. Obernesser*_____.
        Michael K. Obernesser (#38766)
        Attorneys for Defendant,
        Mark Damon
        1749 S. Eighth St., Ste. 5
        Colorado Springs, CO  80906
        (719) 635-5521

3

**EXHIBIT A**

**Dennis W. Hartley, P.C.**
1749 S. Eighth St., Ste. 5
Colorado Springs, CO   80906
(719) 635-5521

## INVOICE

*Charles Caldwell and Vicki Caldwell v. The County of Park, Fred Wegener, Monte Gore,*
*Gregory S. Flint, Steven Groome, Shawna Whiteowl, and Mark Damon*
*Civil Action No.:  07-cv-00371-RPM-MEN*

Date:  September 2008

Invoice prepared for:

Mark Damon
P.O. Box 326
Lake George, CO   80827

Professional services rendered:

| Date | Description | Amount |
|---|---|---|
| 05/10/07 | Meeting with Steve Mullen, Esq. (DWH)<br>1 hour @ $500 | $  500.00 |
| 05/11/07 | Meet with client (DWH)<br>1 hour @ $500 | $  500.00 |
| 06/27/07 | Telephone conference with counsel for plaintiffs<br>(DWH)<br>.5 hour @ $500 | $  250.00 |
| 07/20/07 | Review of case file and materials in preparation<br> for scheduling conference (MKO)<br>1.5 hours @ $250 | $  375.00 |
| 07/27/07 | Legal research regarding validity of § 1983<br>claims against individual defendants as<br>"willful participants in joint action" with<br>government  (MKO)<br>2 hours @ $250 | $  500.00 |
| 07/30/07 | Review of draft scheduling order; conference<br>with counsel regarding same (MKO)<br>.6 hours @ $250 | $  150.00 |

| | | |
|---|---|---|
| 08/01/07 | Review of revised proposed scheduling order sent by plaintiff's counsel; telephone call to defense counsel regarding common defense, strategy (MKO) .5 hours @ $250 | $ 125.00 |
| 08/09/07 | Review of final scheduling order; forward same to opposing counsel to be filed (MKO) .2 hour @ $250 | $ 50.00 |
| 08/13/07 | Telephone call to fellow defense counsel regarding possible strategy, defenses (MKO) .25 hour @ $250 | $ 62.50 |
| 08/16/07 | Travel time to and from U.S. District Court; appearance for scheduling order hearing with judge (MKO) 3.25 hours @ $250 | $ 812.50 |
| 08/21/07 | Draft and prepare Rule 26 initial disclosures (MKO) .5 hours @ $250 | $ 125.00 |
| 09/17/07 | Edit, finalize and file Rule 26 disclosures; review of plaintiffs' and other defendants' disclosures (MKO) .5 hours @ $250 | $ 125.00 |
| 10/03/07 | Telephone call to client regarding case status and recent case developments (MKO) .2 hours @ $250 | $ 50.00 |
| 01/10/08 | Correspondence to counsel for Whiteowl re initial disclosures (DWH) .2 hour @ $250 | $ 50.00 |
| 01/15/08 | Office conference with client re case strategy, case materials (MKO) .4 hour @ $250 | $ 200.00 |
| 01/21/08 | Correspondence to co-defense counsel re deposition dates; call to co-defense counsel re initial disclosures, case status (MKO) .3 hour  @ $250 | $ 75.00 |
| 01/31/08 | Draft interrogatories, documents requests and requests to admit (MKO) 3 hours @ $250 | $ 750.00 |

| | | |
|---|---|---|
| 02/26/08 | Preparation for deposition; deposition of Plaintiff Charles Caldwell (MKO)<br>8.25 hours @ $250 | $2,062.50 |
| 02/27/08 | Preparation for deposition; deposition of Plaintiff Vicki Caldwell (MKO)<br>7.75 hours @ $250 | $1,937.50 |
| 03/05/08 | Travel to and from Fairplay for depositions, attend depositions (MKO)<br>11.5 hours @ $250 | $2,875.00 |
| 03/07/08 | Office conference with client re discovery, depositions (MKO)<br>.2 hours @ $250 | $    50.00 |
| 03/19/08 | Draft discovery responses (MKO)<br>1.5 hours @ $250 | $   375.00 |
| 03/21/08 | Finalize discovery responses ( MKO)<br>1 hour @ $250 | $   250.00 |
| 03/27/08 | Travel to and from Fairplay; deposition of Det. Flint (MKO)<br>11 hours @ $250 | $2,750.00 |
| 04/04/08 | Prepare for deposition; defend deposition of client (MKO)<br>8 hours @ $250 | $2,000.00 |
| 04/11/08 | Research re summary judgment (MKO)<br>1.5 hours @ $250 | $   375.00 |
| 05/07/08 | Legal research re § 1983 claims, motion to dismiss and motion for summary judgment (MKO)<br>2 hours @ $250 | $   500.00 |
| 05/08/08 | Legal research re § 1983 claims, motion to dismiss and motion for summary judgment (MKO)<br>6.5 hours @ $250 | $1,625.00 |
| 05/09/08 | Legal research re § 1983 claim, draft motion for summary judgment (MKO)<br>4.5 hours @ $250 | $1,125.00 |

| | | |
|---|---|---|
| 05/12/08 | Legal research re § 1983 claim, draft motion for summary judgment (MKO)<br>5.25 hours @ $250 | $1,312.50 |
| 05/13/08 | Legal research re § 1983 claim, draft motion for summary judgment (MKO)<br>5.5 hours @ $250 | $1,375.00 |
| 05/14/08 | Legal research re § 1983 claim, draft motion for summary judgment (MKO)<br>4.5 hours @ $250 | $1,125.00 |
| 05/15/08 | Legal research, draft motion for summary judgment (MKO)<br>5 hours @ $250 | $1,250.00 |
| 05/16/08 | Draft motion for summary judgment (MKO)<br>3.5 hours @ $250 | $  875.00 |
| 06/03/08 | Draft motion for summary judgment (MKO)<br>5 hours @ $250 | $1,250.00 |
| 06/04/08 | Draft motion for summary judgment (MKO)<br>5 hours @ $250 | $1,250.00 |
| 06/05/08 | Draft motion for summary judgment (MKO)<br>4.5 hours @ $250 | $1,125.00 |
| 06/06/08 | Draft motion for summary judgment (MKO)<br>5.25 hours @ $250 | $1,312.50 |
| 06/09/08 | Draft motion for summary judgment (MKO)<br>7.25 hours @ $250 | $1,812.50 |
| 06/10/08 | Finalize motion for summary judgment (MKO)<br>7.5 hours @ $250 | $1,875.00 |
| 06/12/08 | Edit motion for summary judgment (MKO)<br>3.5 hours @ $250 | $  875.00 |
| 06/16/08 | Edit motion for summary judgment; review Park County Defendants motion for summary judgment (MKO)<br>3 hours @ $250 | $  750.00 |
| 07/28/08 | Review response to Park County Defendants' Motion for | |

|            |                                                                                                      |            |
|------------|------------------------------------------------------------------------------------------------------|------------|
|            | Summary Judgment (MKO)<br>.6 hour @ $250                                                              | $ 150.00   |
| 07/29/08   | Review Plaintiffs' Response to Motion for Summary<br>Judgment; call to Whiteowl defense counsel re same (MKO)<br>.5 hour @ $250 | $ 125.00   |
| 07/31/08   | Review pleadings, draft reply (MKO)<br>5.75 hours @ $250                                              | $1,437.50  |
| 08/01/08   | Review pleadings, draft reply  (MKO)<br>4.5 hours @ $250                                              | $1,125.00  |
| 08/02/08   | Review pleadings, draft reply (MKO)<br>1.5 hours @ $250                                               | $ 375.00   |
| 08/03/08   | Draft reply (MKO)<br>2.25 hours @ $250                                                                | $ 562.50   |
| 08/04/08   | Draft reply (MKO)<br>6.5 hours @ $250                                                                 | $1,625.00  |
| 08/05/08   | Draft reply (MKO)<br>4.25 hours @ $250                                                                | $1,062.50  |
| 08/06/08   | Draft reply (MKO)<br>5 hours @ $250                                                                   | $1,250.00  |
| 08/07/08   | Confer with counsel re reply; finalize and file reply<br>in support of motion for summary judgment (MKO)<br>.5 hour @ $250 | $ 125.00   |
| 08/12/08   | Review County defendant's reply in support of summary<br>judgment motion (MKO)<br>.5 hour @ $250      | $ 125.00   |
| 08/29/08   | Review summary judgment motions in preparation for<br>hearing (MKO)<br>2.5 hours @ $250               | $ 625.00   |
| 09/03/08   | Call to defense counsel re hearing on summary<br>judgment motions; review motions; prep for hearing (MKO)<br>1.25 hours @ $250 | $ 312.50   |
| 09/04/08   | Prep for hearing on summary judgment motions (MKO)<br>6.75 hours @ $250                               | $1,687.50  |

| | | |
|---|---|---|
| 09/05/08 | Prep for hearing; travel to and from US District Court; appearance at hearing on motions for summary judgment (MKO)<br>7 hours @ $250 | $1,750.00 |
| 09/08/08 | Legal research, draft motion for attorney fees (MKO)<br>1.25 hours @ $250 | $ 312.50 |
| 09/09/08 | Legal research re attorney fees, costs (MKO)<br>.4 hour @ $250 | $ 100.00 |
| 09/10/08 | Legal research re attorney fees, costs; draft motion for fees (MKO)<br>.5 hours @ $250 | $ 125.00 |
| 09/11/08 | Legal research re attorney fees and costs; draft motion re same (MKO)<br>.6 hour @ $250 | $ 150.00 |
| 09/17/08 | Meet with co-defense counsel re costs (MKO)<br>.25 hours @ $250 | $ 62.50 |
| 10/03/08 | Finalize motion for attorneys' fees and costs (MKO)<br>.5 hour @ $250 | $ 125.00 |
| | TOTAL SERVICES (as of 10/03/08) | $50,025.00 |

Costs:

| | |
|---|---|
| Copies: 28 @ 15¢ each | $ 4.20 |
| Postage: | $ 5.57 |
| Research: | $ 412.22 |
| Mileage: 437 miles @ 51¢ | $ 222 87 |
| TOTAL COSTS (as of 10/03/08) | $ 644.86 |
| **TOTAL SERVICES & COSTS (as of 10/03/08)** | **$50,669.56** |