IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000371 RPM-MEH

CHARLES CALDWELL AND VICKI CALDWELL,

    Plaintiff,

v.

THE COUNTY OF PARK, a body corporate and politic
and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT
STEVEN GROOME
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

**AFFIDAVIT OF RICHARD M. LAMPHERE IN SUPPORT OF DEFENDANT, SHAWNA WHITEOWL'S MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES PURSUANT TO DISTRICT COURT OF COLORADO LOCAL RULES OF CIVIL PROCEDURE 54.3**

In support of her Motion and Award for Costs and Attorneys' Fees, Defendant, Shawna Whiteowl, submits the following Affidavit of Richard M. Lamphere, her attorney of record, who on oath states as follows:

1. I am an attorney licensed to practice in the State of Colorado. I graduated from the University of North Dakota School of Law in 1992 and have been licensed and admitted to practice in Colorado State Courts since October 1992. I was admitted to practice in the United States District

Court for the District of Colorado as well as the United States Court of Appeals for the Tenth Circuit in May 1995. I have been employed with the Law Firm of Steven U. Mullens, P.C. since October 1, 2003.

2. My current practice emphasizes representing Claimants in State worker's compensation claims and appearing before the Federal Administrative Law Judges representing claimants in Social Security matters.

3. Steven U. Mullens is a 1971 graduate of the Syracuse University School of Law. Mr. Mullens is an admitted member of the New York State Bar, having been admitted to that association in 1972. Mr. Mullens was admitted to the United States District Court for the District of New York in 1972. Further, Mr. Mullens is a member in good standing of the Colorado State Bar, having been admitted in 1974 and was admitted to the United States District Court for the District of Colorado in 1975. Mr. Mullens' practice primarily consists of representing claimants in worker's compensation matters in the various state courts of Colorado including the Court of Appeals and Colorado Supreme Court. Over the course of his career, Mr. Mullens has practiced in the Federal District Courts representing individuals in civil litigation.

4. Mr. Mullens and I have acted as defense counsel for Shawna Whiteowl in the present matter, which representation has involved review and analysis of various pleadings filed by Plaintiffs' counsel, conducting legal research for the preparation of and response to various pleadings, attending to discovery matters, consulting with co-defense counsel, taking and defending various depositions of the parties and potential witnesses, traveling to and from and attending various hearings in the above-captioned matter, including the hearing on the Motion(s) for Summary

Judgment filed by Defendants, Whiteowl, Damon and Park County. As a result of the legal services outlined above, the Law Offices of Steven U. Mullens, P.C. has billed for legal services and has incurred expenses in defending Ms. Whiteowl in the claims brought by Plaintiffs, Charles and Vicki Caldwell through their Attorney James Reed.

5. Attached hereto and incorporated herein as Exhibit A to this Affidavit is a true and correct copy of a final invoice prepared and forwarded to Shawna Whiteowl for legal services and expenses as outlined in Paragraph "4" above.

6. The time I spent rendering professional legal services to Ms. Whiteowl was billed out at a rate of $180.00 per hour. Mr. Mullens' professional services were billed out at a rate of $360.00 per hour.

7. The total number of hours billed in this matter is 109.51 hours including time spent both in substantive legal defense activity, including the preparation and analysis of the various pleadings filed, preparation of and response to various discovery matters, defending and taking of various depositions, legal research and travel to and from the various hearings, including the depositions and all hearings held, including the hearing regarding Motion for Summary Judgment filed by the Defendants, as well as preparation of the Motion and Award for Attorney's Fees. The Law Firm of Steven U. Mullens, P.C. hereby respectfully submits to this Honorable Court that our involvement in defense of the instant case warrants an award for all out-of-pocket expenses and time spent defending this matter.

8. Expenses amounting to $1,127.50 were also charged to Ms. Whiteowl. These expenses consist of the following items: deposition transcripts, video tape reproduction and e-filing transaction fees.

9. Based upon the attached Exhibit A, the Law Firm of Steven U. Mullens, P.C. by and through Steven U. Mullens, Esq. and Richard M. Lamphere, Esq. respectfully requests that pursuant to 42 U.S.C. §1983 and Local Rule of Civil Procedure 54.3, that Ms. Whiteowl be awarded attorney's fees in the amount of $21,475.80 and further expenses in the amount of $1,127.50.

Further Affiant Sayeth Naught.

Respectfully submitted this 13th day of January, 2009.

                STEVEN U. MULLENS, P.C.

                /s/ Richard M. Lamphere
                Richard M. Lamphere, #22144
                105 E. Moreno Avenue
                Colorado Springs, CO 80903
                (719) 632-5001
                (719) 473-2299 FAX
                lampheresum@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via U. S. Mails this 13th day of January, 2009, properly addressed to the following:

James A. Reed, Esq.
James A. Reed, P.C.
320 S. Cascade Avenue
Colorado Springs, CO 80903
jreedpc@aol.com
Attorney for Plaintiffs,
Charles Caldwell and Vicki Caldwell

Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202-2052
ringela@hallevans.com
Attorneys for Defendants,
Fred Wegener, Monte Gopre,
Gregory Flint and Stephen Groome

Dennis W. Hartley, Esq.
Michael K. Obernesser, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, CO 80906
mobernesser@gmail.com
Attorneys for Defendant,
Mark Damon

/s/ Benney G. Brettingen