**STEVEN U. MULLENS, P.C.**
ATTORNEY AT LAW
105 East Moreno Avenue
P.O. BOX 2940
COLORADO SPRINGS, COLORADO 80901-2940

Telephone (719) 632-5001
Faxline: (719) 473-2299

Re: Charles Caldwell & Vicki Caldwell v. The County of Park, Fred Wegener,
Monte Gore, Gregory S. Flint, Seven Groome, Shawna Whiteowl, and Mark Damon
U.S. District Court, Civil Action No. 07-CV-000371 RPM-MEH

Billing Statement to Shawna Whiteowl:

| DATE | ACTIVITY | ATTORNEY TIME | ATTORNEYS' FEES |
|---|---|---|---|
| 3/16/2007 | Initial meeting with client, Shawna Whiteowl with discussion regarding complaint filed by Caldwells and activity in Webber Park in general (SUM) | 1 HR @ $360/HR = | $ 360.00 |
| 3/16/2007 | Review Summons & Complaint WITH ATTACHMENTS (Webber Park Synopsis); prepare retainer agreement (SUM) | 0.5 HR @ $360/HR = | $ 180.00 |
| 3/20/2007 | Prepare and file Entry of Appearance, Unopposed Motion for Extension of Time to File Answer on Behalf of Shawna Whiteowl, review E-Order granting extension of time; review Answer and Jury Demand to Plaintiffs' Complaint from Park County Defendants (SUM) | 0.5 HR @ $360/HR = | $ 180.00 |
| 3/24/2007 | Travel to/from Park County and specifically Webber Park to observe area and obtain additional information from Shawna Whiteowl regarding location of Caldwells' residential location (SUM) | 5 HR @ $360/HR = | $ 1,800.00 |
| 4/16/2007 | Prepare and file Answer and Counterclaims (Whiteowl) (SUM) | 1 HR @ $360/HR = | $ 360.00 |
| 4/17/2007 | Review Unopposed Motion for Extension of Time to File Answer on Behalf of Defendant Mark Damon (SUM) | 0.1 HR @ $360/HR = | $ 36.00 |

EXHIBIT A

| Date | Description | Rate | Amount |
|---|---|---|---|
| 5/4/2007 | Review E-Order granting Motion for Extension of Time; prepare and file Answer and Counterclaim on behalf of Mark Damon (SUM) | 0.1 HR @ $360/HR = | $ 36.00 |
| 5/7/2007 | Review Plaintiffs' Answer to Defendant Whiteowl's Counterclaims (SUM) | 0.25 HR @ $360/HR = | $ 90.00 |
|  | Meeting with Dennis Hartley, Esq. (counsel for Defendant Mark Damon, regarding allegations of Plaintiffs as well as defenses of Defendants Whieowl and Damon | 1 HR @ $360/HR = | $ 360.00 |
| 5/24/2007 | Review Plaintiffs' Motion to Strike; Motino for More Definite Statement; Motions to Dismiss; and Plaintiffs' Reply to Defendant Damon's Counterclaims (SUM) | 0.25 HR @ $360/HR = | $ 90.00 |
| 6/27/2007 | Review Notice of Entry of Appearance on behalf of Mark Damon; review Order Setting Scheduling Conference for 8/16/07 (SUM) | 0.1 HR @ $360/HR = | $ 36.00 |
| 8/9/2007 | Receipt & review Scheduling Order (RML) | 0.1 HR @ 180/HR = | $ 18.00 |
| 8/16/2007 | Travel to/from Denver; attend Scheduling Conference (RML) | 3.75 HR @ 180/HR = | $ 675.00 |
| 9/15/2007 | Receipt and begin initial review of Plaintiffs' Rule 26 Disclosure (RML) | 3.25 HR @ 180/HR = | $ 585.00 |
| 9/17/2007 | Complete review of Plaintiffs' Initial Rule 26 Disclosures (RML) | 2 HR @ 180/HR = | $ 360.00 |
| 9/17/2007 | Receipt and review Park County Defendants' Initial Disclosures Pursuant to Fed.R.Civ.P.26(a)(1) (RML) | 0.3 HR @ 180/HR = | $ 54.00 |
| 9/19/2007 | Receipt and review Mark Damon's Rule 26(a)(1) Disclosures (RML) | 0.1 HR @ 180/HR = | $ 18.00 |
| 9/20/2007 | Review Plaintiffs' Document Transmittal dated 9/17/07 | 0.1 HR @ 180/HR = | $ 18.00 |
| 9/21/2007 | Review Plaintiffs' Document Transmittal dated 9/18/07 | 0.1 HR @ 180/HR = | $ 18.00 |
| 10/10/2007 | Review Park County Defendants' First Supplemental Disclosures | 0.1 HR @ 180/HR = | $ 18.00 |
| 10/23/2007 | Review Park County Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff Charles Caldwell; Review Park County Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff Vicki Caldwell | 0.25 HR @ 180/HR = | $ 45.00 |
| 10/29/2007 | Prepare and file Entry of Appearance (Richard M. Lamphere for Shawna Whiteowl) | 0.1HR @ 180/HR = | $ 18.00 |

| Date | Description | Time/Rate | Amount |
|---|---|---|---|
| 11/20/2007 | Review Motion to Dismiss Party The County of Park Only by Plaintiffs | 0.25 HR @ 180/HR = | $ 45.00 |
| 11/21/2007 | Review E-Order granting Plaintiffs' Motion to Dismiss Defendant Park County Only | 0.1 HR @ 180/HR = | $ 18.00 |
| 11/26/2007 | Review Plaintiffs' First Supplemental F.R.C.P. Rule 26(a)(1) Disclosures; review Plaintiff Charles Caldwell's Answers to Park County Defendants' First Set of Interrogatories and Requests for Production of Documents; review Plaintiff Vicki Caldwell's Answers to Park County Defendants' First Set of Interrogatories and Requests for Production of Documents | 0.2 HR @ 180/HR = | $ 36.00 |
| 11/28/2007 | Draft correspondence to Shawna Whiteowl regarding need for appointment to discuss posture of case and my involvement with same | 0.1 HR @ 180/HR = | $ 18.00 |
| 12/5/2007 | Review Defendants' Wegener, Gore, Flint & Groome, Motion for Protective Order with Proposed Order | 0.1 HR @ 180/HR = | $ 18.00 |
| 12/7/2007 | Review Protective Order | 0.3 HR @ 180/HR = | $ 54.00 |
| 1/4/2008 | Mtg with Shawna Whiteowl to discuss current posture of claim including discussion including Plaintiff's allegations | 1 HR @ 180/HR = | $ 180.00 |
| 1/14/2008 | Review Plaintiffs' Unopposed Motion for Extension fo Time to Disclose Expert Witness | 0.1 HR @ 180/HR = | $ 18.00 |
| 1/15/2008 | Receipt of correspondence from opposing counsel for Plaintiffs Charles Caldwell and Vicki Caldwell (Jim Reed) enclosing an audio copy of the proceedings of Charles Caldwell's termination; listen to audio recording | 0.2 HR @ 180/HR = | $ 36.00 |
| 1/24/2008 | Prepare and file Defendant, Shawna Whiteowl's, Initial Disclosures Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1) | 0.5 HR @ 180/HR = | $ 90.00 |
| 2/9/2008 | Review Notice of Deposition of Plaintiff Charles Caldwell; review Notice of Deposition of Plaintiff Vicki Caldwell, | 0.1 HR @ 180/HR = | $ 18.00 |
| 2/22/2008 | Begin preparations for depositions of Plaintiffs Charles and Vicki Caldwell; review Park County Defendants' Second Supplemental Disclosures | 2 HR @ 180/HR = | $ 360.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/23/2008 | Review Notice of Deposition of Defendant Gregory S. Flint; review Notice of Deposition of Defendant Monte Gore; review Notice of Deposition of Defendant Fred Wegener; review of Notice of Preservation Deposition of Jeff Tucker | 0.1 HR @ 180/HR = | $ 18.00 |
| 2/25/2008 | Complete preparation for depositions of Vicki and Charles Caldwell by reviewing all previously filed pleadings and Rule 26 Disclosures | 4 HR @ 180/HR = | $ 720.00 |
| 2/26/2008 | Review Notice of Deposition of Richard Reisler | 0.1 HR @ 180/HR = | $ 18.00 |
| 2/26/2008 | Travel to/from office of Plaintiff's counsel and attend deposition of Charles Caldwell | 5.5 HR @ 180/HR = | $ 990.00 |
| 2/27/2008 | Travel to/from office of Plaintiff's counsel and attend deposition of Vicki Caldwell | 5.5 HR @ 180/HR = | $ 990.00 |
| 3/3/2008 | Prepare for deposition of Monte Gore and Greg Flint to be held at Park County Sherrif's Office | 4 HR @ 180/HR = | $ 720.00 |
| 3/4/2008 | Review Plaintiffs' Second Supplemental F.R.C.P. Rule 26(a)(1) Disclosures | 0.1 HR @ 180/HR = | $ 18.00 |
| 3/5/2008 | Review Defendant Monte Gore's Objections, Answers and Responses to Plaintiffs First Set of Interrogatories and Requests for Admission; review Defendant Stephen Groome's Objections, Answers and Responses to Plaintiffs' First Set of Interrogatories and Rqeuests for Admission; review Defendant Wegener's Objections, Answers and Responses to Plaintiffs' First Set of Interrogatories and Requests for Admission; review Flint's Objections, Answers and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production; review Plaintiffs' Answers to Defendant Damon's First Set of Interrogatories and Requests for Production; review Plaintiffs' Answers to Defendant Damon's First Set of Interrogatories | 0.3 HR @ 180/HR = | $ 54.00 |
| 3/5/2008 | Travel to/from Park County Sherrif's Office and attend deposition of Monte Gore | 11.5 HR @ 180/HR = | $ 2,070.00 |
| 3/17/2008 | Review entire file; index all potential disclosure documents on behalf of Shawna Whiteowl; n/c | | |
| 3/17/2008 | Consult with; finalize and file Defendant Shawna Whiteowl's Answers to Plaintiffs' First Set of Interrogatories, Requests for Production and Requests for Admission | 1.25 HR @ 180/HR = | $ 225.00 |

| Date | Description | Time/Rate |
|---|---|---|
| 3/18/2008 | review of all pleadings, previously admitted exhibits (including Plaintiff Charles Caldwell's job application and reference letter from Jeff Tucker) at Charles Caldwell deposition, deposition transcript of Charles Caldwell and notes from previously taken depositions of Monte Gore and Gregory Flint | 4 HR @ 180/HR = $ 720.00 |
| 3/19/2008 | Travel to and from offices of counsel for Plaintiffs Charles and Vicki Caldwell (Jim Reed, Esq.) and attend deposition of Jeff Tucker | 4.5 HR @ 180/HR = $ 810.00 |
| 3/25/2008 | Review Notice of Deposition of Defendant Shawna Whiteowl | 0.1 HR @ 180/HR = $ 18.00 |
| 3/26/2008 | Review Plaintiffs' First Supplemental Expert Witness Disclosure | 0.1 HR @ 180/HR = $ 18.00 |
| 3/26/2008 | Brief preparation for deposition of Greg Flint to be held at Park County Sheriff Department | 1.5 HR @ 180/HR = $ 270.00 |
| 3/27/2008 | Travel to and from Park County Sheriffs office and attend deposition of Gregory Flint postponed from 03/05/08 | 11 HR @ 180/HR = $ 1,980.00 |
| 3/31/2008 | Review Plaintiff Charles Caldwell's First Supplemental Answers to Park County Defendants' First Set of Interrogatories and Request for Production of Documents; review Park County Defendants' Second Set of Requests for Production of Documents to Plaintiff Vicki Caldwell; review Park County Defendants' Third Supplemental Disclosures | 0.1 HR @ 180/HR = $ 18.00 |
| 4/1/2008 | Review Plaintiffs' Second Set of Requests for Production to Defendants Wegener, Gore, Flint and Groome | 0.1 HR @ 180/HR = $ 18.00 |
| 4/4/2008 | Deposition of Mark Damon set for 10:00 a.m.-do not plan to attend-telephone call to counsel for Mark Damon/Plaintiffs Charles Caldwell and Vicky Caldwell | 0.1 HR @ 180/HR = $ 18.00 |
| 4/5/2008 | Review Plaintiffs' Fourth Supplemental F.R.C.P. Rule 26(a)(1) Disclosures | 0.1 HR @ 180/HR = $ 18.00 |
| 4/8/2008 | Depositions of Steve Groome calendered will not attend | n/c |
| 4/10/2008 | Review Second Notice of Deposition of Defendant Steven Groome | 0.1 HR @ 180/HR = $ 18.00 |
| 4/14/2008 | Prepare for defense of deposition of Shawna Whiteowl by reviewing all previously filed pleadings including complaint with attachments (Webber County Synopsis), deposition transcripts of Charles Caldwell, Vicki Caldwell and notes from deposition of Gregory Flint | 3.25 HR @ 180/HR = $ 585.00 |

| Date | Description | Amount |
|---|---|---|
| 4/14/2008 | Review Plaintiffs' Disclosure Documents (#43) | 0.1 HR @ 180/HR = $ 18.00 |
| 4/18/2008 | Meeting with Shawna Whiteowl in advance of her deposition to be taken by Plaintiff's counsel Jim Reed | 1.5 HR @ 180/HR = $ 270.00 |
| 4/18/2008 | Attend/defend Depositions of Shawna Whiteowl in offices of Steven U. Mullens, PC–present were Katie Pratt, Esq. (White & Steele), Jim Reed, Esq. (Counsel for Plaintiffs), Shawna Whiteowl and O'Brien Kratchmer and Assoc. court reporting agency (Melanie Kratchmer) | 4 HR @ 180/HR = $ 720.00 |
| 4/21/2008 | Review Plaintiff Charles Caldwell's Answers to Park County Defendants' Second Set of Requests for Production of Documents | 0.1 HR @ 180/HR = $ 18.00 |
| 4/24/2008 | Plaintiffs' Fifth Supplemental F.R.C.P. Rule 26(a)(1) Disclosures | 0.1 HR @ 180/HR = $ 18.00 |
| 5/7/2008 | Review Notice of Deposition of Don Anthony | 0.1 HR @ 180/HR = $ 18.00 |
| 5/7/2008 | Read/Analyze deposition testimony transcript of Jeff Tucker (previously received 4/24/08) | 3.25 HR @ 180/HR = $ 585.00 |
| 5/9/2008 | Receipt of/read and analyze deposition testimony transcript of Mark Damon | 3.75 HR @ 180/HR = $ 675.00 |
| 5/20/2008 | Receipt of/read and analyze deposition testimony transcript of Shawna Whiteowl | 4.66 HR @ 180/HR = $ 838.80 |
| 5/30/2008 | Mail Deposition Transcript to Shawna Whiteowl | n/c |
| 6/15/2008 | Review draft of Defendants' Mark Damon and Shawna Whiteowl Joint Motion for Summary Judgment which by prior discussion with counsel for Mark Damon would be researched and written by Mr. Obernesser | 0.4 HR @ 180/HR = $ 72.00 |
| 6/16/2008 | Review Park County Defendants' Motion for Summary Judgment | 0.5 HR @ 180/HR = $ 90.00 |
| 6/17/2008 | Review Park County Defendants' Documents Filed Under Seal | 0.2 HR @ 180/HR = $ 36.00 |
| 6/27/2008 | Review Park County Defendants' Fifth Supplemental Disclosures | 0.1 HR @ 180/HR = $ 18.00 |
| 7/28/2008 | Receipt, read and analyze Plaintiffs' Response to Park County Defendants' Motion for Summary Judgment | 0.75 HR @ 180/HR = $ 135.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 7/29/2008 | Receipt and Review of Plaintiff's response to defendants Damn and Whiteowl's joint motion for summary judgement | 0.3 HR @ 180/HR = | $ 54.00 |
| 8/7/2008 | Telephone call from counsel for defendant Mark Dumm regarding reply to Plaintiff's response to joint motion for summary judgment filed by defendants Damon and Whiteowl | 0.1 HR @ 180/HR = | $ 18.00 |
| 8/12/2008 | Receipt and review of Park County Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment | 0.3 HR @ 180/HR = | $ 54.00 |
| 8/19/2008 | Review Final Pre-Trial Order | 0.2 HR @ 180/HR = | $ 36.00 |
| 9/3/2008 | Telephone call from counsel for Mark Damon with discussion regarding preliminary argument to use at oral argument and fact that Mr. Obernesser should be primary counsel to argue the law as motion for summary judgement was researched and written by Mr. Obernesser. | 0.1 HR @ 180/HR = | $ 18.00 |
| 9/4/2008 | Prepare for oral argument on Motions for Summary Judgment by reviewing cited case law and facts of claims made against Shawna Whiteowl - argument to be handled primarily by Michael Obernesser, counsel for Mark Damon, as Damon and Whiteowl are similarly situated | 1 HR @ 180/HR = | $ 180.00 |
| 9/5/2008 | Travel to/from Denver Federal District Courthouse for arguments on Motions for Summary Judgment as requested by Judge Matsch with brief participation in oral argument, review E-Order: summary judgment granted in all cases, written order to follow | 4.5 HR @ 180/HR = | $ 810.00 |
| 9/12/2008 | Research requirements necessary to support a motion for costs and attorneys' fees | .3 HRS @ 180/HR = | $ 54.00 |
| 9/17/2008 | Travel to/from meeting with co-defense counsel with discussion regarding requirements for support of motion for costs and attorneys' fees | .4 HRS @ 180/HR = | $ 72.00 |
| 1/5/2009 | Receipt and review of Judgment and Order for Judgment for Defendants Dismissing All Claims issued by Honorable Richard P. Matsch | .1 HRS @ 180/HR = | $ 18.00 |
| 1/14/2009 | Prepare Motiona nd Affidavit pursuant to D.C. Colo. L. CivR 54.3 for attorneys' fees and costs | .5 HRS @ 180/HR = | $ 90.00 |
| TOTAL DUE | | 109.51 HRS | $ 21,475.80 |