\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30 OR 9:00 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133 (Rev 10/06)

# BILL OF COSTS

| | |
|---|---|
| United States District Court | DISTRICT OF COLORADO |
| Charles Caldwell, and Vicki Caldwell | DOCKET NO. 07-cv-00371-RPM-MEH |
| v. | MAGISTRATE CASE NO. |
| Fred Wegener, Monte Gore, Gregory S. Flint, Shawna Whiteowl, and Mark Damon | |

Judgment having been entered in the above entitled action on **January 5, 2009** against Plaintiffs. the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ -0- |
| Fees for service of summons and complaint | $ -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 5,589.70 |
| Fees and disbursements for printing | $ 44.00 |
| Fees for witnesses (itemized on reverse side) | $ 577.50 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 564.27 |
| Docket fees under 28 U.S.C. § 1923 | $ -0- |
| Costs incident to taking of depositions | $ 1,788.78 |
| Costs as shown on Mandate of Court of Appeals | $ -0- |
| Other costs (Please itemize) | $ -0- |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

**TOTAL** $ 8,564.25

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: s/ Katherine M.L. Pratt

Print Name: Katherine M.L. Pratt   Phone Number: 303-628-3477

For: Defendants Fred Wegener, Monte Gore, and Gregory Flint
Name of Claiming Party

Date: January 20, 2009

| | |
|---|---|
| Please take notice that Andrew D. Ringel and James A. Reed will appear by telephone before the Clerk who will tax said costs on the following day and time:  February 5, 2009, 9:00 a.m. | Date and Time |
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ |
| CLERK OF COURT GREGORY C. LANGHAM | (BY) DEPUTY CLERK |
| | DATE: |

Charles Caldwell and Vicki Caldwell v. Fred Wegener,
Monte Gore, Gregory S. Flint, Shawna Whiteowl, and Mark Damon
Case No. 07-cv-00371-RPM-MEH

BILL OF COSTS:   DEFENDANTS, FRED WEGENER, MONTE GORE,
AND GREGORY FLINT

**Copies:**

| | |
|---|---|
| Summary Judgment (220 pages x .20) | 44.00 |
| Medical records from Colorado Springs Dermatology Clinic | 16.16 |
| Medical records from William Schroeder | 15.08 |
| Medical records from First Street Family Health | 25.85 |
| Medical records from Colorado Springs Cardiologists | 16.70 |
| Medical records from Teller County Chiropractic | 26.55 |
| Medical records from Langstaff-Brown Urgent Care | 15.08 |
| Medical records from Colorado Springs Health Partners | 19.88 |
| Medical records from Innate Healing | 25.84 |
| Employment records from Teller County | 8.08 |
| Plaintiffs' Federal Tax Returns 1999-2006 | 336.08 |
| Social Security Administration | 43.09 |
| Park County Clerk & Records Office - Anthony Campaign records | 15.88 |

**Total:   $608.27**

**Transcripts:**

| | |
|---|---|
| Charles Caldwell | 1087.95 |
| Vicki Caldwell | 986.45 |
| Fred Wegener | 287.70 |
| Monte Gore | 443.10 |
| Gregory Flint | 603.00 |
| Mark Damon | 404.15 |
| Shawna White Owl | 372.60 |
| Don Anthony | 425.00 |
| Jeff Tucker | 365.00 |
| Richard Reisler | 614.75 |

**Total:   $5589.70**

**Costs incident to taking of deposition:**

| | |
|---|---:|
| Travel to Colorado Springs and stay over for plaintiffs' depositions | 269.76 |
| Travel to Fairplay and stay over for defendants' depositions | 639.18 |
| Travel to Colorado Springs for Tucker and Reisler depositions | 82.67 |
| Travel to Fairplay and stay over for Flint deposition | 281.88 |
| Travel to Colorado Springs for Damon deposition | 97.52 |
| Travel to Colorado Springs for White Owl deposition | 73.73 |
| Travel to Fairplay for Steve Groome deposition | 94.66 |
| Travel to Fairplay for Anthony deposition | 89.38 |
| | |
| Expert Witness Fee for Richard Reisler's deposition | 487.50 |
| Don Anthony Witness and Mileage Fee | 90.00 |
| Courier Process Service | 160.00 |

                                    **Total:   $2,366.28**

                                    **Grand Total:   $8,564.25**

## **CERTIFICATE OF COMPLIANCE WITH D.C.Colo.LCiv.R. 54.1**

  D.C. Colo. LCivR 54.1 requires that prior to the appearance before the Clerk, counsel for the party seeking costs shall file a written statement that a conference has occurred with opposing counsel and a reasonable effort has been made to resolve disputes regarding costs.  The undersigned counsel conferred with counsel for the Plaintiffs, James A. Reed, Esq. on January 20, 2009.  Mr. Reed indicated the Plaintiffs were not willing to stipulate the costs contained in the Defendants' Bill of Costs.  As such, in appears Plaintiffs do not agree to stipulate to the costs contained in the Bill of Costs.  Therefore, no agreement exists between the parties and the undersigned complied with D.C. Colo. LCiv.R 54.1.

                 s/ Katherine M.L. Pratt

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 20th day of January 2009, I electronically filed the foregoing **BILL OF COSTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com

Steven U. Mullens, Esq.
SUMullens@aol.com

Richard M. Lamphere
sumlamphere@yahoo.com

Michael K. Obernesser, Esq.
robyn.Lornell@hartleyslaw.com

                                                  s/Denise Y. Gutierrez, Legal Secretary to
                                                  Andrew D. Ringel, Esq.
                                                  Katherine M.L. Pratt, Esq.
                                                  Hall & Evans, L.L.C.
                                                  1125 17th Street, Suite 600
                                                  Denver, CO 80202-2052
                                                  303-628-3453
                                                  Fax: 303-628-3238
                                                  ringela@hallevans.com
                                                  prattk@hallevans.com
                                                  **ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**