1/29/08 COLORADO SPRINGS DERMATOLOGY CLINIC P.C.                          1322
        6271-484 CLM                            CALDWELL    1/24/08        15.00
           6271    484              16.16        COLO/DEN TAX 1/24/08       1.16
        1211-00-0-000              16.16
        2159-00-0-000               -.62
        2158-00-0-000               -.54

**H&E HALL & EVANS, L.L.C.**                                              323175

ATTORNEYS AT LAW                    GUARANTY BANK
PROFESSIONAL ACCOUNT                DENVER, COLORADO                      323175
1125 SEVENTEENTH ST., STE. 600         23-96/1020
DENVER, CO. 80202

PAY:  ***********************************************FIFTEEN AND NO/100 DOLLARS

                                              DATE              AMOUNT
PAY TO THE ORDER OF                         1/29/08        ********15.00

        COLORADO SPRINGS DERMATOLOGY CLINIC P.C.
        3245 INTERNATIONAL CR STE 200             HALL & EVANS, L.L.C.
        COLORADO SPRINGS CO  80910          VOID 60 DAYS AFTER DATE OF ISSUE

                                              AUTHORIZED SIGNATURE

⑈323175⑈ ⑆102000966⑆ ⑆14⑈40761⑈

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                              323175

1/29/08 COLORADO SPRINGS DERMATOLOGY CLINIC P.C.          15.00            1322
        6271-484 CLM                            CALDWELL    1/24/08        15.00
           6271    484              16.16        COLO/DEN TAX 1/24/08       1.16
        1211-00-0-000              16.16
        2159-00-0-000               -.62
        2158-00-0-000               -.54

51N324 (4/07) 548788

1/29/08 WILLIAM R. SCHROEDER D.O.                                      1321
        6271-484 CLM                         CALDWELL      1/28/08     14.00
        6271    484              15.08        COLO/DEN TAX  1/28/08      1.08
        1211-00-0-000            15.08
        2159-00-0-000            -.57
        2158-00-0-000            -.51

---

**H&E HALL & EVANS, L.L.C.**                                          323176

ATTORNEYS AT LAW                    GUARANTY BANK
PROFESSIONAL ACCOUNT                DENVER, COLORADO                   323176
1125 SEVENTEENTH ST., STE. 600         23-96/1020
DENVER, CO. 80202

PAY :  ***********************************************FOURTEEN AND NO/100 DOLLARS

                                         DATE            AMOUNT

                                        1/29/08      ********14.00

PAY TO THE ORDER OF

      WILLIAM R. SCHROEDER D.O.
      PO BOX 5319                        HALL & EVANS, L.L.C.
      WOODLAND PARK CO  80866       VOID 180 DAYS AFTER DATE OF ISSUE

                                          AUTHORIZED SIGNATURE

     ⑈323176⑈ ⑆102000966⑆  14⑈4076⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                           323176

                                                14.00          1321
1/29/08 WILLIAM R. SCHROEDER D.O.               CALDWELL    1/28/08   14.00
        6271-484 CLM                       COLO/DEN TAX  1/28/08       1.08
        6271    484              15.08
        1211-00-0-000            15.08
        2159-00-0-000            -.57
        2158-00-0-000            -.51

51N324 (4/07) 548788

```
9/08 FIRST STREET FAMILY HEALTH                                          1320
      6271-484 CLM                         CALDWELL    1/23/08          24.00
         6271    484          25.85      COLO/DEN TAX  1/23/08           1.85
      1211-00-0-000           25.85
      2159-00-0-000            -.98
      2158-00-0-000            -.87
```

**H&E HALL & EVANS, L.L.C.**                                        323177

ATTORNEYS AT LAW                    GUARANTY BANK                    323177
PROFESSIONAL ACCOUNT               DENVER, COLORADO
1125 SEVENTEENTH ST., STE. 600        23-96/1020
DENVER, CO. 80202

PAY: ***********************************TWENTY-FOUR AND NO/100 DOLLARS

                                          DATE              AMOUNT
                                       1/29/08        ********24.00

PAY TO THE ORDER OF

      FIRST STREET FAMILY HEALTH           HALL & EVANS, L.L.C.
      327 E 1ST STREET               VOID 180 DAYS AFTER DATE OF ISSUE
      SALIDA CO  81201

                                          AUTHORIZED SIGNATURE

⑆323177⑆ ⑈102000966⑈ 14⑈4076 1⑈

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                         323177

1/29/08 FIRST STREET FAMILY HEALTH              24.00              1320
        6271-484 CLM                       CALDWELL    1/23/08    24.00
           6271    484          25.85    COLO/DEN TAX  1/23/08     1.85
        1211-00-0-000           25.85
        2159-00-0-000            -.98
        2158-00-0-000            -.87

.51N324 (4/07) 548788..

```
2/05/08 COLORADO SPRINGS CARDIOLOGISTS                                        4041
        6271-484 CLM                           CALDWELL   2/05/08           15.50
             6271    484        16.70     COLO/DEN TAX   2/05/08            1.20
          1211-00-0-000         16.70
          2159-00-0-000          -.64
          2158-00-0-000          -.56
```

---

# H&E HALL & EVANS, L.L.C.                                    323252

ATTORNEYS AT LAW
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323252

PAY:  **************************************************FIFTEEN AND 50/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| PAY TO THE ORDER OF | 2/05/08 | ********15.50 |

COLORADO SPRINGS CARDIOLOGISTS
2222 N NEVADA AVE STE 4007
COLORADO SPRINGS CO  80907

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑈323252⑈ ⑆102000966⑆ 14⑈40761⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                   323252

```
2/05/08 COLORADO SPRINGS CARDIOLOGISTS             15.50            4041
        6271-484 CLM                          CALDWELL  2/05/08    15.50
             6271    484        16.70    COLO/DEN TAX  2/05/08      1.20
          1211-00-0-000         16.70
          2159-00-0-000          -.64
          2158-00-0-000          -.56
```

51N324 (4/02) 540708

Teller County Chiropractic
800 E. Hwy 24, Suite D
Woodland Park, CO 80863
(719) 687-1881
Dr. Chris Mirabella

| Invoice |
| Date 01/31/2008 |

**Bill To:**
Catherine Mandis
1125 17th St., Suite 600
Denver, CO 80202-2052

| Description | Amount |
| --- | --- |
| Copies of medical/health records; 28 pages total: | $23.00 |
| Postage: | 1.65 |
| | |
| | A/P RECEIVED |
| | FEB    2008 |
| | DENVER SALES TAX INCL. 1.90 |
| | DENVER USE TAX OWED $ |
| | $26.55 |
| **Total** | $ 24.65 |

Please make checks payable to: Teller County Chiropractic.

```
08 LANGSTAFF-BROWN URGENT CARE CENTER                                      2011
   6271-484 CLM                          CALDWELLS    2/06/08              14.00
      6271    484           15.08        COLO/DEN TAX 2/06/08               1.08
      1211-00-0-000         15.08
      2159-00-0-000          -.57
      2158-00-0-000          -.51
```

323325

**H&E HALL & EVANS, L.L.C.**
ATTORNEYS AT LAW
PROFESSIONAL ACCOUNT
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323325

323325

PAY: ******************************************FOURTEEN AND NO/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| PAY TO THE ORDER OF | 2/12/08 | *******14.00 |

LANGSTAFF-BROWN URGENT CARE CENTER
41 N HIGHWAY 67 STE A
WOODLAND PARK CO  80863

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑈323325⑈ ⑇1020009661⑇ 14⑈4076 1⑈

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT

323325

```
2/12/08 LANGSTAFF-BROWN URGENT CARE CENTER            14.00                 2011
        6271-484 CLM                      CALDWELLS    2/06/08              14.00
           6271    484        15.08       COLO/DEN TAX 2/06/08               1.08
           1211-00-0-000      15.08
           2159-00-0-000       -.57
           2158-00-0-000       -.51
```

```
BACTES  IMAGING  SOLUTIONS  INC                                        2158
   6271-484  CLM                      1HBZY-1   2/12/08               18.45
      6271    484            19.88    COLO/DEN TAX  2/12/08             1.43
      1211-00-0-000          19.88
      2159-00-0-000           -.76
      2158-00-0-000           -.67
```

                                                                    323359

## HALL & EVANS, L.L.C.

**ATTORNEYS AT LAW**
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323359

PAY:  *****************************************EIGHTEEN  AND  45/100  DOLLARS

|  | DATE | AMOUNT |
|---|---|---|
| PAY TO THE ORDER OF | 2/14/08 | ********18.45 |

BACTES  IMAGING  SOLUTIONS  INC
2250  FOURTH  AVE  STE  105
SAN  DIEGO  CA   92101

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑈323359⑈  ⑈102000966⑈  14⑈4076 4⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                          323359

```
2/14/08 BACTES  IMAGING  SOLUTIONS  INC              18.45            2158
   6271-484  CLM                      1HBZY-1   2/12/08              18.45
      6271    484            19.88    COLO/DEN TAX  2/12/08            1.43
      1211-00-0-000          19.88
      2159-00-0-000           -.76
      2158-00-0-000           -.67
```

ANG, L.L.C. / PROFESSIONAL ACCOUNT

323573

12.00

/06/08    1349 INNATE HEALING P.C.
          6271-484 CLM

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| CALDWELLV | 2/29/08 | 12.00 | 6271 | 484 | 104 | 12.92 |
| COLO/DEN TAX | 2/29/08 | .92 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 12.92 | |
| 2159-00-0-000 | -.49 | |
| 2158-00-0-000 | -.43 | |

---

**H&E HALL & EVANS, L.L.C.**
ATTORNEYS AT LAW
PROFESSIONAL ACCOUNT
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323573

323573

PAY:    ***************************************************TWELVE AND NO/100 DOLLARS

DATE          AMOUNT
3/06/08    *********12.00

PAY TO THE ORDER OF

INNATE HEALING P.C.
2201 N WEBER
COLORADO SPRINGS CO   80907

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

MP

AUTHORIZED SIGNATURE

⑈323573⑈ ⑈102000966⑈ ⑈14⑈40761⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT

323573
12.00

3/06/08    1349 INNATE HEALING P.C.
          6271-484 CLM

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| CALDWELLV | 2/29/08 | 12.00 | 6271 | 484 | 104 | 12.92 |
| COLO/DEN TAX | 2/29/08 | .92 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 12.92 | |
| 2159-00-0-000 | -.49 | |
| 2158-00-0-000 | -.43 | |

323572

12.00

/06/08    1349  INNATE HEALING P.C.
          6271-484 CLM

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| CALDWELL | 2/29/08 | 12.00 | 6271 | 484 | 104 | 12.92 |
| COLO/DEN TAX | 2/29/08 | .92 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 12.92 | |
| 2159-00-0-000 | -.49 | |
| 2158-00-0-000 | -.43 | |

---

# H&E HALL & EVANS, L.L.C.

**ATTORNEYS AT LAW**
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323572

323572

PAY:   *************************************************TWELVE AND NO/100 DOLLARS

|  | DATE | AMOUNT |
|--|------|--------|
| PAY TO THE ORDER OF | 3/06/08 | ********12.00 |

INNATE HEALING P.C.
2201 N WEBER
COLORADO SPRINGS CO   80907

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑈323572⑈ ⑆102000966⑆  14⑈40761⑈

---

**HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT**

   3/06/08    1349  INNATE HEALING P.C.
              6271-484 CLM

323572

12.00

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| CALDWELL | 2/29/08 | 12.00 | 6271 | 484 | 104 | 12.92 |
| COLO/DEN TAX | 2/29/08 | .92 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 12.92 | |
| 2159-00-0-000 | -.49 | |
| 2158-00-0-000 | -.43 | |

51N324 (ANTI-RAPTOR)

```
                                                                  2077
/08 TELLER COUNTY                           JAN2008  1/31/08       7.50
     6271-484 CLM                      COLO/DEN TAX  1/31/08        .58
      6271    484          8.08
      1211-00-0-000        8.08
      2159-00-0-000       -.31
      2158-00-0-000       -.27
```

# H:E HALL & EVANS, L.L.C.

**ATTORNEYS AT LAW**
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323269

323269

PAY: ****************************************************SEVEN AND 50/100 DOLLARS

PAY TO THE ORDER OF

| | DATE | AMOUNT |
|---|---|---|
| | 2/07/08 | *********7.50 |

TELLER COUNTY
PO BOX 959
CRIPPLE CREEK, CO 80813

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑊323269⑊ ⑊102000966⑊ 14⑊4076 1⑊

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT

323269

```
                                                   7.50          2077
2/07/08 TELLER COUNTY                          JAN2008  1/31/08   7.50
        6271-484 CLM                      COLO/DEN TAX  1/31/08    .58
         6271    484          8.08
         1211-00-0-000        8.08
         2159-00-0-000       -.31
         2158-00-0-000       -.27
```

51N324 (4/07) 540700

```
06/07  UNITED STATES TREASURY                                              2127
       6271-484 CLM                          19992006 12/06/07            312.00
           6271    484        336.08     COLO/DEN TAX 12/06/07             24.08
       1211-00-0-000          336.08
       2159-00-0-000          -12.79
       2158-00-0-000          -11.29
```

---

**H&E HALL & EVANS, L.L.C.**

ATTORNEYS AT LAW
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO. 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

322782

322782

PAY: *****************************THREE HUNDRED TWELVE AND NO/100 DOLLARS

| | DATE | AMOUNT |
|---|---|---|
| PAY TO THE ORDER OF | 12/06/07 | *******312.00 |

UNITED STATES TREASURY

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE                MP

⑈322782⑈ ⑆102000966⑆ 14⑈40761⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                     322782

```
12/06/07  UNITED STATES TREASURY              312.00            2127
          6271-484 CLM                 19992006 12/06/07       312.00
              6271    484     336.08  COLO/DEN TAX 12/06/07     24.08
          1211-00-0-000       336.08
          2159-00-0-000       -12.79
          2158-00-0-000       -11.29
```

51N324 (4/07: 548796

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Name   <u>Charles Caldwell</u>

   Social Security Number   <u>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</u>

   Other Name(s) Used (Include Maiden Name) _____

   Date of Birth (Mo/Day/Yr)   <u>11/8/1947</u>

2. What kind of information do you need?

   [x] **Detailed Earnings Information**
   (If you check this block, tell us below why you need this information.)
   <u>To determine employers worked for during this time period in connection with pending litigation.</u>

   For the period(s)/year(s): <u>1984-1988</u>

   [ ] **Certified Total Earnings For Each Year.**
   (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement)

   For the year(s): _____

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     A. $ <u>25.00</u>

   Do you want us to certify the information?     [x] Yes   [ ] No

   If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     B. $ <u>15.00</u>

   ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . .     C. $ <u>40.00</u>

   - You can pay by CREDIT CARD by completing and returning the form on page 4, or
   - Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payble to "Social Security Administration"
   - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here (Do not print) > *Charles Caldwell*      Date <u>4-16-08</u>

   Daytime Phone Number   <u>719</u>  <u>686-7931</u>
   (Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

   Name <u>Andrew Ringel</u>      Address <u>Hall & Evans, 1125 17th Street, Suite 600</u>

   City, State & Zip Code   <u>Denver, CO 80202</u>

6. Mail Completed Form(s) To:

   **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

   Social Security Administration
   Division of Earnings Record Operations
   P.O. Box 33003
   Baltimore Maryland 21290-3003

   Social Security Administration
   Division of Earnings Record Operations
   300 N. Greene St.
   Baltimore Maryland 21290-0300

Form SSA-7050-F4 (1-2004)  EF (01-2004)

2

/17/08    2045 PARK COUNTY CLERK & RECORDER'S OFFICE                    14.75

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| ANTHONY | 4/16/08 | 14.75 | 6271 | 484 | 103 | 15.88 |
| COLO/DEN TAX | 4/16/08 | 1.13 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 15.88 | |
| 2159-00-0-000 | -.60 | |
| 2158-00-0-000 | -.53 | |

CLM/CLM

---

HALL & EVANS, L.L.C.                                          323875

ATTORNEYS AT LAW
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323875

PAY:   *************************************************FOURTEEN AND 75/100 DOLLARS

|  | DATE | AMOUNT |
|--|------|--------|
| PAY TO THE ORDER OF | 4/17/08 | *********14.75 |

PARK COUNTY CLERK & RECORDER'S OFFICE
PO BOX 220
FAIRPLAY CO  80440

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE                    MP

⑈323875⑈ ⑉102000966⑉ 14⑈40761⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                   323875
4/17/08    2045 PARK COUNTY CLERK & RECORDER'S OFFICE          14.75

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| ANTHONY | 4/16/08 | 14.75 | 6271 | 484 | 103 | 15.88 |
| COLO/DEN TAX | 4/16/08 | 1.13 | | | | |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 15.88 | |
| 2159-00-0-000 | -.60 | |
| 2158-00-0-000 | -.53 | |

CLM/CLM

# *Carpenter Reporting, Inc.*
## *12510 East Iliff*
## *Suite 120*
## *Aurora, CO  80014*

Phone (303)752-1200
Fax     (303) 306-9035

Email crinc14@qwest.net

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1125 17th Street
Suite 600
Denver, CO  80202

Invoice #
17198

03/05/2008      764

Re: Caldwell    v Park County, et al.

Deposition Of Charles Caldwell

Original and one copy                              969.50

Deposition Of Vicki Caldwell

Original and one copy                              868.00
Appearance Fee                                     200.00
Delivery                                            12.00
Exhibits                                            24.90
                                                ==========
                            Total Amount $      2,074.40

bc
Thank You.

# INVOICE

From:    Juli A. Blass                          Date:  March 18, 2008
         P.O. Box 2861
         Silverthorne, CO  80498
         (970) 468-5074                         RECEIVED
         **S.S.N.:  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**
                                                MAR 1 9 2008

To:      HALL & EVANS, L.L.C.
         Attn:  Katherine M.L. Pratt, Esq.
         1125 17th Street, Suite 600
         Denver, CO  80202-2052
         Tel:  (303) 628-3300
         Fax: (303) 293-3253

Re:      Caldwell vs. The County of Park, et al
         Civil Action No. 07-CV-000371-RPM-MEH

         Deposition of Monte Kevin Gore, March 5, 2008, Fairplay, CO
         Copy Transcript (211 pgs. @ $2.10 p.p.)------------------------ $443.10
         (Condensed/Keyword Index/NoExhibits/
          ASCII attachment via e-mail)

         Deposition of  Frederick William Wegener, III,
         March 6, 2008, Fairplay, CO
         Copy Transcript (137 pgs. @ $2.10 p,p.------------------------ $287.70
         (Condensed/Keyword Index/No Exhibit/
          ASCII attachment via e-mail)

         **TOTAL DUE UPON RECEIPT** ---------------------------- **$730.80**

         **PLEASE SUBMIT INVOICE TO APPROPRIATE DEPARTMENT
         FOR IMMEDIATE PAYMENT.**

         ***PLEASE MAKE CHECK PAYABLE TO JULI A. BLASS***

# INVOICE

RECEIVED

APR 15 2008

---

**From:**  Juli A. Blass
P.O. Box 2861
Silverthorne, CO  80498
(970) 468-5074
**S.S.N.:  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**

**Date:**  April 11, 2008

**To:**  HALL & EVANS, L.L.C.
Attn:  Katherine M.L. Pratt, Esq.
1125 17th Street, Suite 600
Denver, CO  80202-2052
Tel:  (303) 628-3300
Fax: (303) 293-3253

**Re:**  Caldwell vs. The County of Park, et al
Civil Action No. 07-CV-000371-RPM-MEH

Deposition of Gregory S. Flint, March 27, 2008, Fairplay, CO
Copy Transcript (280 pgs. @ $2.10 p.p.)-------------------------- $588.00
(Condensed/Keyword Index/Exhibit 65 only/
ASCII attachment via e-mail)

POSTAGE VIA FED EX---------------------------------------------- $ 15.00

---

**TOTAL DUE UPON RECEIPT** --------------------------------  **$603.00**

**PLEASE SUBMIT INVOICE TO APPROPRIATE DEPARTMENT
FOR IMMEDIATE PAYMENT.**

***\*\*PLEASE MAKE CHECK PAYABLE TO JULI A. BLASS***

O'Brien, Krachmer & Associates, Inc.

RECEIVED

MAY 1 0 2008

# Invoice

728 South Cascade Avenue
Colorado Springs, CO 80903
Tax ID No. 84-1218558
(719) 635-0033

| Date | Invoice # |
|------|-----------|
| 5/9/2008 | 5867M |

| Bill To |
|---------|
| Hall and Evans, LLC<br>Katherine M.L. Pratt, Esquire<br>1125 Seventeenth St.<br>Suite 600<br>Denver, CO 80202-2037 |

| IN RE: |
|--------|
| Caldwell v. The County of Park, et al.<br>Case No. 07-cv-000371-RPM-MEH |

| Terms | Office Use Only |
|-------|-----------------|
| Net 10 Days | |

| Description | Amount |
|-------------|--------|
| Deposition of Mark Patrick Damon, taken on April 4, 2008. | |
| One copy transcript: | 384.15 |
| E-transcript of deposition: | 10.00 |
| Postage and Handling: | 10.00 |

| THANK YOU! | **Total** | $404.15 |
|------------|-----------|---------|

**RECEIVED**

MAY 2 1 2008

O'Brien, Krachmer & Associates, Inc.

# Invoice

728 South Cascade Avenue
Colorado Springs, CO 80903
Tax ID No. 84-1218558
(719) 635-0033

| Date | Invoice # |
|------|-----------|
| 5/20/2008 | 5886M |

| Bill To |
|---------|
| Hall and Evans, LLC<br>Katherine M.L. Pratt, Esquire<br>1125 Seventeenth St.<br>Suite 600<br>Denver, CO 80202-2037 |

| IN RE: |
|--------|
| Caldwell v. The County of Park, et al.<br>Case No. 07-cv-000371-RPM-MEH |

| Terms | Office Use Only |
|-------|-----------------|
| Net 10 Days | |

| Description | Amount |
|-------------|--------|
| Deposition of Shawna White Owl, taken on April 18, 2008. | |
| One copy transcript: | 352.60 |
| E-transcript of deposition: | 10.00 |
| Postage and Handling: | 10.00 |

| THANK YOU! | **Total** | $372.60 |

O'Brien, Krachmer & Associates, Inc.

# Invoice

728 South Cascade Avenue
Colorado Springs, CO 80903
Tax ID No. 84-1218558
(719) 635-0033

| Date | Invoice # |
|------|-----------|
| 5/29/2008 | 5895NF |

| Bill To |
|---------|
| Hall and Evans, LLC<br>Andrew D. Ringel, Esquire<br>1125 Seventeenth St.<br>Suite 600<br>Denver, CO 80202-2052 |

| IN RE: |
|--------|
| Caldwell v. The County of Park, et al.<br>Civil Action No. 07-cv-000371-RPM-MEH |

RECEIVED
MAY 30 2008

| Terms | Office Use Only |
|-------|-----------------|
| Net 10 Days | |

| Description | Amount |
|-------------|--------|
| Deposition of Donald L. Anthony, taken on May 23, 2008. | |
| | |
| Original and one copy transcript: | 337.50 |
| Appearance Fee: | 62.50 |
| E-transcript of deposition: | 10.00 |
| Postage and Handling (includes filing of the original): | 15.00 |

| THANK YOU! | **Total** | $425.00 |
|------------|-----------|---------|

Brien, Krachmer & Associates, Inc.

**RECEIVED**

APR 2 8 2008

# Invoice

728 South Cascade Avenue
Colorado Springs, CO 80903
Tax ID No. 84-1218558
(719) 635-0033

| Date | Invoice # |
|------|-----------|
| 4/24/2008 | 5830M |

| Bill To |
|---------|
| Hall and Evans, LLC |
| Katherine M.L. Pratt, Esquire |
| 1125 Seventeenth St. |
| Suite 600 |
| Denver, CO 80202-2037 |

| IN RE: |
|--------|
| Caldwell v. The County of Park, et al. |
| Case No. 07-cv-000371-RPM-MEH |

| Terms | Office Use Only |
|-------|-----------------|
| Net 10 Days | |

| Description | Amount |
|-------------|--------|
| Telephonic Deposition of Jeff Tucker, taken on March 19. 2008. | |
| | |
| One copy transcript: | 274.70 |
| Original and one copy transcript (After 1:00 p.m.): | 55.30 |
| Appearance Fee: | 25.00 |
| Transcript delivery: | 10.00 |

| THANK YOU! | **Total** | $365.00 |
|------------|-----------|---------|

*Carpenter Reporting, Inc.*
*12510 East Iliff*
*Suite 120*
*Aurora, CO  80014*

**Phone (303)752-1200**
**Fax    (303) 306-9035**

**Email crinc14@qwest.net**

**RECEIVED**

MAR 2 5 2008

Katherine M.L. Pratt, Esq.
HALL & EVANS, LLC
1125 17th Street
Suite 600
Denver, CO  80202

Invoice #
17293

03/25/2008     3741

Re: Caldwell   v Park County, et al.
Assignment Date: March 19, 2008

Deposition Of Richard Reisler

| | |
|---|---:|
| Original and one copy | 500.50 |
| Appearance fee | 100.00 |
| Delivery | 12.00 |
| Exhibits | 2.25 |
| | ========== |
| Total Amount $ | 614.75 |

lh
Thank You.

CARPENTER REPORTING
Federal Tax Id#: 84-1349678



# CROWNE PLAZA
#### HOTELS & RESORTS

| | |
|---|---|
| Andrew Ringel<br>966 Monroe St<br>Denver, CO 80206-4015<br>US | A/R Number<br>Group Code<br>Folio/Invoice No.      17395  /<br>Reference # |

| | | | |
|---|---|---|---|
| Room No. | **3548** | Page No. | 1 of 1 |
| Arrival | 02-26-08 | Cashier No. | 116 |
| Departure | 02-27-08 | User ID | JRA |

**www.crowneplaza.com/coloradospring**

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 02-26-08 | Internet Guest room | 18:03 #3548 : STSN Internet [] | 9.95 | |
| 02-26-08 | Discount Rate | | 142.00 | |
| 02-26-08 | Occupancy Tax 2% | | 2.84 | |
| 02-26-08 | Sales Tax 7.4% | | 10.51 | |
| 02-27-08 | Terra Cotta Breakfast | CHECK #1939 | 14.26 | |
| 02-27-08 | Visa | XXXXXXXXXXXX8297 | | 179.56 |
| | | **Total** | **179.56** | **179.56** |
| | | **Balance** | **0.00** | |

Thank you for staying at Crowne Plaza Colorado Springs.  Qualifying points for this stay will automatically be credited to your account.   To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com.  We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Crowne Plaza Colorado Springs
2886 South. Circle Drive
Colorado Springs, CO  80906
Telephone: (719) 576-5900  Fax:  (719) 576-7695

EL PASO COUNTY
255 SOUTH SAHWATCH
COLORADO SPRINGS CO  80903

02/27/08 16:42  L# 2 A# 2  Txn# 25078
02/27/08 08:28 In  02/27/08 16:42 Out
Fee ......1  $  4.00
Total Fee  $  4.00
CASH PAID  $$  4.00-
Cash Tender  $  4.00
Change Due  $  0.00
THANK YOU

---

THANKS FOR CHOOSING
ARBY'S
#6676

#302
IN
1 S 6.95        6.95
JUNIOR
JUNIOR
MD DRINK
POT CAKE
POT CAKE

TXB1            6.95

TXTL            .51
TOTL           7.46
CASH          10.00
CHNG           2.54
PLEASE TELL US ABOUT
YOUR VISIT:
1-719-579-0536
ZACH
^^21 18:13 #12 FEB.26'08  REG0003

---

EL PASO COUNTY
255 SOUTH SAHWATCH
COLORADO SPRINGS CO  80903

02/26/08 16:03  L# 1 A# 2  Txn# 79165
02/26/08 09:35 In  02/26/08 16:03 Out
Fee ......4  $  4.00
Total Fee  $  4.00
CASH PAID  $$  4.00-
Cash Tender  $  4.00
Change Due  $  0.00
THANK YOU

*dinner in Fairplay*
*KMP*

MILLONZI'S
501 FRONT ST
FAIRPLAY CO 80440
719-836-9501

Merchant ID: 000002490996
Term ID: 00192539    Ref #: 0018
Server ID: 8

Sale

xxxxxxxxxxxx8007

VISA     Entry Method: Swiped

Amount:      $      24.80

Tip:         $5.00

Total:       $29.80

03/04/08          19:23:54
Inv #: 000011  Appr Code: 178559
Apprvd: Online   Batch#: 000443

Customer Copy

THANK YOU COME AGAIN

---

*lunch after depo*
*of Sheriff KMP*

Mi Casa Mexican Restaurant
& Cantina
Locally Owned & Operated
Since 1981

Server: R.J.              DOB: 03/06/2008
01:42 PM                       03/06/2008
Table 70/1                      3/30012

VISA                          3145738
Card #XXXXXXXXXXXXX8007
Magnetic card present: PRATT KATHERINE
Approval: 747324

Amount:            8.61

+ Tip: ____$2.50

= Total: ___$11.11

X_____/8/_____
Approval: 747324

Gift Certificates Available!
Ask your Server!
HAVING A PARTY???
Let Hearthstone Catering Plan
It For You !
453-7028 Ask for Jen!

GUEST COPY

---

MOUNTN CMFRT BD&BRKFS
52516 HWY 9
ALMA, CO 80420

TERMINAL ID.:              01102065
MERCHANT #:            367542160000

                           CLK. 9000

VISA

xxxxxxxxxxxx7518

SALE                  INV: 015248
BATCH: 000048          TIME: 08:23
DATE: Mar 07, 08      AUTH:00751B
SEQ: 0001

                       $472.50

TOTAL

KATHERINE PRATT    $322.50
Submitted
for reimbursement
Rest is personal expense

CUSTOMER COPY

```
WF7420  3/20/08                 A/P CHECK REQUEST - Client Expense Advanced                    PAGE   1
W1      10:39:18
                                   FORM NUMBER:      772
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Transaction date  03/20/08
Payment date      03/20/08
Payment amount    $67.67

Vendor            5933

Name              PRATT, KATIE
Address           -

Reference

Deliver to        MARTHA

Summarize         Y

Invoice date
Invoice number


   67.67  Client    6271 COUNTY TECHNICAL SERVICES, INC. (   101 TRAVEL EXPENSE       R/T mileage office to Colorado Springs
          Matter     484 Caldwell                                                    for depositions of Jeff Tucker and
                                                                                     Richard Reisler
```

# 812921

3/27/08

```
WF7420  3/20/08                    A/P CHECK REQUEST - Client Expense Advanced              PAGE   1
W1       15:59:31
                                         FORM NUMBER:      802
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Transaction date  03/20/08
Payment date      03/20/08
Payment amount    $15.00

Vendor            5933

Name              PRATT, KATIE
Address           -

Reference

Deliver to        MARTHA

Summarize         Y

Invoice date      03/19/08
Invoice number

      15.00   Client     6271 COUNTY TECHNICAL SERVICES, INC. (    101 TRAVEL EXPENSE      parking at deposition site
              Matter      484 Caldwell
```

# 812921

3/20/08

```
WF7420  3/28/08                          A/P CHECK REQUEST - Client Expense Advanced                    PAGE   1
W1      15:47:22
                                              FORM NUMBER:      1051
```

Transaction date   03/28/08
Payment date       03/28/08
Payment amount     $281.88

Vendor             5933

Name               PRATT, KATIE
Address            —

Reference

Deliver to         MARTHA

Summarize          Y

Invoice date       03/27/08
Invoice number

*# 813095*
*4/2/08*

| | | | | | |
|---|---|---|---|---|---|
| 86.86 | Client Matter | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | R/T mileage office to Fairplay for deposition of Gregory Flint 3/26/08-3/27/08 (no receipt) |
| 156.00 | Client Matter | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | one night lodging in Alma 3/26/08 |
| 20.75 | Client Matter | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | dinner 3/26/08 |
| 18.27 | Client Matter | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | lunch with Greg Flint 3/27/08 |

```
WF7420  4/07/08                    A/P CHECK REQUEST - Client Expense Advanced                      PAGE  1
W1       10:43:49
                                        FORM NUMBER:      1287
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Transaction date   04/07/08
Payment date       04/07/08
Payment amount     $97.52

Vendor             5933

Name               PRATT, KATIE
Address            -

Reference

Deliver to         MARTHA

Summarize          N

Invoice date       04/04/08
Invoice number
```

|        |                |                                       |                  |                                                              |
|--------|----------------|---------------------------------------|------------------|--------------------------------------------------------------|
| 4.00   | Client Matter  | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | Parking for deposition of Mark Damon                         |
| 21.81  | Client Matter  | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | Lunch with Monte Gore - deposition of Mark Damon             |
| 71.71  | Client Matter  | 6271 COUNTY TECHNICAL SERVICES, INC. ( 484 Caldwell | 101 TRAVEL EXPENSE | Round trip mileage office to Colorado Springs for deposition of Mark Damon |

#813162
4/9/08

```
WF7420  4/24/08                    A/P CHECK REQUEST - Client Expense Advanced                    PAGE   1
W1        12:37:24
                                        FORM NUMBER:      1864
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
Transaction date  04/24/08
Payment date      04/24/08
Payment amount    $73.73

Vendor            5933

Name              PRATT, KATIE
Address           -

Reference

Deliver to        MARTHA

Summarize         N

Invoice date
Invoice number
```

```
73.73  Client    6271 COUNTY TECHNICAL SERVICES, INC. (   101 TRAVEL EXPENSE       round trip mileage office to Colorado
       Matter      484 Caldwell                                                    Springs for deposition of Shawna White
                                                                                   Owl
```

```
WF7420  5/22/08              A/P CHECK REQUEST — Client Expense Advanced              PAGE  1
W1      10:35:56
                                   FORM NUMBER:    2675
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Transaction date   05/22/08
Payment date       05/22/08
Payment amount     $94.66                                              *Caldwell*

Vendor

Name           Andrew Ringel
Address

Reference

Deliver to     TROUTL

Summarize      N

Invoice date   05/21/08
Invoice number

| | | | | | |
|---|---|---|---|---|---|
| 6.79 | Client Matter | 6271 484 | COUNTY TECHNICAL SERVICES, INC. ( Caldwell | 101 TRAVEL EXPENSE | 5/21 lunch $6.79 |
| 87.87 | Client Matter | 6271 484 | COUNTY TECHNICAL SERVICES, INC. ( Caldwell | 101 TRAVEL EXPENSE | Roundtrip travel from Denver to Fairplay to Denver 174 miles |

```
WF7420  5/27/08                    A/P CHECK REQUEST - Client Expense Advanced                        PAGE   1
W1      10:28:42
                                      FORM NUMBER:      2751
```

*Caldwell*

```
Transaction date   05/27/08
Payment date       05/27/08
Payment amount     $89.38

Vendor

Name               Andrew Ringel
Address

Reference

Deliver to         TROUTL

Summarize          N

Invoice date       05/23/08
Invoice number


    89.38   Client   627148              101 TRAVEL EXPENSE          Roundtrip mileage Denver to
            Matter                                                   Fairplay to Denver 177 miles
                                                                     for deposition
```

# *RICHARD REISLER*
## *PRIVATE INVESTIGATIONS, LLC*
15776 Agate Creek Drive
Monument, CO. 80132
719-244-6200   FAX 719-488-9359
*Richardpi379@hotmail.com*


*3/20/2008*
*Case File RIR #0813*

Attorney- Katherine M.L. Pratt, Esq.
Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202
(303) 628-3300

Civil Action N0. 07-cv-00371-RPM-MEH
CHARLES CALDWELL, and
VICKI CALDWELL,

        Plaintiffs
v.

THE COUNTY OF PARK

| | | | |
|---|---|---|---|
| 3/19/08 | Deposition | 11:00 AM to 5:30 PM | 6.5 Hrs. |

**Total Hours   6.5 Hrs.**

Rate - $75.00 per hour

**Balance due   $ 487.50**


**F.E.I.N. 51-0619165**

*Travel time from Monument, CO, to Colorado Springs and back - not chargd.*

4/08    1393 DON ANTHONY                                             90.00

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| WitnessFee | 4/04/08 | 90.00 | 6271 | 484 | 102 | 90.00 |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 90.00 | |

CLM/CLM

---

## H&E HALL & EVANS, L.L.C.

**ATTORNEYS AT LAW**
**PROFESSIONAL ACCOUNT**
1125 SEVENTEENTH ST., STE. 600
DENVER, CO 80202

GUARANTY BANK
DENVER, COLORADO
23-96/1020

323782

323782

PAY:    *********************************************************NINETY AND NO/100 DOLLARSS

|  | DATE | AMOUNT |
|--|------|--------|
| PAY TO THE ORDER OF | 4/04/08 | *********90.00 |

DON ANTHONY
286 TRAIL CREEK ROAD
LAKE GEORGE CO   80827

HALL & EVANS, L.L.C.
VOID 180 DAYS AFTER DATE OF ISSUE

AUTHORIZED SIGNATURE

⑈323782⑈  ⑆102000966⑆  14⑈40761⑈

---

HALL & EVANS, L.L.C. / PROFESSIONAL ACCOUNT                        323782
4/04/08    1393 DON ANTHONY                                         90.00

| Invoice | Date | Invoice Amount | Client | Matter | Code | Bill Amount |
|---------|------|----------------|--------|--------|------|-------------|
| WitnessFee | 4/04/08 | 90.00 | 6271 | 484 | 102 | 90.00 |

| Account Number | Amount | Additional Reference |
|----------------|--------|----------------------|
| 1211-00-0-000 | 90.00 | |

CLM/CLM

51N324 (11/07) 557573

Courier Process Service, Inc.      **INVOICE**      Invoice #2008006099
115 East Vermijo Avenue                                                       6/4/2008
Suite 202
Colorado Springs, CO 80903-2008
Phone: (719) 475-7360                                  Original Date: 5/12/2008
Fax: (719) 475-9208
Tax Id # 84-13-68880

Hall & Evans, LLC
1125 17th Street, Suite 600
Denver, CO 80202

Your Contact: Catherine Mandis
**Case Number:  07CV00371-RPM-MEH**

Plaintiff:
**Charles Caldwell, and Vicki Caldwell,**

Defendant:
**The County of Park, a body corporate and politic and a political subdivision of the State of Colorado, Fed Wegener, Monte Gorpe, Gregory S. Flint, Steven Grooms, Shawn Whiteowl, and Mark Damon**

Received: 4/29/2008   Served: 5/11/2008 1:03 pm ,PERSONAL - ALT. AD
To be served on: Don Anthony

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Standard Service Fee | 1.00 | 45.00 | 45.00 |
| Mileage - Lake George, CO | 1.00 | 115.00 | 115.00 |
| TOTAL CHARGED: | | | $160.00 |
| | | | |
| BALANCE DUE: | | | $160.00 |

**Comments pertaining to this Invoice:**
Service was attempted at 286 Trail Creek Rd., Lake George, CO  80827.  This is an empty field at this location. Per the assessor's office, there is suppose to be a trailer on the property but there is not.

The phone number for King Soopers, Store #8, is 719-527-1590.

"Your Business is Our Business"

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.  THANK YOU FOR CHOOSING COURIER.

VISIT US AT  www.courierprocess.com
CONTACT US AT  info@courierprocess.com

Copyright © 1992-2008 Database Services, Inc • Process Server's Toolbox V6.2f