Charles Caldwell and Vicki Caldwell v. Fred Wegener, Monte Gore, Gregory S. Flint, Shawna Whiteowl, and Mark Damon
Case No. 07-cv-00371-RPM-MEH

BILL OF COSTS: DEFENDANT, SHAWNA WHITEOWL

**Copies:**

| | | |
|---|---|---|
| Pacer Service Center (37 transactions, 445 pages) | | $  35.60 |
| | Total | $  35.60 |

**Transcripts:**

| | | |
|---|---|---|
| Deposition of Charles Caldwell | | $ 568.95 |
| Deposition of Vicki Caldwell | | $ 510.95 |
| | Total | $1,079.90 |

**Other Costs:**

| | | |
|---|---|---|
| Copy videotape | | $  12.00 |
| | Total | $  12.00 |
| | Grand total | $1,127.50 |

## Carpenter Reporting, Inc.
*12510 East Iliff*
*Suite 120*
*Aurora, CO 80014*

Phone (303)752-1200
Fax    (303) 306-9035

Email crinc14@qwest.net



Richard M. Lamphere, Esq.
RITSEMA & LYON, P.C.
111 South Tejon Street
Suite 700
CO Springs, CO   80903

Invoice #
17199

03/05/2008        2976

Re: Caldwell    v Park County, et al.

Deposition Of Charles Caldwell

Copy                                                                 554.00

Deposition Of Vicki Caldwell

Copy                                                                 496.00
Exhibits                                                              24.90
Postage                                                                5.00
                                                              ==========
                                        Total Amount $           1,079.90

bc
Thank You.

CARPENTER REPORTING
Federal Tax Id#: 84-1349678

040493

**Limit: One Roll/Media Per Envelope**

☐ File Letter

NE _Lamphere_

DRESS _Steven V Millens PC_

/STATE/ZIP _____ PHONE _____

NE _632-5001_ EMAIL _____

| | DATE 4-8 |
|---|---|
| | TIME IN |
| | TIME DUE |
| | CLERK |
| | TWIN CHECK |

| M/MEDIA TYPE | FILM SIZE | EXPOSURES | PRINTSIZE | REPRINTS/ENLARGEMENTS | NEG. NO. QUAN. |
|---|---|---|---|---|---|
| Smart Card | ☐ 126 | ☐ 12 | ☐ 3½x5 | ☐ WALLETS | |
| Compact Flash | ☐ 135 | ☐ 15 | ☐ 4x6 | ☐ REPRINTS | |
| Mem Stick | ☐ Single Use Camera | ☐ 24 | ☐ _____ | ☐ 5x7 | |
| XD Card | | ☐ 36 | ☐ GLOSSY | ☐ 8x10 | |
| MultiMed Card | ☐ OTHER | ☐ OTHER | ☐ MATTE | ☐ 11x14 | |
| CD | | | ☐ SINGLES | ☐ 16x20 | |
| FILM | | | ☐ DOUBLES | | |

Produce digital order as:

Digital Media, on CD   ☐ Prints   ☐ to Email Internet Delivery

NO. OF PRINTS

SPECIAL INSTRUCTIONS

_Video Tape_
_White owl_

| LAB USE ONLY | |
|---|---|
| @ | |
| @ | POSTED |
| TAX | |
| TOTAL | 12⁰⁰ |

**Godec's Photo Supply**
**9 SOUTH WEBER**   Phone 634-8833

# PACER SERVICE CENTER INVOICE/STATEMENT

U.S. COURTS – PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

| | | |
|---|---|---|
| **LOGIN ID:** | SM5117 | Chrystal Martinez |
| **BILLING DATE:** | 10/03/2008 | Steven U. Mullens, PC |
| **BILLING CYCLE:** | 07/01/08 – 09/30/08 | 719-632-5001 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/03/2008**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | 37 |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | 445 |
| *PACER-Net Charges:* | $35.60 |
| **Previous Balance:** | $0.00 |
| **Current Charges:** | $35.60 |
| **Total Amount Due:** | **$35.60** |

*OCT 14 2008 POSTED*