IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

## ORDER TO RESPOND
_____

Defendants Mark Damon and Shawna Whiteowl filed motions for award of costs and attorney's fees [58 & 59] on January 6, 2009, and January 13, 2009, respectively. Plaintiff has not responded to the motions and it is now

ORDERED that plaintiff shall file a response to the motions for award of costs and attorneys' fees on or before March 6, 2009.

DATED: February 20, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge