

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-000371-RPM-MEH

---

CHARLES CALDWELL, and
VICKI CALDWELL,

Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

Defendants.

---

DEPOSITION OF MARK PATRICK DAMON
April 4, 2008

---

DEPOSITION OF MARK PATRICK DAMON, taken on behalf of the Plaintiffs pursuant to Notice, at 320 South Cascade Avenue, Colorado Springs, Colorado, on April 4, 2008, at 9:17 a.m., before Melodie A. Krachmer, Certified Shorthand Reporter and Notary Public within Colorado.



O'Brien Krachmer & associates, inc.

PLAINTIFF'S EXHIBIT
1

Certified Shorthand Reporters • Registered Professional Reporters
728 South Cascade Avenue • Colorado Springs, Colorado 80903
(719) 635-0033 • Fax: (719) 635-3422 • (800) 643-3224

89

1  and a half feet long.
2   Q. Were you present when Mr. Brown was there with his
3  camera?
4   A. Yes.
5   Q. What was he taking pictures of?
6   A. He was taking pictures of people coming in and out
7  of the Valley and --
8   Q. During the daylight?
9   A. Yeah.
10  Q. Is it unusual for people to come in and out of the
11 Valley in the daylight?
12  A. Typically, they are nocturnal. But, no, people do
13 go in and out of the Valley during the day.
14  Q. Did you see any criminal behavior that he was
15 taking a picture of, anything that you were able to identify
16 as criminal behavior?
17  A. I think -- no.
18  Q. All right. Did he take any photographs from
19 your -- the hill on your property?
20  A. No.
21  Q. Anything else about Mr. Brown coming out that we
22 need to know? What I'm after is, did he come out more than
23 once? Did he come out just that once?
24  A. I was only with him once while Larry Brown was
25 there.

90

1   Q. Do you know whether he came out more than once?
2   A. I don't know.
3   Q. Okay. So long as we're after pictures, did Mr.
4  Zaccagnini or Mr. Flint take any pictures while you were
5  present? Here I'm talking pretty much ever.?
6   A. Did they take pictures while CBI was there, is
7  that what you're asking?
8   Q. At any time. At any time. Whether CBI was there
9  or not.
10  A. I don't know.
11  Q. Okay. At least not that you're able to identify?
12  A. Correct.
13  Q. Okay. At any point were you asked to produce a
14 map of where you thought the methamphetamine labs were?
15  A. Yes.
16  Q. Okay. And what kind of map was that? Same sort
17 of thing we're looking at 57, or something different?
18  A. No, it was quite a bit different. It was about a
19 seven- or eight-page plat that -- they were huge. They were
20 seven pages of the Valley and they were about three feet
21 long by about two and a half feet wide.
22  Q. So from your land title sort of work, are you
23 familiar with these as plat maps from the Assessor's Office?
24  A. Yes.
25  Q. And these were full-sized plat maps?

91

1   A. Yes.
2   Q. Did you then comply with that request and draw
3  where you thought the meth labs were?
4   A. The request was to take photographs of all 72
5  tracts of land whether they be vacant or didn't matter, any
6  structures on each tract.
7   Q. The camera you're doing this with, is this a
8  digital camera or a film camera?
9   A. Digital.
10  Q. Who provided the digital camera?
11  A. I had it. It was the binocular digital camera.
12  Q. When did you purchase that?
13  A. I believe it was sometime in 2004.
14  Q. Fairly expensive piece of equipment?
15  A. I guess it depends on how rich you are.
16  Q. I don't know how rich you are, so I'll just ask
17 you in dollars, do you remember what you paid for it?
18  A. I believe it was around three hundred.
19  Q. Did you -- did you ever get reimbursed for that?
20  A. No.
21  Q. Did you ever expect to get reimburse for that?
22  A. No. I expected I could use it for wildlife
23 photography or various other things, so I really wasn't
24 worried about it.
25  Q. So you kept track of all 77 lots?

92

1   A. Kept track?
2   Q. Well, they asked you to take pictures of any
3  criminal behavior you saw anywhere in the Valley.?
4   A. No, no, they asked me to take pictures of each
5  tract and tape that picture on the plat.
6   Q. I see. Where do we go from there? What else, if
7  anything, did they ask you to do in terms of keeping track
8  of what was going on in the Valley?
9   A. In 2005, after I was receiving death threats from
10 Florida about talking to the law enforcement people, I was
11 working with Detective Flint and he asked me to call him
12 when I thought they were cooking.
13  Q. Did you do that?
14  A. Yes.
15  Q. And what reaction did you get from Detective Flint
16 when you told him those things?
17  A. One time I called. I called his home and his wife
18 said he was out on a murder investigation.
19  Q. So I take it, nothing happened that night?
20  A. Nothing happened that night.
21  Q. Any other nights you called and told him cooking
22 was taking place?
23  A. I called one other time and left a voice mail.
24  Q. And did he show up?
25  A. No.

185
1  unlocked the door and went in it, to Mr. Peterson's, who
2  lives in, I believe, Oregon.
3      Q.  Did you write that down on any map?
4      A.  No, not that.
5      Q.  So if Mr. Flint says that this is a map he had and
6  gave back to Zaccagnini, and that's why Mr. Flint doesn't
7  have it anymore, you're saying such a map in that detail
8  never existed?
9          MS. PRATT: Object to the form and the
10 foundation.
11     Q.  (By Mr. Reed) Is that correct?
12     A.  I don't know if one existed like that or not. I
13 never received one like that.
14     Q.  Did you ever draw one like that?
15     A.  No.
16     Q.  If Mr. Flint indicates that he saw such a map and
17 that you were the author of that map, would he be mistaken?
18         MS. PRATT: Object to the form.
19     A.  No, I would believe Mr. Flint, I think -- I don't
20 think he would say I authored that. They may have had a
21 plat and be logging stuff down as I told them. I don't
22 know, but I don't recall doing all these things on a plat or
23 a map. I certainly verbally told them.
24     Q.  Do you know anything about a place called the
25 Happy Ass Ranch?

186
1      A.  I've heard of it.
2      Q.  Who have you heard of it from?
3      A.  From Chuck Caldwell, Wayne Wodora, George Porter.
4  They tried to get me to go out there one day.
5      Q.  What did they say they wanted you to do out there?
6      A.  They said they could get me a job.
7      Q.  And that's back in the days when they were trying
8  to get you a job?
9      A.  No. That was back in the days when I was trying
10 to get away from them.
11     Q.  Okay. You decided you didn't want to be working
12 at the Happy Ass Ranch, so you said no?
13     A.  Yes, that's correct.
14         MR. OBERNESSER: Counsel, do you mind if we
15 took five minutes?
16         MR. REED: I'll tell you, I'm about three
17 minutes away --
18         MR. OBERNESSER: Okay. Fine.
19         MR. REED: -- then we'll take a break.
20     Q.  (By Mr. Reed) We talked about Mr. Gore. Did you
21 ever meet Mr. Anthony?
22     A.  I sat at a table with him once, but I didn't say a
23 word and he never said a word to me.
24     Q.  When was that?
25     A.  Chuck took me to Mountain Shadows Restaurant and I

187
1  don't even remember what year it was. I think -- I'm going
2  to roughly say around 2004, the summer of 2004.
3      Q.  Did you ever meet Sheriff Wegener?
4      A.  No.
5      Q.  Ever talk to Sheriff Wegener on the phone?
6      A.  No.
7      Q.  How about --
8      A.  Let me back up. I went with Shawna White Owl in
9  2007 to the Sheriff's Office. She wanted to turn in her
10 cell phone, and I just went with her, and I did go in
11 Sheriff Wegener's office when she turned it in. I don't
12 believe I really said anything.
13     Q.  The cell phone she was turning in belonged to the
14 County?
15     A.  I believe so.
16     Q.  Do you know how it was she got a cell phone that
17 belonged to the County?
18     A.  No.
19     Q.  Did you have a cell phone that belonged to the
20 County?
21     A.  No.
22     Q.  Cell phone reception, was there any problem you
23 had in the Valley with your cell phone reception?
24     A.  Majority of the time, no, but I was on a hill and
25 I got reception, but other people had told me that sometimes

188
1  they get it, sometimes don't.
2      Q.  But you seemed to get it, because you lived on the
3  hill?
4      A.  Um-hum.
5      Q.  How about calling out? Were you able to call out
6  and get contact?
7      A.  Yes.
8      Q.  Same thing, because you were on that hill?
9      A.  Yes, I could see the tower.
10     Q.  Any problems being inside the cabin versus outside
11 the cabin?
12     A.  No.
13     Q.  Did you talk to either the Sheriff's Office or CBI
14 about Shawna White Owl's allegations?
15     A.  No.
16     Q.  Did they ask you in terms of Shawna White Owl's
17 allegations, if you had any evidence to support any of the
18 things she was saying?
19     A.  No.
20     Q.  Have you ever talked to any other personnel from
21 the Sheriff's Office, and by "other personnel," I mean
22 somebody other than the people we've already mentioned, that
23 would be the Sheriff, the Undersheriff, and the
24 Undersheriffs, two Undersheriffs Gore and Anthony, have you
25 talked to anybody other than those people, to Detective

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-000381-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a
political subdivision of the State of Colorado,
FRED WEGENER, MONTE GORE,
GREGORY S. FLINT, STEVEN GROOME,
SHAWNA WHITEOWL, and MARK DAMON,

Defendants.

------------------------------------------------------------

SCHEDULING ATTORNEY:           )
JAMES A. REED, ESQ..           )
320 South Cascade Avenue       )
Colorado Springs, CO  80903    )
Telephone:  719-636-9343       )
Attorney Registration No. 23308 )
                               )

DEPOSITION OF GREGORY S. FLINT
March 27, 2008

APPEARANCES:

FOR THE PLAINTIFFS:
    JAMES A. REED, P.C.
    320 South Cascade Avenue
    Colorado Springs, CO  80903
    BY JAMES A. REED, ESQ..

FOR THE DEFENDANTS, COUNTY OF PARK, FRED WEGENER, MONTE GORE,
GREGORY S. FLINT and STEVEN GROOME:
    HALL & EVANS, L.L.C.
    1125 17th Street, Suite 600
    Denver, CO  80202-2052
    BY KATHERINE M. L. PRATT, ESQ.

PLAINTIFF'S EXHIBIT 2

1 came to be.
2      I had been tracking my time just because I know
3 I need to do that so I did it.
4   Q   Did you get paid for this?
5   A   Yes, I did. I was compensated.
6   Q   For both the time and the out-of-pockets?
7   A   Yes.
8   Q   And for the milage?
9   A   And for the mileage.
10  Q   And what rate were you paid for the mileage, if
11 you can remember?
12  A   I don't recall.
13  Q   There was one entry in here I'm not quite sure
14 I'm following at the very top of Page 2 or near the top of
15 Page 2. It says "Steve Groome: Purchase of (1) 'Western
16 Paging' pager." Do you see that?
17  A   Correct.
18  Q   $110.93?
19  A   Yes.
20  Q   I take it that means Steve Groome put up his
21 own money for that?
22  A   Yes, he did.
23  Q   And that was in cooperation with you and your
24 investigation to make sure that the confidential informants
25 had some way of reaching you in an emergency?

1 apparently it would have probably been Shawna or Mark, and I
2 spent eight hours with them.
3   Q   It seems to say 08 under the word met; does
4 that help?
5   A   So that probably would have been Shawna.
6   Q   Beyond the calendars we have, it looks like
7 receipts for the mailings and the purchase of a pager; is
8 that right?
9   A   Yes. This first one went to Molly Chilson
10 through U.S. Postal, the heavier package, and I can't make
11 out this print.
12  Q   I'm seeing under Entry A, Federal Bureau of
13 Investigation.
14  A   That would have been...
15  Q   Dan Bradley?
16  A   Yeah. I'm agreeing that it would be Dan
17 Bradley.
18  Q   And that would be your signature at the bottom
19 where it says Sign Here, Customer Signature? I think the
20 last word says Flint but I'm not sure.
21  A   Yes. That actually is not me. My wife dropped
22 that off for me.
23  Q   Steve Groome's receipt is the next page?
24  A   Correct.
25  Q   $110.93?

                                    Page 259

1   A   Correct. Actually, what that was is we gave
2 the pager, and it should have been two and that might have
3 been a typo on my part. I thought he purchased two for us
4 because I had no other way of getting a hold of them in
5 emergencies and I felt or we knew that our Park County
6 sponsored phones through victims' advocates wouldn't work
7 down there. So I didn't have any more money left out of my
8 pocket so Steve said, "You know what, I'm worried about their
9 safety and I'll spring for it," and he paid for it.
10  Q   So which way do these pagers work, from you to
11 them or them to you?
12  A   Yes. It would have been from us to them to
13 warn them that, you know, hey, things are going sideways, get
14 the hell out of there, type of thing.
15  Q   The calendars that are in the next few pages --
16  A   Yes, sir.
17  q   -- whose calendar was that?
18  A   That was my calendar.
19  Q   And that's to document the amount of time
20 spent?
21  A   Yes.
22  Q   Can you give me an example on one of these so I
23 can figure out how to follow the entries?
24  A   Sure. It's September, 2005, the 24th. I met
25 with the C.I. and I can't make out this print, which one, but

                                    Page 261

1   A   Correct.
2   Q   And the last page is two receipts for UPS and
3 USPS mailing receipts, shipping receipts?
4   A   Correct.
5   Q   Exhibit 64, do you recognize Exhibit 64?
6   A   I recall this notice being put out within our
7 agency.
8   Q   That's something that was sent to everyone?
9   A   I believe so.
10  Q   And the date seems to jive with your memory,
11 October 13th, 2005?
12  A   Correct.
13  Q   And basically the purpose of this is to let
14 everyone in the department know that Captain Gore is the
15 acting under sheriff and that Anthony and Raschs are on
16 administrative leave?
17  A   Correct.
18      MS. PRATT: We've gone about an hour and a half
19 now.
20      MR. REED: I'm about done.
21      MS. PRATT: You are? Okay.
22  Q   BY MR. REED: Just checking to make sure I
23 haven't forgotten anything.
24      Did there come a time when you were told that
25 your investigation was over, the Webber Park investigation?

| REPORT DATE<br>February 2, 2006 | COLORADO BUREAU OF INVESTIGATION<br>**REPORT OF INVESTIGATION** | FILE<br>2005-002031 |
|---|---|---|
| TYPE REPORT<br>Initial / Final | REPORT BY<br>Agent Dan Volz | AREA<br>Park County, State of Colorado |
| | NATURE OF CASE<br>Public Corruption / Narcotics | |

**SYNOPSIS:** The Park County Sheriff's Office requested the Colorado Bureau of Investigation to investigate alleged criminal activity and public corruption within the Webber Park area of Park County, Colorado.

**LIST OF WITNESSES:**

SHAWNA WHITE-OWL, Also Known As (AKA), ROBBI CAROL DEYOUNG, Date of Birth 11/18/1955, 1805 Webber Park Drive, Lake George, Colorado 80827, (719) 439-4869.

MARK DAMON, Date of Birth 04/18/1955, 221 Pikeview Drive, Lake George, Colorado 80827, (719) 338-8708 or (719) 338-9282.

ELIZABETH HOLLENDORFER, Date of Birth 02/14/1966, 2269 Webber Park Drive, Lake George, Colorado 80827, (719) 331-8241.

MARY CAMILLE COWMAN, Date of Birth 03/06/1940, 30 Burns Road, Manitou Springs, Colorado 80829.

GREG FLINT, Deputy. Park County Sheriff's Department, 1180 County Road 16, Fairplay, Colorado 80440, (719) 836-2494.

FRED WEGENER, Sheriff. Park County Sheriff's Department, 1180 County Road 16, Fairplay, Colorado 80440, (719) 836-2494.

**REQUESTING AGENCY:** Park County Sheriff's Office.

**DATE/TIME OF REQUEST:** October 31, 2005.

**DATE/TIME OF INCIDENT:** September, 2003 to current.

**VICTIM:** State of Colorado.

PLAINTIFF'S EXHIBIT 3

Park-Caldwell 0705
Confidential



| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 2 |

**SUSPECT:** Various

**LOCATION OF INCIDENT:** Webber Park Subdivision – Park County, Colorado

**ACTION TAKEN:**

On October 31, 2005, Park County Sheriff FRED WEGENER requested that the Reporting Agent (RA) initiate a criminal investigation into alleged ongoing criminal activity within the Webber Park subdivision of Park County, Colorado.

The Webber Park subdivision is a remote, open-valley area with no public power, water, or telephone service. Each of the homes constructed within the subdivision apparently are situated on several acres of privately owned land.

The nature of the allegations reported by Sheriff WEGENER resulted from an investigation conducted by Park County Sheriff Detective GREG FLINT. FLINT's investigation was initiated in September, 2003 and alleged the following regarding Webber Park:

- CHARLES CALDWELL, VICKI MERRITT, GEORGE PORTER, WAYNE WODORA, JACK SWOROWSKI, ANDY SWOROWSKI, SUSANNA ROSS STEWART, BILL SWANSON, and MIKE PRIESTLY are all residents of Webber Park.
- In one way or another, all of the above-mentioned individuals are involved in criminal activities within the Webber Park area, which include a large-scale wildlife poaching operation, methamphetamine production and sales, marijuana production and sales, homicide, harassment, theft, and cruelty to animals.
- Park County Undersheriff DON ANTHONY protects the Webber Park residents and warns them of any ongoing criminal investigations into their activities.
- Colorado Division of Wildlife Officer RON ZACCAGNINI also leaks sensitive investigative information to Undersheriff ANTHONY and Webber Park residents.

According to the documentation received by the RA, the vast majority of the information that FLINT compiled was based upon statements and observations of two cooperating Webber Park residents identified as MARK DAMON and SHAWNA WHITE-OWL.

On November 7, 2005, the RA conducted an interview with SHAWNA WHITE-OWL in Woodland Park, Colorado. The interview produced the following information:

- WHITE-OWL moved into Webber Park in 1994.
- WHITE-OWL associated with ANDY SWOROWSKI, JACK SWOROWSKI, JESSE SWOROWSKI, JAKE SWOROWSKI, WAYNE WADORA, GEORGE PORTER, RICKY VANVLIET, DAVID VANVLIET, CHUCK CALDWELL, VICKI MERRITT, and BILL SWANSON who all lived in Webber Park as well.

Park-Caldwell 0706
Confidential

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 3 |

- Shortly after WHITE-OWL moved into Webber Park, JACK SWOROWSKI told WHITE-OWL numerous "crazy" things when he would get drunk, including the following:

  o In 1995, SWOROWSKI told WHITE-OWL that people wouldn't believe how easy it is to make methamphetamine. SWOROWSKI was taught how to make it and now makes it himself. "Simon" from Bulgaria taught SWOROWSKI how to make methamphetamine.
  o DON ANTHONY, the Undersheriff of Park County, tips the Webber Park residents off when they are being investigated for drug activity.
  o SWOROWSKI wanted to have sex with WHITE-OWL before she dies.
  o SWOROWSKI and WAYNE WADORA burnt TERRY ROOKS house down in 1994 because he was too violent and they did not like his guns.
  o BOB HORNS burnt his own house down to collect insurance money.

- In 1995, WHITE-OWL saw a large mound of a white crystal substance on a table in JACK SWOROWSKI's house. At the time, SWOROWSKI told her that it was ceremonial salts.
- In 1995, WHITE-OWL was inside RICKY VANVLIET's house when his nephew told her that she couldn't go downstairs into the basement because they were growing marijuana there. A couple of years later, WHITE-OWL was in one of VANVLIET's outbuildings and saw water pipes going from the building into the residence. WHITE-OWL knew these particular pipes were used for growing marijuana for two reasons; WHITE-OWL used to grow marijuana back in California and she used to do some residential plumbing and knew they were not used for common residential use.
- On numerous occasions, WHITE-OWL observed CHUCK and VICKI CALDWELL smoking marijuana with other Webber Park residents. The last time observed was November, 2002.
- In 2002, GEORGE PORTER and BILL SWANSON were in contact with WHITE-OWL when PORTER told WHITE-OWL that he wanted to have sex with her goats. During the same time period, WHITE-OWL noticed unusual trauma to her female goats genitalia.
- In 2004, WHITE-OWL saw GEORGE PORTER pass a small piece of cellophane to a guy at the Ponderosa Store.
- Lately in the early morning hours, especially on Monday's, WHITE-OWL smells a chemical smell in the valley that she associates with methamphetamine production. The smell never happens in the winter. The smell closely resembles burning plastic and Styrofoam. WHITE-OWL's neighbor burns trash that contains a lot of plastic and it emits a similar odor.
- WHITE-OWL did not know anything about poaching allegations until MARK DAMON told her about his knowledge of the crimes. Over the ten-year period that WHITE-OWL has lived in Webber Park, she has heard 5-10 gunshots at night during

Park-Caldwell 0707
Confidential

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 4 |

the summer non-hunting season. Sometimes the shots were preceded by Elk bugles and sometimes they were not.

- DOW officer RON ZACHANINI is corrupt. ZACHANINI looks the other way in certain instances involving poaching.
- ZACHANINI uses his position as a DOW officer to try and have sexual relationships with females.
- When ZACHANINI investigated the poaching allegations in Webber Park, he attempted to have sexual relations with WHITE-OWL by putting his hands inside the back of her pants.
- ZACHANINI also attempted to have sexual relations with WHITE-OWL's neighbor, "BETH", during the same investigation.

At the conclusion of the interview, WHITE-OWL conceded that she didn't have much evidence to support any allegation of ongoing criminal activity within Webber Park.

During the interview it became apparent that the majority of WHITE-OWL's complaints regarding the Webber Park residents stemmed from common neighbor disputes and harassing type behavior.

WHITE-OWL admitted that in the past she has exaggerated the facts regarding the Webber Park residents in attempts to finally get something done with them.

WHITE-OWL added that the tension between her and the neighbors was so bad that she was fearful of them.

On November 23, 2005, the RA conducted an interview with MARK DAMON at his residence within Webber Park. The interview, along with statements written by DAMON, produced the following information:

- DAMON moved into Webber Park in October of 2002.
- Soon after moving in, DAMON became friendly with other Webber Park residents, GEORGE PORTER, SUSANNA ROSS-STEWART, CHUCK CALDWELL, BILL SWANSON, WAYNE WODORA, JACK SWOROWSKI and VICKI MERRITT.
- DAMON drank alcohol and smoked marijuana with some of the Webber Park residents.
- In late October or early November, 2002, GEORGE PORTER showed DAMON several explicit photographs of himself apparently conducting sexual acts upon a goat.
- During the same time period, BILL SWANSON stopped DAMON on the road just outside of Webber Park. During their conversation, PORTER's head popped up out of SWANSON's lap.
- On November 25, 2002, CHUCK CALDWELL and VICKI MERRITT, had Thanksgiving dinner at their house. At the dinner event, MERRITT told DAMON

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 5 |

that if he got a deer or elk down and could not eat all of the meat, they could sell it for him.
- DAMON learned about a nearby area that the Webber Park resident's called Sophie's Valley.
    o Based upon statements made by various Webber Park residents, DAMON learned that the area was named after a woman, SOPHIE, who lived alone in the valley years ago.
    o SOPHIE built and lived in a tee-pee type structure and spent time making various artwork.
    o At some point, SOPHIE turned up missing from the area.
    o Based upon statements made by WODORA and SWOROSKI, DAMON felt that SOPHIE was probably killed by one of the Webber Park residents and possibly buried in a nearby mineshaft.
- In late December, 2002, CHUCK CALDWELL told DAMON that the Webber Park residents were under investigation. CALDWELL stated that DON ANTHONY gave him the information.
- Throughout 2003, CHUCK CALDWELL told DAMON about various police business via DON ANTHONY. Later, MERRITT told DAMON that she and CALDWELL housesit for ANTHONY.
- At one point, CALDWELL also told DAMON that DON ANTHONY sells acid.
- CALDWELL told DAMON that DON ANTHONY was creating a job for him at the Park County Jail.
- Three days before he started the job, DAMON was in CALDWELL's house and observed CALDWELL smoking marijuana with MIKE PREISTLEY.
- A month before CALDWELL took the job, DAMON accompanied him to the Lake George Bait Shop where he observed CALDWELL purchase a half-ounce of marijuana.
- February or March, 2003, DAMON heard a rifle shot at approximately 1:00 A.M. SWANSON and WODORA's vehicles then drove to a spot nearby and stayed there for approximately 40 minutes.
    o The next day, DAMON told SWANSON that he saw them poaching and SWANSON "turned five shades red", left and went to CALDWELL's.
    o Then next day, SWANSON loaded about five conventional refrigerators from his house onto a flatbed trailer.
    o WHITE-OWL told DAMON that she saw SWANSON take the refrigerators out of the valley at 4:00 A.M., then bring them back into the valley the back way and deliver them to WODORA's house.
- In October, 2003, WHITE-OWL introduced DAMON to Division of Wildlife Officer RON ZACHANINI. They discussed poaching and the possibility of the Webber Park residents being involved in methamphetamine production.
- ZACHANINI asked DAMON to watch the Webber Park residents for any out-of-the ordinary behavior.

Park-Caldwell 0709
Confidential

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 6 |

- DAMON began watching the area more closely. The following observations were noted:

  - One night a week, the Webber Park residents would station various "look-outs" to watch DAMON's cabin and other ridges during the night.
  - SWANSON and CALDWELL would drive forest service roads, check Thorpe Gulch and come back to Webber Park.
  - At night, PORTER or WODORA would throw pebbles at DAMON's bedroom window. If DAMON would make a noise, they would give a fake coyote call or crow like a raven.
  - JACK SWOROWSKI and some of the others would make numerous trips at night back and forth to the small outbuildings near SWOROWSKI's chicken coups.
  - In February, 2005, DAMON walked over to JACK SWOROWSKI's residence and noticed an extremely strong smell of ammonia and fertilizer.

- DAMON gave ZACHANINI frequent updates regarding the activity he observed, however, DAMON soon believed that ZACHANINI was leaking his information to DON ANTHONY for the following reasons:

  - DAMON told ZACHANINI that he was going to purchase some binoculars with camera capabilities to take pictures of his observations. Two days later, WODORA came over to DAMON's house, observed the binocular camera and told DAMON that he should take pictures of everyone's houses with those.
  - DAMON gave ZACHANINI three detailed drawings of the Webber Park suspect's homes. Two days later, JACK SWOROWSKI asked DAMON if he was drawing pictures of the resident's homes.
  - CALDWELL came over to DAMON's and was angry. CALDWELL told DAMON that he could set him up for a 15-year prison sentence, and that he knew DAMON was under investigation for narcotics distribution.

- May, 2005, DAMON started receiving voicemail messages from PORTER. The messages were threatening and DAMON believed that they were death threats.
  - DAMON notified ZACHANINI and asked him to record the messages. ZACHANINI told DAMON that he would get with DON ANTHONY to record the messages, however, all the messages did not get recorded before the phone company automatically deleted them.

- Two separate shots from firearms were fired into the general direction of DAMON's home.
  - The first shot came from the area of a vehicle that JACK SWOROWSKI and SUSANNA ROSS-STEWART were in.
  - The second shot came from JACK SWOROWSKI's residence.

Park-Caldwell 0710
Confidential

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 7 |

- o DAMON never notified authorities because he felt that the Sheriff's Office was corrupt.

- CALDWELL began driving past DAMON's residence and shooting an air rifle at his horses once a week.
- DAMON now believes that the Webber Park residents have his cell phone frequency and listen to his conversations.
- DAMON added that the tension between he and the neighbors was so bad that he was fearful of them.

On January 6, 2006, the RA contacted ELIZABETH HOLLENDORFER, Date of Birth 02/14/1966. HOLLENDORFER lives at 2269 Webber Park Drive, which sits in between the properties that DAMON and WHITE-OWL occupy respectively.

HOLLENDORFER told the RA that she has never observed any activity that would make her believe that criminal activity is taking place within Webber Park. HOLLENDORFER could not corroborate any observations made by DAMON and or WHITE-OWL, with one exception.

HOLLENDORFER told the RA that ZACHANINI made advances towards her regarding a possible romantic relationship while he was investigating Webber Park. HOLLENDORFER did not feel awkward about the situation until she found out that ZACHININI was married. HOLLENDORFER then ended any possible romantic involvement with ZACHANINI.

The RA contacted several longtime residents of the area near the Webber Park subdivision in an attempt to identify "SOPHIE". The RA received information about MARY CAMILLE COWMAN, Date of Birth 03/06/1940. The RA contacted COWMAN by telephone and received the following information:

- COWMAN is also known as SOPHIE COWMAN.
- COWMAN currently has an art studio located at 725 Manitou Avenue #2, Manitou Springs, Colorado.
- COWMAN built and lived in a small structure on National Forest Service land within Webber Park between 1975 and 1976.
- When the Forest Service got upset with COWMAN, she moved out.
- COWMAN believes that part of the structure is still standing within Webber Park.
- COWMAN describes herself as an artist and old hippy that just thought it would be neat to live out in Webber Park in the seventies.

In an attempt to corroborate some of WHITE-OWL's statements, the RA asked the Park County Sheriff's Office for any reports regarding fire investigations involving TERRY ROOKS and or BOB HORNS. As of the date of this report, no reports were provided.

Park-Caldwell 0711
Confidential

| TYPE OF REPORT | NAME OF AGENT | CASE NUMBER | DATE | PAGE |
|---|---|---|---|---|
| Initial / Final | Dan Volz | 2005-002031 | February 2, 2006 | 8 |

Sheriff WEGENER did contact the RA by telephone and stated that he believed that a fire investigation was initiated on one of the houses in question. WEGENER told the RA that the fire was ruled accidental.

As of the date of this report, the RA has not received any copies of the alleged death threat messages that were left for DAMON.

In closing, the majority of information received from DAMON and WHITE-OWL is very stale. The inability to corroborate information is substantial.

Through all available information given to the RA, no other investigative leads, information, or intelligence has ever been developed that identifies similar criminal activity taking place within Webber Park.

Other investigative techniques would be exhaustive and expensive, and in the RA's opinion it is not reasonable to assume that it would be productive.

Dan Volz
Agent
(Reporting)

Robert Brown
Agent-in-Charge
(Reviewing)

DV/pas

Park-Caldwell 0712
Confidential