IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-00371-RPM-MEH

CHARLES CALDWELL and
VICKI CALDWELL,

    Plaintiffs,

vs.

THE COUNTY OF PARK, a body corporate and politic and a political subdivision of the State of Colorado,
FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON

    Defendants.

---

## DEFENDANT MARK DAMON'S REPLY IN SUPPORT OF MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES

Defendant Mark Damon, by and through undersigned counsel, hereby submits his Reply in Support of the Motion for Award of Attorney's Fees and Costs, and states as follows:

In their Response to Defendant's Motion, Plaintiffs rely on two cases, *Mitchell v. City of Moore, Oklahoma*, 218 F.3d 1190 (10th Cir. 2000), and *Seeds v. Lucero*, 207 F.Supp.2d 1297 (D. N.M. 2002), in support of their position that attorney's fees should be denied in the present case.

Apart from setting forth the standard by which a court should decide whether to award a defendant his attorney's fees, these two cases are inapposite to the question of *whether* that standard has been met, as in each case, the trial court specifically found that the underlying claims were not "groundless, frivolous, or unreasonable," and the appellate decisions did nothing to upset the trial court's determinations. Whether Plaintiffs' claims were "groundless, frivolous, or unreasonable," is precisely the question raised by Defendant's Motion.

As stated in this Court's Order for Judgment for Defendants Dismissing All Claims:

> The constitutional tort claims made against defendants Shawna Whiteowl and Mark Damon are dismissed because the **plaintiffs have failed to provide evidentiary support** for the contention that these defendants conspired with Detective Flint or any other official to cause the deprivations of property and liberty claimed by the plaintiffs. **There is no evidence** that Damon and Whiteowl were paid as confidential informants or that they acted in a manner other than as private citizens concerned about the safety and security of their neighborhood. Assuming that their information was false that their suspicions were unfounded in reality and that they disliked the Caldwells, **there is no basis for a belief** that either Whiteowl or Damon were motivated by a desire to harm the plaintiffs by causing the loss of employment in the Sheriff's office.

*See* Order at pp. 2-3 (emphasis added). This Court's Order made clear that there was "no basis for a belief" and a no "evidentiary support" for Plaintiff's federal claims against the Defendant. Under the standard enunciated by *Christiansburg Garment Co. v. EEOC*, 434 U.S. 412, 421 (1978), such a finding clearly supports the assessment of attorney's fees against the Plaintiffs in this case.

WHEREFORE, for the foregoing reasons, Defendant Mark Damon respectfully requests that this Court award attorneys' fees in his favor.

Dated this 16th day of March, 2009.

                                  Respectfully submitted,

                                  LAW OFFICE OF DENNIS W. HARTLEY, P.C.

                                  By: *s/ Michael K. Obernesser*
                                        Michael K. Obernesser (#38766)
                                        Attorneys for Defendant,
                                        Mark Damon
                                        1749 S. Eighth St., Ste. 5
                                        Colorado Springs, CO  80906
                                        (719) 635-5521

## CERTIFICATE OF SERVICE

      I certify that on the 16th day of March, 2009 a true and correct copy of the foregoing **Defendants Mark Damon's Reply in Support of Motion for Award of Attorneys' Fees** was filed via electronic filing which will serve same to the following:

James A. Reed, Esq.
JAMES A. REED, P.C.
320 S. Cascade Ave.
Colorado Springs, CO  80903
(719) 636-9343
Fax: (719) 633-2355
jreedpc@aol.com
Attorney for Plaintiffs,
Charles Caldwell and Vicki Caldwell

Andrew D. Ringel, Esq.
HALL & EVANS, LLC
1125 17th St., Ste. 600
Denver, CO  80202-2052
(303) 628-3453
Fax: (303) 628-3238
ringela@hallevans.com
Attorneys for Defendants,
Fred Wegener, Monte Gore,
Gregory Flint and Stephen Groome

Richard Lamphere
STEVEN U. MULLENS, P.C.
105 E. Moreno Ave.
Colorado Springs, CO  80903
(719) 632-5001
Fax: (719) 473-2299
SUMullens@aol.com
Attorney for Defendant,
Shawna Whiteowl

                                                              *s/ Robyn Lornell*
                                                              Robyn Lornell
                                                              Paralegal