IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

    Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

    Defendants.

_____

**PARK COUNTY DEFENDANTS' MOTION TO WITHDRAW
MOTION FOR REVIEW OF TAXATION OF COSTS**
_____

    Defendants, Fred Wegener, Monte Gore, and Gregory S. Flint (the "Park County Defendants"), by and through their attorneys, Andrew D. Ringel, Esq. and Katherine M.L. Pratt, Esq., of Hall & Evans, L.L.C., hereby respectfully submit this Motion to Withdraw their Motion for Review of Taxation of Costs, and as grounds therefore state as follows:

    1.    On January 20, 2009, Defendants submitted a Bill of Costs to this Court. The hearing before the Clerk of this Court on the Defendants' Bill of Costs occurred on February 5, 2009. The Clerk of this Court entered an award of costs in the amount of $5,268.85 in favor of the Park County Defendants. The Park County Defendants filed a Motion to Review Taxation of Costs on February 12, 2009.

2.      The parties have reached an agreement to resolve this matter since the filing of the Motion to Review Taxation of Costs.  Accordingly, Defendants respectfully request this Court allow them to withdraw the Motion to Review Taxation of Costs filed on February 12, 2009.

2.      Pursuant to D.C.Colo.LCiv.R. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel prior to filing the instant Motion.  Plaintiffs do not object to the Defendants' request to withdraw the Motion to Review Taxation of Costs.

WHEREFORE, for all of the foregoing reasons, Defendants Fred Wegener, Monte Gore, and Gregory S. Flint respectfully request this Court issue an Order allowing the Defendants to withdraw the Motion to Review Taxation of Costs filed on February 12, 2009, and for all other and further relief as this Court deems just and appropriate.

Dated this 20th day of March, 2009.

Respectfully submitted,

*s/ Katherine M.L. Pratt, Esq.*
Andrew D. Ringel, Esq.
Katherine M.L. Pratt, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202-2052
303-628-3453
Fax: 303-628-3238
ringela@hallevans.com
prattk@hallevans.com
**ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, AND GREGORY FLINT**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 20th day of March, 2009, I electronically filed the foregoing **PARK COUNTY DEFENDANTS' MOTION TO WITHDRAW MOTION FOR REVIEW OF TAXATION OF COSTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James A. Reed, Esq.
jreedpc@aol.com
*Attorney for Plaintiffs*

Richard Lamphere, Esq.
Steven U. Mullens, Esq.
lampheresum@yahoo.com
SUMullens@aol.com
*Attorneys for Defendant Shawna White Owl*

Michael K. Obernesser, Esq.
mobernesser@gmail.com
*Attorney for Defendant Mark Damon*

    s/Martha Fiser, Secretary to
    Andrew D. Ringel, Esq.
    Katherine M.L. Pratt, Esq.
    Hall & Evans, L.L.C.
    1125 17th Street, Suite 600
    Denver, CO 80202-2052
    303-628-3453
    Fax: 303-628-3238
    ringela@hallevans.com
    prattk@hallevans.com
    **ATTORNEYS FOR DEFENDANTS FRED WEGENER, MONTE GORE, GREGORY FLINT AND STEPHEN GROOME**