IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

      Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

      Defendants.

---

**ORDER GRANTING THE PARK COUNTY DEFENDANTS'
MOTION TO WITHDRAW MOTION FOR REVIEW OF TAXATION OF COSTS**

---

      This matter comes before the Court on the Park County Defendants' Motion to Withdraw Motion for Review of Taxation of Costs. Having reviewed the Motion and the file herein, this Court grants the Motion. The Motion is hereby deemed withdrawn.

      Dated this _____ day of March, 2009.

                                                BY THE COURT:

                                                Richard P. Matsch
                                                United States District Court Judge