IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00371-RPM-MEH

CHARLES CALDWELL, and
VICKI CALDWELL,

       Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
STEVEN GROOME,
SHAWNA WHITEOWL, and
MARK DAMON,

       Defendants.
_____

### ORDER GRANTING THE PARK COUNTY DEFENDANTS'
### MOTION TO WITHDRAW MOTION FOR REVIEW OF TAXATION OF COSTS
_____

       Upon consideration of the Park County Defendants' Motion to Withdraw Motion for Review of Taxation of Costs [70], filed on March 20, 2009, it is.

       ORDERED that Motion is hereby deemed withdrawn.

       Dated this 24th day of March, 2009.

       BY THE COURT:

       s/Richard P. Matsch

       _____
       Richard P. Matsch, Senior District Judge