IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00371-RPM

CHARLES CALDWELL and
VICKI CALDWELL,

        Plaintiffs,

v.

FRED WEGENER,
MONTE GORE,
GREGORY S. FLINT,
SHAWNA WHITEOWL, and
MARK DAMON,

        Defendants.

_____

ORDER DENYING MOTIONS FOR COSTS AND FEES PURSUANT TO
42 U.S.C. § 1988
_____

Upon consideration of the motions for award of costs and attorney's fees [58 & 59] filed by Mark Damon and Shawna Whiteowl on January 6, 2009, and January 13, 2009, respectively; the plaintiffs' response, filed March 6, 2009, and the reply of Mark Damon, filed March 16, 2009, and of Shawna Whiteowl, filed March 20, 2009, the Court finds and concludes that although the federal claims in this civil action were dismissed by this Court's determination of summary judgment motions with the Court making no determination on the state law claims, which were dismissed without prejudice, the Court is unable to say that the federal claims were pursued for an improper motive or that there was such an insufficient evidentiary support for those claims as to make them groundless, frivolous or unreasonable.  This Court's rulings were based on the determination that there was insufficient evidence to warrant findings that the defendants violated rights protected by the United States Constitution.  The federal

claims are also interconnected with what was asserted to be claims for relief under Colorado law which have not been adjudicated in this civil action. It is therefore

ORDERED that the motions for award of attorney's fees and costs filed by defendants Shawna Whiteowl and Mark Damon are denied.

DATED: June 8th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge